| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____ Chapter **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Infinity Energy, Inc.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **46-5684131**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3825 Atherton Rd.** **Rocklin, CA 95765** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Placer** | **Location of principal assets, if different from principal place of business** |
| County | **3825 Atherton Rd. Rocklin, CA 95765** |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor **Infinity Energy, Inc.**     Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Infinity Energy, Inc.**     Case number (*if known*)
Name

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
        Contact name _____
        Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☑ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☑ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Infinity Energy, Inc.**　　　　　　　　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **February 19, 2025**
　　　　　　　　MM / DD / YYYY

**X** **/s/ Bryson Solomon**　　　　　　　　　　　**Bryson Solomon**
　　Signature of authorized representative of debtor　　Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Gary Ray Fraley, Esq.**　　　　　　　　　　　Date **February 19, 2025**
　　Signature of attorney for debtor　　　　　　　　　　　MM / DD / YYYY

**Gary Ray Fraley, Esq.**
Printed name

**Fraley & Fraley PC**
Firm name

**1401 El Camino Ave - Ste #370**
**Sacramento, CA 95815-2747**
Number, Street, City, State & ZIP Code

Contact phone **(916) 485-5444**　　　　Email address **fraleyandfraley@gmail.com**

**080056 CA**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
**Eastern District of California**

In re **Infinity Energy, Inc.**
                Debtor(s)

Case No.
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **15,000.00** |
   | Prior to the filing of this statement I have received | $ **15,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; $45 per Debtor fee to pull Credit Report.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **February 19, 2025** | **/s/ Gary Ray Fraley, Esq.** |
| *Date* | **Gary Ray Fraley, Esq.** |
| | *Signature of Attorney* |
| | **Fraley & Fraley PC** |
| | **1401 El Camino Ave - Ste #370** |
| | **Sacramento, CA 95815-2747** |
| | **(916) 485-5444  Fax: (916) 485-8969** |
| | **fraleyandfraley@gmail.com** |
| | *Name of law firm* |

| | | |
|---|---|---|
| 214 Atherton, LLC<br>2835 Atherton Road<br>Rocklin, CA 95765-3700 | 214 Fresno, LLC<br>5096 N. Blythe Avenue<br>Suites 100, 110, 115b<br>Fresno, CA 93722 | ACDC Power<br>1130 E. Orangefair ln<br>Anaheim, CA 92801 |
| 214 Atherton, LLC<br>3825 Atherton Road<br>Rocklin, CA 95765-3700 | 214 Menlo, LLC<br>590 Menlo Drive<br>Rocklin, CA 95765 | ACDC Power<br>100 Big Break Rd unit B<br>Oakley, CA 94561 |
| 214 Company, LLC<br>3825 Atherton Road<br>Rocklin, CA 95765 | 4D Real Property Holdings, LLC<br>1150 N. Town Center Dr.<br>Suite 100<br>Las Vegas, NV 89144 | ACH Capital West, LLC<br>4300 North Miller Road Suite 116<br>Scottsdale, AZ 85251 |
| 214 Company, LLC<br>3826 Atherton Road<br>Rocklin, CA 95765 | 4D Real Property Holdings, LLC<br>3845 Atherton Road<br>Suite 1<br>Rocklin, CA 95765 | ACH Capital West, LLC<br>881 Baxter Drive Ste 100<br>South Jordan, UT 84095 |
| 214 Company, LLC<br>3827 Atherton Road<br>Rocklin, CA 95765 | ABC Supply Co., Inc.<br>One ABC Parkway<br>Beloit, WI 53511 | Act Energy Technologies<br>9950 Woodloch Forest Drive<br>The Woodlands, Suite 1575<br>Spring, TX 77380 |
| 214 Company, LLC<br>2856 Atherton Road<br>Rocklin, CA 95765 | ABC Supply Co., Inc.<br>4580 E. Thousand Oaks Blvd.<br>Suite 350<br>Thousand Oaks, CA 91362 | ACT Energy Technologies, Inc.<br>501 Winscott Rd<br>Fort Worth, TX 76126 |
| 214 Company, LLC<br>3828 Atherton Road<br>Rocklin, CA 95765 | ABJ Group Enterprises<br>1250 E. Shaw Ave.<br>Suite 104<br>Fresno, CA 93710 | Admiral Insurance Company<br>1000 Howard Boulevard, Suite 300<br>Mount Laurel, NJ 08054 |
| 214 Company, LLC<br>3829 Atherton Road<br>Rocklin, CA 95765 | ABJ Group Enterprises TX, LLC<br>6707 Brentwood Stair Road<br>Suite 120<br>Fort Worth, TX 76112 | Admiral Insurance Company<br>232 Strawbridge Drive Suite 300<br>Moorestown, NJ 08057 |
| 214 Company, LLC<br>3855 Atherton Road<br>Rocklin, CA 95765 | Accelerant<br>400 Northridge Road Suite 800<br>Atlanta, GA 30350 | Adobe<br>345 Park Avenue<br>San Jose, CA 95110 |
| 214 Fort Worth<br>3825 Atherton Rd<br>Rocklin, CA 95765-3704 | Accelerant<br>400 Northridge Road, Suite 800<br>Atlanta, GA 30350 | ADP<br>1 ADP Boulevard<br>Roseland, NJ 07068 |

AEE Solar Inc.
775 Fiero Lane
Suite 200
San Luis Obispo, CA 93401

Aeternus Holdings, LLC
14346 Middletown Ln
Westminster, CA 92683

Aeternus, LLC
3825 Atherton Rd
Rocklin, CA 95765

AIC Electric Company
3804 Hicks Ln
Chico, CA 95973

AIC Eletric Company
3804 Hicks Ln
Chico, CA 95973

Aicon Solar
2621 S. 47th Street
Phoenix, AZ 85034

Aicon Solar
310 S Twin Oaks Valley Rd, Ste 107
San Marcos, CA 92078

All County Electric
418 E. 15th Street
Plano, TX 75074

All Phase Electric
731 North Market Blvd
Sacramento, CA 95834

All Phase Electrical Service
3100 E. 1st Street
Los Angeles, CA 90063

American Wealth Financial
1630 W. Southern Avenue, Suite 9
Mesa, AZ 85204

American Wealth Financial
3100 Zinfandel Dr # 255
Rancho Cordova, CA 95670

AMS-PAR, LP
711 W 17th St.
Suite A
Costa Mesa, CA 92627

AMS-PAR, LP
16800 Greenspoint Park Dr
Suite 120N
Houston, TX 77060-2308

Amwins Insurance Broker, LLC
101 South Tyron Street Suite 2900
Charlotte, NC 28280

Amwins Insurance Broker, LLC
3100 Zinfandel Dr
Rancho Cordova, CA 95670

Anchuca Holding
1155 W. 6th St.
Suite 1100
Los Angeles, CA 90017

AscentOS
3941 Park Drive
Suite 20522
El Dorado Hills, CA 95762

AscentOS
455 Capitol Mall, Suite 300
Sacramento, CA 95814

Astound (Wave)
3700 Monte Villa Pkwy.
Bothell, WA 98021

Astound (Wave)
1031 Triangle Ct
West Sacramento, CA 95605

Aurora
1200 6th St.
Suite 110
Berkeley, CA 94710

Aurora
1200 6th Street, Suite 110
San Carlos, CA 94070

Auvik
2650 John St.
Postal Code: L3R 2W4
Markham, ON

Auvik
2650 John Street, Suite 100

Baize
1305 E. 25th St.
Bakersfield, CA 93305

Baize
1305 E. 25th Street
Bakersfield, CA 93305

Basic Energy
3401 N. 7th Ave.
Suite 140
Phoenix, AZ 85013

Basic Energy
801 Cherry St, Suite 2100
Fort Worth, TX 76102

Bay Alarm
5130 Commercial Circle
Concord, CA 94520

Bay Alarm Company
3475 Orange Grove Avenue
North Highlands, CA 95660

Bill and Tanya Miller Family Limited
303 N. Wesr Street
Visalia, CA 93291

Captive Solar/ OHM Solar Solution
4640 E. Cactus Rd.
Suite 505
Phoenix, AZ 85032

Bay Area SunShares Program
1950 Parkside Dr.
Concord, CA 94519

Bill and Tanya Miller Family Limited
303 N. West Street
Visalia, CA 93291

City Gate Business Park
555 E. City Ave.
Suite 700
Bala Cynwyd, PA 19004

Bay Area SunShares Program

Bird Eye
2479 E. Bayshore Rd.
Suite 188
Palo Alto, CA 94303

Consolidated Electrical Distributors In
1920 Westridge Dr
Irving, TX 75038

BayWa
1101 National Dr
Sacramento, CA 95834

Bird Eye, Inc.
2479 E Bayshore Rd, Suite 188
Palo Alto, CA 94303

Consolidated Electrical Distributors In
12100 Wilshire Blvd
Suite 300
Los Angeles, CA 90025

BayWa R.E. Solar Systems LLC
4501 Circle 75 Pkwy.
Suite D-700
Atlanta, GA 30339

Bright Planet Solar, Inc.
1924 W. 17th St.
Los Angeles, CA 90006

Cornerstone
1601 Cloverfield Blvd.
Suite 600S
Santa Monica, CA 90404

Beacon Sales Acquisition, Inc
505 Huntmar Park Dr
Suite 300
Herndon, VA 20170

Bright Planet Solar, Inc.
2358 Cepheus Ct
Bakersfield, CA 93308

Cornerstone
1601 Response Rd #150
Sacramento, CA 95815

Beacon Sales Acquisition, Inc
12100 Wilshire Blvd
Suite 300
Los Angeles, CA 90025

Business Capital DBA BizCap
445 Broad Hollow Rd.
Suite 202
Melville, NY 11747

Crawford Electrical Supply
8325 NW 64th St.
Miami, FL 33166

Berkshire Hathaway
1314 Douglas St.
Omaha, NE 68102

Business Capital Services
5201 Ravenswood Rd, Suite 103
Fort Lauderdale, FL 33312

Crawford Electrical Supply
7701 W Little York Rd #800
Houston, TX 77040

Beverly Bank & Trust Company, N.A.
10258 S. Western Ave
Chicago, IL 60643

California Solar & Electric
43515 Trade Center Way
Murrieta, CA 92562

Creditors Adjustment Bureau, Inc.
4340 Fulton Ave
Third Floor
Sherman Oaks, CA 91423

Beverly Bank & Trust Company, N.A.
15910 Ventura Blvd
12th Floor
Encino, CA 91436

California Solar & Electric, Inc.
26074 Ave Hall
Suite 13
Valencia, CA 91355

Crum & Forster
305 Madison Ave.
New York, NY 10165

Crum and Forster
305 Madison Ave.
Morristown, NJ 07960

Dialpad
3001 Bishop Drive Suite 400A
San Ramon, CA 94583

Dr. Electric
2741 N. Green Valley Pkwy.
Suite 100
Henderson, NV 89014

Crystal Cleaning Solutions
5600 S. 122nd East Ave.
Suite 105
Tulsa, OK 74146

Diego, Maria Eugenia Garcia

Dr. Electric
1475 Buford Drive, Suite 403-158
Decatur, GA 30033

Crystal Cleaning Solutions
2000 Center Drive, Suite East C300
Hoffman Estates, IL 60192

Dividend Solar Finance, LLC
2000 East St.
NW, Suite 700
Washington, DC 20006

DRC Citrus Industrial
3940 N. Citrus Ave.
Crystal River, FL 34428

DC Solar Electric
333 Canyon Ct
Colfax, CA 95713

Dividend Solar Finance, LLC
38 Fountain Square Plaza
Cincinnati, OH 45263

DRC Citrus Industrial, LP
1810 Iowa Avenue
Riverside, CA 92507

DC Solar Electric, Inc.
4260 E. 5th St.
Tucson, AZ 85711

DLL Financial Solutions
3001 Meacham Blvd.
Suite 200
Fort Worth, TX 76137

DuFord Law, LLP
3611 5th Ave.
San Diego, CA 92103

De Lage Landen Financial Services
15910 Ventura Blvd
12th Floor
Encino, CA 91436

DLL Financial Solutions
1980 Festival Plaza Drive, Suite #950
Las Vegas, NV 89135

Duluth Property Partners
1000 Peachtree St.
NE, Suite 1150
Atlanta, GA 30309

De Lage Landen Financial Services, Inc
1111 Old Eagle School Rd
Wayne, PA 19087

Docusign
221 Main St.
Suite 1550
San Francisco, CA 94105

Ecofasten
1295 W. Washington St.
Suite 110
Tempe, AZ 85281

Delion Electrical Contractors
10102 W. 26th Ave.
Lakewood, CO 80215

Docusign
221 Main St #800
San Francisco, CA 94105

EcoFasten Solar, LLC.
4141 W Van Buren St
Suite 2
Phoenix, AZ 85009

Delion Electrical Contractors
28341 Bruning St
Murrieta, CA 92563-4410

Domo
772 E. Utah Valley Dr.
American Fork, UT 84003

Electric Authority
2401 N. Glassell St.
Orange, CA 92865

Dialpad
3001 Bishop Dr.
Suite 400A
San Ramon, CA 94583

Domo
802 E. 1050 South
American Fork, UT 84003

Electric Authority

Element Solar
11622 Adina Dr.
Austin, TX 78759

Element Solar
2000 W Ashton Blvd
Suite 170
Lehi, UT 84043

Elements Capital Group
122 E. Houston St.
San Antonio, TX 78205

Elements Capital Group
1064 S. North County Blvd
Suite 200
Pleasant Grove, UT 84062

Enerflo
1775 E. Allen Ave.
Glendora, CA 91740

Enerflo
20422 Beach Blvd #215
Huntington Beach, CA 92648

Enterprise
600 Corporate Park Dr.
Saint Louis, MO 63105

Epic Home Solar
9083 Foothills Blvd
#390
Roseville, CA 95747

Epic Home Solar DBA Epic Energy
10601 S. River Front Pkwy.
Suite 225
South Jordan, UT 84095

Equifax
1550 Peachtree St. NW
Atlanta, GA 30309

Equifax
P.O. Box 740256
Atlanta, GA 30374

Equity Finance, LLC
2000 Town Center
Southfield, MI 48075

Equity Finance, LLC.
1225 N. Loop 1604 W
Suite 110
San Antonio, TX 78258

Estate of William Paul Wade

Everbright CPA
2389 E. Camelback Rd.
Suite 110
Phoenix, AZ 85016

Everbright CPA
4453 Enterprise St
Fremont, CA 94538

Everbright MSA
2389 E. Camelback Rd.
Suite 101
Phoenix, AZ 85016

Evergreen Solar
180 Industrial Dr.
Marlborough, MA 01752

Evergreen Solar
8328 Olivine Ave
Citrus Heights, CA 95610

ExecHQ
100 Spectrum Center Dr.
Suite 900
Irvine, CA 92618

ExecHQ
2390 E Camelback Rd Suite 130
Phoenix, AZ 85016

Exo Energy, Inc.
11681 Slaughter Creek Dr.
Austin, TX 78748

Exo Energy, Inc.
1247 Simpon Way
Escondido, CA 92029

ExpansionJS, LLC
729 Hancock Drive
Folsom, CA 95630

Fastrac Energy Services
1454 N. Loop 336 W
Suite B
Conroe, TX 77304

Fastrac Energy Services
10696 Haddington Dr
Suite 130
Houston, TX 77043

First Advantage Enterprise Screenin
1000 Alderman Dr.
Suite 200
Alpharetta, GA 30005

First Advantage Enterprise ScreeninC
1 Concourse Parkway
NE, Suite 200
Atlanta, GA 30328

Fits Energy
1682 E. Shaw Avenue
Suite 101
Fresno, CA 93710

Flowhance
2150 S. 1300 E
Suite 200
Salt Lake City, UT 84108

| | | |
|---|---|---|
| Flowhance | GoodLeap<br>3025 Horizon Ridge Pkwy.<br>Suite 100<br>Henderson, NV 89052 | Hillcrest, Davidson, & Associates, L<br>1771 International Pkwy<br>Suite 101<br>Richardson, TX 75081 |
| Four Seasons Business Park II, Ltd.<br>3530 N. Central Ave.<br>Suite 1400<br>Phoenix, AZ 85012 | Goodleap<br>P.O. Box 4387<br>Portland, OR 97208 | Hubspot<br>1467 East Colton Ave.<br>Redlands, CA 92374 |
| Four Seasons Business Park II, Ltd.<br>7930 Breen Road<br>Houston, TX 77064 | Green Energy Services<br>1454 N. Loop 336 W<br>Suite B<br>Conroe, TX 77304 | Hubspot<br>199 Bishopsgate<br>London EC2M 3T |
| Gateway West<br>3030 N. Central Ave.<br>Suite 1150<br>Phoenix, AZ 85012 | Green Energy Services<br>284 Amory Street<br>Jamaica Plain, MA 02130 | Illuminating Power, LLC<br>4217 Newcombe Ave<br>Bakersfield, CA 93301 |
| Gateway West Properties, Inc.<br>9530 Chesapeake Drive<br>Suites 502 and 503<br>San Diego, CA 92123 | H&E Equipment Services, Inc<br>7500 Pecue Lane<br>Baton Rouge, LA 70809 | Image Building Maintenance, Inc.<br>8150 N. Central Expressway<br>Suite 290<br>Dallas, TX 75206 |
| GC Packaging, LLC<br>13435 Jupiter Road<br>Dallas, TX 75238 | H&E Equipment Services, Inc<br>12100 Wilshire Blvd<br>Suite 300<br>Los Angeles, CA 90025 | Image Building Maintenance, Inc.<br>3087 Secret Lake Trail<br>Cool, CA 95614 |
| GC Packing, LLC<br>14848 S. Central Ave.<br>Phoenix, AZ 85048 | Hanwha QCELLS America, Inc.<br>400 Spectrum Center Drive<br>Suite 1400<br>Irvine, CA 92618 | Impact Solar<br>1001 W. Loop 281<br>Suite 290<br>Longview, TX 75604 |
| Global Merchant Cash, Inc.<br>64 Beaver Street<br>Suite 415<br>New York, NY 10004 | Hanwha QCELLS America, Inc.<br>25 Mauchly<br>Suite 300<br>Irvine, CA 92618 | Infinity Roofing, Inc<br>11811 N Tatum Blvd<br>Suite 3031<br>Phoenix, AZ 85028 |
| Global Merchant Cash, Inc.<br>333 Pearsall Ave.<br>Suite 205<br>Cedarhurst, NY 11516 | Hathaway, Berkshire<br>3555 Farnam Street<br>Omaha, NE 68131 | Information & Computing Services In<br>3563 Philips Hwy<br>Suite 300<br>Jacksonville, FL 32207-5663 |
| Goldschmidt Attorneys rep Daliene Shafer<br>4350 Executive Dr.<br>Suite 150<br>San Diego, CA 92121 | Hillcrest, Davidson, & Associates, LLC<br>2360 Hillcrest Dr.<br>Dallas, TX 75234 | Information & Computing Services, In<br>2100 Riveredge Pkwy.<br>NW<br>Atlanta, GA 30328 |

| | | |
|---|---|---|
| Inland Business Systems<br>7000 Golden State Hwy.<br>Bakersfield, CA 93308 | Kevin William Bush Jr.<br>912 S. 5th Ave.<br>Tucson, AZ 85701 | Mettel<br>55 Water St.<br>32nd Floor<br>New York, NY 10041 |
| Inland Business Systems<br>2650 F St.<br>Bakersfield, CA 93301 | LG Electronics USA, Inc.<br>1000 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Mettel<br>55 Water Street, 32nd Floor<br>New York, NY 10041 |
| Inland Business Systems<br>2592 Notre Dame Blvd<br>Chico, CA 95928 | Liberty Mutual<br>175 Berkeley St.<br>Boston, MA 02116 | Mosaic<br>1045 W. 6th St.<br>Suite 100<br>Los Angeles, CA 90017 |
| Inland Business Systems<br>1500 N. Market Blvd<br>Sacramento, CA 95834 | Lit Gateway Portfolio, LLC<br>16303 East 32nd Street Avenue<br>Suite 12<br>Aurora, CO 80011 | Mosaic Credit Union<br>31 S Carlton St<br>Harrisonburg, VA 22801 |
| Ion Electric<br>1605 E. Main St.<br>Mesa, AZ 85203 | Longi<br>1989 W. Beamer St.<br>Woodland, CA 95776 | MSA 214 Atherton<br>2856 Atherton Rd<br>Rocklin, CA 95765 |
| Ion Electric<br>44 E 800 N<br>Orem, UT 84057 | Longi Solar<br>8369 Shangyuan Road<br>Economic And Technological Development<br>Xi'an,Shaanxi,China | MSA 214 Fort Worth<br>2856 Atherton Rd<br>Rocklin, CA 95765 |
| JHP Electric<br>4332 Glenwood Ave.<br>Raleigh, NC 27612 | M4 Sunset, LLC<br>1200 W. Sunset Rd.<br>Suite 100<br>Las Vegas, NV 89113 | MSA 214 Fresno<br>2856 Atherton Rd<br>Rocklin, CA 95765 |
| JHP Electric<br>9110 Union Park Way<br>Elk Grove, CA 95624 | M4 Sunset, LLC<br>6728 W. Sunset Road<br>Suites 130 and 140<br>Las Vegas, NV 89118 | MSA Infinity Roofing, Inc.<br>2855 Artheron Rd<br>Rocklin, CA 95765 |
| Kaybsky Solutions, Inc.<br>43218 Business Park Dr.<br>Suite 103<br>Temecula, CA 92591 | Mark A Haynes<br>7850 White Ln<br>Suite E #279<br>Bakersfield, CA 93309-7699 | My Solar Partner<br>8100 E. 22nd St.<br>Suite 104<br>Tucson, AZ 85710 |
| Keegan & Baker, LLP rep. Lukas Jeffery<br>5820 Oberlin Dr.<br>San Diego, CA 92121 | Mark A. Haynes<br>7850 White Ln<br>Suite E, #279<br>Bakersfield, CA 93309-7699 | My Solar Partner<br>3525 Quakerbridge Rd<br>Suite 4250<br>Hamilton Township, NJ 08619 |

New Era Marketing
2440 N. Scottsdale Rd.
Suite 108
Scottsdale, AZ 85281

New Era Marketing & Solar, LLC
12203 San Pablo Ave.
Richmond, CA 94805

Nusa, LLC
999 8th St.
Suite 3000
Denver, CO 80202

Nusa, LLC
Ferry Plaza
San Francisco, CA 94105

Nusa, LLC
3501 Civic Center D
San Rafael, CA 94903

OHM Solar Solutions
1300 Nord Ave
Suite 100
Chico, CA 95926

Omnidian
107 Spring St.
Seattle, WA 98104

One Source Provider
7100 Dixie Hwy.
Suite 8
Clarkston, MI 48346

One Source Provider
22370 Michigan Ave
Suite 200
Dearborn, MI 48124

OneSource Distributors, Inc.
3591 Oceanic Dr.
Oceanside, CA 92056

Oracle NetSuite
500 Oracle Pkwy.
Redwood City, CA 94065

Oracle NetSuite
2300 Oracle Way
Austin, TX 78741

Pacific Coast Generation
2040 Main St.
Suite 250
CA

Pacific Coast Generation
31566 Railroad Canyon Rd
Ste 2-29
Canyon Lake, CA 92587

Pitney Bowes
3001 Summer St.
Stamford, CT 06905

Pitney Bowes
3085 Mary Pl
West Sacramento, CA 95691

Pittsburg Mini Storage
1588 E. 11th St.
Pittsburg, CA 94565

Pittsburg Mini Storage, LLC
1417 Bobo Court
Pittsburg, CA 94565

Powur
1630 S. Pacific Coast Hwy.
Suite 201
Redondo Beach, CA 90277

Powur
2683 Via De La Valle
Suite G321
Del Mar, CA 92014

PREG Temecula, LLC
27780 Jefferson Ave.
Suite C
Temecula, CA 92590

PREG Temecula, LLC
27555 Ynez Road
Suite 202
Temecula, CA 92591

QM Solar
2770 N. 29th Ave.
Suite 201
Hollywood, FL 33020

QM Solar
2770 N. 29th Avenue, Suite 201
Hollywood, FL 33020

R&H Industries DBA Elite Solar Co
7001 N. 1st St.
Fresno, CA 93720

R&H Industries LLC
2941 N Coronado St
Chandler, AZ 85224

Radial
2301 Renaissance Blvd.
King of Prussia, PA 19406

Radial Engineering
2301 Renaissance Blvd
King of Prussia, PA 19406

Raymond Leasing Corp.
22 S. Canal St.
Greene, NY 13778

Raymond Leasing Corp.
900 National Dr
Sacramento, CA 95834

Revenue.IO
1161 Mission St.
Suite 800
San Francisco, CA 94103

Revenue.IO
15000 Ventura Boulevard, Suite 201
Sherman Oaks, CA 91403

Revo Home Solutions
5857 Owens Ave.
Suite 301
Carlsbad, CA 92008

Samsara Networks, Inc.
150 Spear St.
Suite 1200
San Francisco, CA 94105

Samsara Networks, Inc.
1 De Haro St.
San Francisco, CA 94103

Sanchez Electric
6120 E. Broadway Blvd.
Suite 100
Tucson, AZ 85711

Sanchez Electric
5096 Edenview Dr.
San Jose, CA 95111

Sater Electric
9732 State Route 445 #339
Sparks, NV 89441

Senergy Power
1095 E. Indian School Rd.
Phoenix, AZ 85014

Senergy Power, Inc
633 E Ray Rd
Suite 106
Gilbert, AZ 85296

Shine Solar, LLC
1161 W. 12th St.
Suite 102
Fayetteville, AR 72701

Shine Solar, LLC
5214 W. Village Pkwy., # 100
Rogers, AR 72758

Skedulo
201 Spear St.
Suite 1200
San Francisco, CA 94105

Skedulo
800 Market St 4th Floor
San Francisco, CA 94111

Sky Power AZ, LLC
401 W. Baseline Rd.
Suite 101
Tempe, AZ 85283

Sky Power AZ, LLC
2065 South Cooper Rd
Chandler, AZ 85286

Skyline Smart Energy
801 N. Brand Blvd.
Suite 1100
Glendale, AZ

Skyline Smart Energy
2649 Elizondo Ave
Simi Valley, CA 93065

Sol Source, LLC
1447 W. 130th St.
Gardena, CA 90249

Sol Source, LLC
5919 N Broadway
Denver, CO 80216

Solagistics
123 N. Main St.
Suite 200
Greenville, SC 29601

Solagistics
735 Clark Ave
Yuba City, CA 95991

Solar Energy Partners
707 W. 17th St.
Suite A
Costa Mesa, CA 92627

Solar Energy Partners
3150 Bristol St, 2nd Floor, Suite 20
Costa Mesa, CA 92626

Solar Insure, Inc
555 Anton Blvd
Suite 150
Costa Mesa, CA 92626

Solar Insure, Inc.
555 Anton Blvd
Suite 150
Costa Mesa, CA 92626

Solar Systems, LLC
2128 N Beverly Glen Blvd
Los Angeles, CA 90070

Solar Systems, LLC
C/O 25 Mauchly
Suite 300
Irvine, CA 92618

Solarplex LLC DBA Maravilla Cons
1852 E. 1st St.
Los Angeles, CA 90033

Solarplex, LLC
122 W Silver Oak St
Nixa, MO 65714

Solwerks, Inc.
2805 N. 1st Ave.
Tucson, AZ 85719

Solwerks, Inc.
15260 Ventura Blvd Ste 960
Sherman Oaks, CA 91403

Sonnen, Inc.
1578 Litton Drive
Stone Mountain, GA 30083

Southern Energy Distributors
1001 W. Loop 281
Longview, TX 75604

Southern Energy Distributors
1717 TOOMEY RD APT 209
Austin, TX 78704

Southwind Properties
600 Corporate Park Dr.
Saint Louis, MO 63105

Southwind Properties, LLC
1220 Quarry Lane
Suite B
Pleasanton, CA 94566

Spearhead Staffing LLC
1078 Summit Ave Box# 1392
Jersey City, NJ 07307

Spearhead Staffing, LLC
3475 W. Pioneer Pkwy.
Suite 100
Arlington, TX 76013

Spier Innovations
5757 W. Century Blvd.
Suite 800
Los Angeles, CA 90045

Spier Innovations
5757 W. Century Blvd, Suite 800
Los Angeles, CA 90045

Sprout Solutions
801 E. 3rd St.
Suite 200
Austin, TX 78702

Sprout Solutions
801 E. 3rd Street, Suite 200
Austin, TX 78704

Standard Energy Solutions
9520 Gerwig Ln
Suite T
Columbia, MD 21046

Standard Energy Solutions, LLC
560 W. 100 N.
Suite 102
Saint George, UT 84770

Starstone National Insurance Company
900 Circle 75 Pkwy.
Suite 1400
Atlanta, GA 30339

StarStone National Insurance Company
1209 Orange Street
Wilmington, DE 19801

STS Construction Services
6500 W. Loop 1604 N.
Suite 102
San Antonio, TX 78250

STS Construction Services
2890 E Pico Blvd
Los Angeles, CA 90023

Summit Solar Solutions, LLC
101 N. Main St.
Suite 1004
Greenville, SC 29601

Summit Solar Solutions, LLC
101 N Main St
Suite 1004
Greenville, SC 29601

Sun at Work Electric
119 E. 4th St.
Suite 201
Los Angeles, CA 90013

Sun at Work Electric
11419 Sunrise Gold Cir STE 5
Rancho Cordova, CA 95742

Sunlight / SOLO Program
1 World Trade Center
Suite 66B
New York, NY 10007

Sunlight / SOLO Program
1 World Trade Center, Suite 66B
New York, NY 10016

Sunnova
1001 McKinney St.
Suite 1300
Houston, TX 77002

Sunnova (ISA)
1000 Main St.
Suite 1000
Houston, TX 77002

Sunnova Energy International, Inc
20 Greenway Plz
#540
Houston, TX 77046

SunProve
120 S. 48th St.
Tempe, AZ 85281

SunProve
6520 Lonetree Blvd #128
Rocklin, CA 95765

Sunrun Installation Services (MSC)
225 Bush St.
Suite 1400
San Francisco, CA 94104

Sunrun Installation Services, Inc.
600 California St
Suite 100
San Francisco, CA 94108

Sunrun Installation Services, Inc.
600 California St
Suite 1800
San Francisco, CA 94108

Suntuity Solar
2137 Route 35 N.
Holmdel, NJ 07733

Suntuity Solar
2137 NJ-35
Holmdel, NJ 07733

SunVolt
4350 Arville St.
Suite 400
Las Vegas, NV 89103

SunVolt
1676 E. 16th Street

Sunwin, LLC
4208 Rosedale Hwy
Suite 302-117
Bakersfield, CA 93308

Sunwin, LLC
7119 W. Sunset Blvd
#225
Los Angeles, CA 90046

Susana Road Investors
1815 N. Susana Rd.
San Diego, CA

Susana Road Investors
3122 E. Via Mondo
Rancho Dominguez, CA 90221

Swell
530 Lytton Ave.
Suite 200
Palo Alto, CA 94301

Swell
530 Lytton Avenue, Suite 200
Palo Alto, CA 94301

Swell Energy Inc.
1515 7th Street
#049
Santa Monica, CA 90401

Tesla, Inc.
3500 Deer Creek Rd.
Palo Alto, CA 94304

Tesla, Inc.
45500 Fremont Blvd.
Fremont, CA 94538

The Hartford
690 Asylum Ave.
Hartford, CT 06106

The Hartford
1024 Iron Point Rd Ste 1128, 1129
Folsom, CA 95630

Thremor Alloy Wheel Inc.
3929 E. Guasti Road
Suite F
Ontario, CA 91761

Today's Builder Corp.
1801 W. 4th St.
Suite 300
Santa Ana, CA 92703

Toro Electric
1525 W. 9th St.
Upland, CA 91786

Toro Electric
1969 Cherryland Ave
Stockton, CA 95215

Tremor Alloy Wheel, Inc.
1020 E. 8th St.
Los Angeles, CA 90021

V3 Electric
4925 Robert J. Mathews Pkwy.
Suite 100
El Dorado Hills, CA 95762

V3 Electric, Inc
4925 Robert J Mathews Pkwy
Suite 100
El Dorado Hills, CA 95762

Vonage
23 Main St.
Holmdel, NJ 07733

Vonage
23 Main Street
Holmdel, NJ 07733

Waste Harmonics
7620 Omnitech Place
Suite 1
Victor, NY 14564

Waste Harmonics
7665 Omnitech Pl.
Victor, NY 14564

Webfund, LLC
535 E. 4th St.
Santa Ana, CA 92701

Webfund, LLC
99 Washington Ave., Suite 700
Albany, NY 12260

Wesco
225 W Station Square Dr Ste 700
Pittsburgh, PA 15219

Wesco Distribution, Inc.
225 West Station Square Drive
Suite 700
Pittsburgh, PA 15219-1122

Western Surety Company
101 S. Reid St.
Sioux Falls, SD 57103

Western Surety Company
707 Wilshire Blvd
Suite 4000
Los Angeles, CA 90017-3623

WhiteHawk
1301 5th Ave.
Suite 1500
Seattle, WA 98101

WhiteHawk
1301 5th Avenue, Suite 1500
Seattle, WA 98101

Windmar Solar
1080 E. River Rd.
Suite 130
Tucson, AZ 85718

Windmar Solar
6753 Kingspointe Pkwy STE 107
Orlando, FL 32819

WS Capital Series Fund
1990 K. St. NW.
Suite 650
Washington, DC 20006

WS Capital Series Fund
1990 K Street NW, Suite 650
Washington, DC 20001

Xcel Electrical Services
1234 Main St.
Houston, TX

Xcel Electrical Services
414 Nicollet Mall
Minneapolis, MN 55401

Xerox Financial Solutions
45 Glover Ave.
Norwalk, CT 06850

Xerox Financial Solutions
P.O. Box 202882
Dallas, TX 75320

Xtechs
9172 Greenback Ln.
Suite A
Orangevale, CA 95662

Xtechs
9172 Greenback Ln Suite B
Orangevale, CA 95662

Yingli Green Energy Americas, Inc.
2929 Arch Street
Suite 1175
Philadelphia, PA 19104

ZenSuite
100 Spectrum Center Dr.
Suite 900
Irvine, CA 92618

ZenSuite
2999 Douglas Blvd. Suite 180
Placerville, CA 95667

Ziwa Holdings
3400 W. Greenfield Ave.
Milwaukee, WI 53215

Ziwa Holdings, LTD
1240 N. Vo Tech Drive
Suite C
Weslaco, TX 78596

Zoom Imaging Solutions
9515 S. 700 E.
Suite 200
Sandy, UT 84070

Zoom Imaging Solutions
1300 S. 7th St.
Phoenix, AZ 85034

Zoom Imaging Solutions
5657 Copley Dr.
San Diego, CA 92111

Zoom Imaging Solutions
1326 N Market Blvd
Sacramento, CA 95834

# United States Bankruptcy Court
## Eastern District of California

In re  **Infinity Energy, Inc.**                                         Case No.
                                    Debtor(s)                            Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Infinity Energy, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 19, 2025**
Date

**/s/ Gary Ray Fraley, Esq.**
**Gary Ray Fraley, Esq.**
Signature of Attorney or Litigant
Counsel for  **Infinity Energy, Inc.**
**Fraley & Fraley PC**
**1401 El Camino Ave - Ste #370**
**Sacramento, CA 95815-2747**
**(916) 485-5444 Fax:(916) 485-8969**
**fraleyandfraley@gmail.com**