United States Bankruptcy Court
Eastern District of California

In re:
Infinity Energy, Inc.
Debtor

Case No. 25-20737-B
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0972-2 User: admin Page 1 of 8
Date Rcvd: Feb 21, 2025 Form ID: 309C Total Noticed: 327

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Infinity Energy, Inc., 3825 Atherton Rd., Rocklin, CA 95765-3704 |
| 23915166 | + | 214 Atherton LLC, 3825 Atherton Road, Rocklin CA 95765-3704 |
| 23915165 | | 214 Atherton LLC, 2835 Atherton Road, Rocklin CA 95765-3700 |
| 23915167 | + | 214 Company LLC, 3825 Atherton Road, Rocklin CA 95765-3704 |
| 23915173 | + | 214 Company LLC, 3855 Atherton Road, Rocklin CA 95765-3700 |
| 23915168 | | 214 Company LLC, 3826 Atherton Road, Rocklin CA 95765 |
| 23915170 | | 214 Company LLC, 2856 Atherton Road, Rocklin CA 95765 |
| 23915169 | | 214 Company LLC, 3827 Atherton Road, Rocklin CA 95765 |
| 23915171 | | 214 Company LLC, 3828 Atherton Road, Rocklin CA 95765 |
| 23915172 | | 214 Company LLC, 3829 Atherton Road, Rocklin CA 95765 |
| 23915174 | | 214 Fort Worth, 3825 Atherton Rd, Rocklin CA 95765-3704 |
| 23915175 | + | 214 Fresno LLC, 5096 N Blythe Avenue, Suites 100 110 115b, Fresno CA 93722-6445 |
| 23915176 | + | 214 Menlo LLC, 590 Menlo Drive, Rocklin CA 95765-3724 |
| 23915178 | + | 4D Real Property Holdings LLC, 3845 Atherton Road, Suite 1, Rocklin CA 95765-3712 |
| 23915177 | | 4D Real Property Holdings LLC, 1150 N Town Center Dr, Suite 100, Las Vegas NV 89144 |
| 23915180 | + | ABC Supply Co Inc, 4580 E Thousand Oaks Blvd, Suite 350, Thousand Oaks CA 91362-7200 |
| 23915181 | + | ABJ Group Enterprises, 1250 E Shaw Ave, Suite 104, Fresno CA 93710-7815 |
| 23915182 | + | ABJ Group Enterprises TX LLC, 6707 Brentwood Stair Road, Suite 120, Fort Worth TX 76112-3354 |
| 23915184 | | ACDC Power, 1130 E Orangefair ln, Anaheim CA 92801 |
| 23915185 | + | ACDC Power, 100 Big Break Rd unit B, Oakley CA 94561-3082 |
| 23915187 | + | ACH Capital West LLC, 881 Baxter Drive Ste 100, South Jordan UT 84095-8506 |
| 23915186 | + | ACH Capital West LLC, 4300 North Miller Road Suite 116, Scottsdale AZ 85251-3638 |
| 23915189 | + | ACT Energy Technologies Inc, 501 Winscott Rd, Fort Worth TX 76126-2117 |
| 23915192 | ++ | ADOBE INC, ATTN CREDIT DEPARTMENT, 345 PARK AVENUE, SAN JOSE CA 95110-2704 address filed with court:, Adobe, 345 Park Avenue, San Jose CA 95110 |
| 23915194 | + | AEE Solar Inc, 775 Fiero Lane, Suite 200, San Luis Obispo CA 93401-7904 |
| 23915197 | + | AIC Electric Company, 3804 Hicks Ln, Chico CA 95973-8960 |
| 23915198 | + | AIC Eletric Company, 3804 Hicks Ln, Chico CA 95973-8960 |
| 23915206 | + | AMS-PAR LP, 711 W 17th St, Suite A, Costa Mesa CA 92627-4350 |
| 23915207 | # | AMS-PAR LP, 16800 Greenspoint Park Dr, Suite 120N, Houston TX 77060-2308 |
| 23915183 | + | Accelerant, 400 Northridge Road Suite 800, Atlanta GA 30350-3354 |
| 23915188 | + | Act Energy Technologies, 9950 Woodloch Forest Drive, The Woodlands Suite 1575, Spring TX 77380-3991 |
| 23915191 | + | Admiral Insurance Company, 232 Strawbridge Drive Suite 300, Moorestown NJ 08057-4603 |
| 23915190 | #+ | Admiral Insurance Company, 1000 Howard Boulevard Suite 300, Mount Laurel NJ 08054-2320 |
| 23915195 | + | Aeternus Holdings LLC, 14346 Middletown Ln, Westminster CA 92683-4515 |
| 23915196 | + | Aeternus LLC, 3825 Atherton Rd, Rocklin CA 95765-3704 |
| 23915199 | + | Aicon Solar, 2621 S 47th Street, Phoenix AZ 85034-7415 |
| 23915200 | + | Aicon Solar, 310 S Twin Oaks Valley Rd Ste 107, San Marcos CA 92078-4387 |
| 23915201 | | All County Electric, 418 E 15th Street, Plano TX 75074 |
| 23915202 | + | All Phase Electric, 731 North Market Blvd, Sacramento CA 95834-1211 |

| | | |
|---|---|---|
| 23915203 | | All Phase Electrical Service, 3100 E 1st Street, Los Angeles CA 90063 |
| 23915205 | + | American Wealth Financial, 3100 Zinfandel Dr 255, Rancho Cordova CA 95670-6391 |
| 23915204 | + | American Wealth Financial, 1630 W Southern Avenue Suite 9, Mesa AZ 85202 |
| 23915209 | + | Amwins Insurance Broker LLC, 3100 Zinfandel Dr, Rancho Cordova CA 95670-6027 |
| 23915208 | | Amwins Insurance Broker LLC, 101 South Tyron Street Suite 2900, Charlotte NC 28280 |
| 23915210 | | Anchuca Holding, 1155 W 6th St, Suite 1100, Los Angeles CA 90017 |
| 23915211 | + | AscentOS, 3941 Park Drive, Suite 20522, El Dorado Hills CA 95762-4549 |
| 23915212 | + | AscentOS, 455 Capitol Mall Suite 300, Sacramento CA 95814-4415 |
| 23915213 | + | Astound Wave, 3700 Monte Villa Pkwy, Bothell WA 98021-9126 |
| 23915214 | + | Astound Wave, 1031 Triangle Ct, West Sacramento CA 95605-2342 |
| 23915216 | | Aurora, 1200 6th Street Suite 110, San Carlos CA 94070 |
| 23915215 | + | Aurora, 1200 6th St, Suite 110, Berkeley CA 94710-1402 |
| 23915217 | | Auvik, 2650 John St, Postal Code L3R 2W4, Markham ON |
| 23915219 | + | Baize, 1305 E 25th St, Bakersfield CA 93301 |
| 23915221 | | Basic Energy, 3401 N 7th Ave, Suite 140, Phoenix AZ 85013 |
| 23915222 | + | Basic Energy, 801 Cherry St Suite 2100, Fort Worth TX 76102-6821 |
| 23915224 | + | Bay Alarm Company, 3475 Orange Grove Avenue, North Highlands CA 95660-5509 |
| 23915225 | + | Bay Area SunShares Program, 1950 Parkside Dr, Concord CA 94519-2526 |
| 23915227 | + | BayWa, 1101 National Dr, Sacramento CA 95834-2936 |
| 23915228 | + | BayWa R E Solar Systems LLC, 4501 Circle 75 Pkwy, Suite D-700, Atlanta GA 30339-3025 |
| 23915230 | + | Beacon Sales Acquisition Inc, 12100 Wilshire Blvd, Suite 300, Los Angeles CA 90025-7136 |
| 23915229 | + | Beacon Sales Acquisition Inc, 505 Huntmar Park Dr, Suite 300, Herndon VA 20170-5152 |
| 23915231 | + | Berkshire Hathaway, 1314 Douglas St, Omaha NE 68102-1939 |
| 23915232 | + | Beverly Bank Trust Company N A, 10258 S Western Ave, Chicago IL 60643-2391 |
| 23915233 | + | Beverly Bank Trust Company N A, 15910 Ventura Blvd, 12th Floor, Encino CA 91436-2802 |
| 23915234 | + | Bill and Tanya Miller Family Limited, 303 N Wesr Street, Visalia CA 93291-6009 |
| 23915235 | + | Bill and Tanya Miller Family Limited, 303 N West Street, Visalia CA 93291-6009 |
| 23915236 | + | Bird Eye, 2479 E Bayshore Rd, Suite 188, Palo Alto CA 94303-3245 |
| 23915238 | | Bright Planet Solar Inc, 1924 W 17th St, Los Angeles CA 90006 |
| 23915239 | + | Bright Planet Solar Inc, 2358 Cepheus Ct, Bakersfield CA 93308-6944 |
| 23915240 | + | Business Capital DBA BizCap, 445 Broad Hollow Rd, Suite 202, Melville NY 11747-3669 |
| 23915241 | + | Business Capital Services, 5201 Ravenswood Rd Suite 103, Fort Lauderdale FL 33312-6004 |
| 23915242 | | California Solar Electric, 43515 Trade Center Way, Murrieta CA 92562 |
| 23915243 | + | California Solar Electric Inc, 26074 Ave Hall, Suite 13, Valencia CA 91355-3445 |
| 23915244 | | Captive Solar OHM Solar Solutions, 4640 E Cactus Rd, Suite 505, Phoenix AZ 85032 |
| 23915245 | + | City Gate Business Park, 555 E City Ave, Suite 700, Bala Cynwyd PA 19004-1115 |
| 23915247 | + | Consolidated Electrical Distributors In, 12100 Wilshire Blvd, Suite 300, Los Angeles CA 90025-7136 |
| 23915246 | + | Consolidated Electrical Distributors In, 1920 Westridge Dr, Irving TX 75038-2901 |
| 23915248 | + | Cornerstone, 1601 Cloverfield Blvd, Suite 600S, Santa Monica CA 90404-4087 |
| 23915249 | + | Cornerstone, 1601 Response Rd 150, Sacramento CA 95815-5256 |
| 23915251 | + | Crawford Electrical Supply, 7701 W Little York Rd 800, Houston TX 77040-5493 |
| 23915250 | + | Crawford Electrical Supply, 8325 NW 64th St, Miami FL 33166-2647 |
| 23915252 | + | Creditors Adjustment Bureau Inc, 4340 Fulton Ave, Third Floor, Sherman Oaks CA 91423-3925 |
| 23915253 | + | Crum Forster, 305 Madison Ave, New York NY 10165-0006 |
| 23915254 | + | Crum and Forster, 305 Madison Ave, Morristown NJ 07960-6100 |
| 23915256 | + | Crystal Cleaning Solutions, 2000 Center Drive Suite East C300, Hoffman Estates IL 60192-5005 |
| 23915255 | | Crystal Cleaning Solutions, 5600 S 122nd East Ave, Suite 105, Tulsa OK 74146 |
| 23915257 | + | DC Solar Electric, 333 Canyon Ct, Colfax CA 95713-9049 |
| 23915258 | | DC Solar Electric Inc, 4260 E 5th St, Tucson AZ 85711 |
| 23915268 | + | DLL Financial Solutions, 3001 Meacham Blvd, Suite 200, Fort Worth TX 76137-4615 |
| 23915269 | + | DLL Financial Solutions, 1980 Festival Plaza Drive Suite 950, Las Vegas NV 89135-2998 |
| 23915276 | | DRC Citrus Industrial, 3940 N Citrus Ave, Crystal River FL 34428 |
| 23915277 | + | DRC Citrus Industrial LP, 1810 Iowa Avenue, Riverside CA 92507-2405 |
| 23915259 | + | De Lage Landen Financial Services, 15910 Ventura Blvd, 12th Floor, Encino CA 91436-2802 |
| 23915262 | | Delion Electrical Contractors, 28341 Bruning St, Murrieta CA 92563-4410 |
| 23915261 | | Delion Electrical Contractors, 10102 W 26th Ave, Lakewood CO 80215 |
| 23915263 | + | Dialpad, 3001 Bishop Dr, Suite 400A, San Ramon CA 94583-5005 |
| 23915267 | + | Dividend Solar Finance LLC, 38 Fountain Square Plaza, Cincinnati OH 45263-0001 |
| 23915266 | | Dividend Solar Finance LLC, 2000 East St, NW Suite 700, Washington DC 20006 |
| 23915273 | + | Domo, 802 E 1050 South, American Fork UT 84003-4734 |
| 23915274 | | Dr Electric, 2741 N Green Valley Pkwy, Suite 100, Henderson NV 89014 |
| 23915275 | | Dr Electric, 1475 Buford Drive Suite 403-158, Decatur GA 30033 |
| 23915278 | + | DuFord Law LLP, 3611 5th Ave, San Diego CA 92103-4219 |

23915279 + Duluth Property Partners, 1000 Peachtree St, NE Suite 1150, Atlanta GA 30309-3904
23915281 + EcoFasten Solar LLC, 4141 W Van Buren St, Suite 2, Phoenix AZ 85009-4062
23915280 + Ecofasten, 1295 W Washington St, Suite 110, Tempe AZ 85288-1233
23915282 + Electric Authority, 2401 N Glassell St, Orange CA 92865-2705
23915284 Element Solar, 11622 Adina Dr, Austin TX 78759
23915287 #+ Elements Capital Group, 1064 S North County Blvd, Suite 200, Pleasant Grove UT 84062-3436
23915286 + Elements Capital Group, 122 E Houston St, San Antonio TX 78205-2267
23915289 + Enerflo, 20422 Beach Blvd 215, Huntington Beach CA 92648-4375
23915288 Enerflo, 1775 E Allen Ave, Glendora CA 91740
23915292 Epic Home Solar DBA Epic Energy, 10601 S River Front Pkwy, Suite 225, South Jordan UT 84095
23915295 + Equity Finance LLC, 2000 Town Center, Southfield MI 48075-1134
23915296 Equity Finance LLC, 1225 N Loop 1604 W, Suite 110, San Antonio TX 78258
23915299 + Everbright CPA, 4453 Enterprise St, Fremont CA 94538-6306
23915298 Everbright CPA, 2389 E Camelback Rd, Suite 110, Phoenix AZ 85016
23915300 Everbright MSA, 2389 E Camelback Rd, Suite 101, Phoenix AZ 85016
23915302 + Evergreen Solar, 8328 Olivine Ave, Citrus Heights CA 95610-2746
23915301 Evergreen Solar, 180 Industrial Dr, Marlborough MA 01752
23915304 + ExecHQ, 2390 E Camelback Rd Suite 130, Phoenix AZ 85016-3449
23915303 + ExecHQ, 100 Spectrum Center Dr, Suite 900, Irvine CA 92618-4974
23915305 Exo Energy Inc, 11681 Slaughter Creek Dr, Austin TX 78748
23915307 + ExpansionJS LLC, 729 Hancock Drive, Folsom CA 95630-2228
23915308 Fastrac Energy Services, 1454 N Loop 336 W, Suite B, Conroe TX 77304
23915310 + First Advantage Enterprise Screening, 1000 Alderman Dr, Suite 200, Alpharetta GA 30005-4101
23915311 + First Advantage Enterprise Screening Co, 1 Concourse Parkway, NE Suite 200, Atlanta GA 30328-5346
23915312 Fits Energy, 1682 E Shaw Avenue, Suite 101, Fresno CA 93710
23915313 + Flowhance, 2150 S 1300 E, Suite 200, Salt Lake City UT 84106-4335
23915315 Four Seasons Business Park II Ltd, 3530 N Central Ave, Suite 1400, Phoenix AZ 85012
23915316 + Four Seasons Business Park II Ltd, 7930 Breen Road, Houston TX 77064-8421
23915319 + GC Packaging LLC, 13435 Jupiter Road, Dallas TX 75238-2434
23915320 GC Packing LLC, 14848 S Central Ave, Phoenix AZ 85048
23915317 + Gateway West, 3030 N Central Ave, Suite 1150, Phoenix AZ 85012-2707
23915318 + Gateway West Properties Inc, 9530 Chesapeake Drive, Suites 502 and 503, San Diego CA 92123-1347
23915321 + Global Merchant Cash Inc, 64 Beaver Street, Suite 415, New York NY 10004-2508
23915322 + Global Merchant Cash Inc, 333 Pearsall Ave, Suite 205, Cedarhurst NY 11516-1842
23915323 + Goldschmidt Attorneys rep Daliene Shafe, 4350 Executive Dr, Suite 150, San Diego CA 92121-2141
23915324 GoodLeap, 3025 Horizon Ridge Pkwy, Suite 100, Henderson NV 89052
23915326 Green Energy Services, 1454 N Loop 336 W, Suite B, Conroe TX 77304
23915327 + Green Energy Services, 284 Amory Street, Jamaica Plain MA 02130-2367
23915329 + H E Equipment Services Inc, 12100 Wilshire Blvd, Suite 300, Los Angeles CA 90025-7136
23915331 + Hanwha QCELLS America Inc, 25 Mauchly, Suite 300, Irvine CA 92618-2331
23915330 #+ Hanwha QCELLS America Inc, 400 Spectrum Center Drive, Suite 1400, Irvine CA 92618-5021
23915332 + Hathaway Berkshire, 3555 Farnam Street, Omaha NE 68131-3311
23915333 Hillcrest Davidson Associates LLC, 2360 Hillcrest Dr, Dallas TX 75234
23915335 + Hubspot, 1467 East Colton Ave, Redlands CA 92374-3858
23915337 + Illuminating Power LLC, 4217 Newcombe Ave, Bakersfield CA 93313-2419
23915339 + Image Building Maintenance Inc, 3087 Secret Lake Trail, Cool CA 95614-2507
23915338 + Image Building Maintenance Inc, 8150 N Central Expressway, Suite 290, Dallas TX 75206-1815
23915340 + Impact Solar, 1001 W Loop 281, Suite 290, Longview TX 75604-2920
23915341 + Infinity Roofing Inc, 11811 N Tatum Blvd, Suite 3031, Phoenix AZ 85028-1621
23915343 + Information Computing Services Inc, 2100 Riveredge Pkwy, NW, Atlanta GA 30328-4693
23915342 + Information Computing Services Inc, 3563 Philips Hwy, Suite 300, Jacksonville FL 32207-5627
23915344 Inland Business Systems, 7000 Golden State Hwy, Bakersfield CA 93308
23915346 + Inland Business Systems, 2592 Notre Dame Blvd, Chico CA 95928-8359
23915345 Inland Business Systems, 2650 F St, Bakersfield CA 93301
23915349 + Ion Electric, 44 E 800 N, Orem UT 84057-3905
23915348 Ion Electric, 1605 E Main St, Mesa AZ 85203
23915350 JHP Electric, 4332 Glenwood Ave, Raleigh NC 27612
23915351 + JHP Electric, 9110 Union Park Way, Elk Grove CA 95624-2793
23915352 + Kaybsky Solutions Inc, 43218 Business Park Dr, Suite 103, Temecula CA 92590-3601
23915353 + Keegan Baker LLP rep Lukas Jeffery, 5820 Oberlin Dr, San Diego CA 92121-3742
23915354 + Kevin William Bush Jr, 912 S 5th Ave, Tucson AZ 85701-3107
23915357 Lit Gateway Portfolio LLC, 16303 East 32nd Street Avenue, Suite 12, Aurora CO 80011
23915358 Longi, 1989 W Beamer St, Woodland CA 95776

| | | |
|---|---|---|
| 23915360 | | M4 Sunset LLC, 1200 W Sunset Rd, Suite 100, Las Vegas NV 89113 |
| 23915361 | + | M4 Sunset LLC, 6728 W Sunset Road, Suites 130 and 140, Las Vegas NV 89118-3310 |
| 23915367 | | MSA 214 Atherton, 2856 Atherton Rd, Rocklin CA 95765 |
| 23915368 | | MSA 214 Fort Worth, 2856 Atherton Rd, Rocklin CA 95765 |
| 23915369 | | MSA 214 Fresno, 2856 Atherton Rd, Rocklin CA 95765 |
| 23915370 | | MSA Infinity Roofing Inc, 2855 Artheron Rd, Rocklin CA 95765 |
| 23915362 | + | Mark A Haynes, 7850 White Ln, Suite E 279, Bakersfield CA 93309-7698 |
| 23915363 | + | Mettel, 55 Water St, 32nd Floor, New York NY 10041-3299 |
| 23915365 | | Mosaic, 1045 W 6th St, Suite 100, Los Angeles CA 90017 |
| 23915371 | + | My Solar Partner, 8100 E 22nd St, Suite 104, Tucson AZ 85710-8526 |
| 23915372 | + | My Solar Partner, 3525 Quakerbridge Rd, Suite 4250, Hamilton Township NJ 08619-1266 |
| 23915373 | + | New Era Marketing, 2440 N Scottsdale Rd, Suite 108, Scottsdale AZ 85257 |
| 23915374 | | New Era Marketing Solar LLC, 12203 San Pablo Ave, Richmond CA 94805 |
| 23915377 | + | Nusa LLC, 3501 Civic Center D, San Rafael CA 94903-4112 |
| 23915376 | | Nusa LLC, Ferry Plaza, San Francisco CA 94105 |
| 23915375 | | Nusa LLC, 999 8th St, Suite 3000, Denver CO 80202 |
| 23915378 | + | OHM Solar Solutions, 1300 Nord Ave, Suite 100, Chico CA 95926-4235 |
| 23915379 | + | Omnidian, 107 Spring St, Seattle WA 98104-1005 |
| 23915380 | | One Source Provider, 7100 Dixie Hwy, Suite 8, Clarkston MI 48346 |
| 23915381 | + | One Source Provider, 22370 Michigan Ave, Suite 200, Dearborn MI 48124-2218 |
| 23915382 | | OneSource Distributors Inc, 3591 Oceanic Dr, Oceanside CA 92056 |
| 23915384 | + | Oracle NetSuite, 2300 Oracle Way, Austin TX 78741-1400 |
| 23915383 | + | Oracle NetSuite, 500 Oracle Pkwy, Redwood City CA 94065-1677 |
| 23915394 | + | PREG Temecula LLC, 27555 Ynez Road, Suite 202, Temecula CA 92591-4677 |
| 23915393 | + | PREG Temecula LLC, 27780 Jefferson Ave, Suite C, Temecula CA 92590-2648 |
| 23915386 | + | Pacific Coast Generation, 31566 Railroad Canyon Rd, Ste 2-29, Canyon Lake CA 92587-9446 |
| 23915387 | + | Pitney Bowes, 3001 Summer St, Stamford CT 06905-4317 |
| 23915388 | + | Pitney Bowes, 3085 Mary Pl, West Sacramento CA 95691-6474 |
| 23915389 | | Pittsburg Mini Storage, 1588 E 11th St, Pittsburg CA 94565 |
| 23915390 | + | Pittsburg Mini Storage LLC, 1417 Bobo Court, Pittsburg CA 94565-5120 |
| 23915391 | | Powur, 1630 S Pacific Coast Hwy, Suite 201, Redondo Beach CA 90277 |
| 23915392 | + | Powur, 2683 Via De La Valle, Suite G321, Del Mar CA 92014-1911 |
| 23915395 | | QM Solar, 2770 N 29th Ave, Suite 201, Hollywood FL 33020 |
| 23915397 | | R H Industries DBA Elite Solar Concepts, 7001 N 1st St, Fresno CA 93720 |
| 23915398 | + | R H Industries LLC, 2941 N Coronado St, Chandler AZ 85224-5716 |
| 23915399 | + | Radial, 2301 Renaissance Blvd, King of Prussia PA 19406-2772 |
| 23915400 | + | Radial Engineering, 2301 Renaissance Blvd, King of Prussia PA 19406-2772 |
| 23915402 | + | Raymond Leasing Corp, 900 National Dr, Sacramento CA 95834-1187 |
| 23915401 | + | Raymond Leasing Corp, 22 S Canal St, Greene NY 13778-1244 |
| 23915403 | + | Revenue IO, 1161 Mission St, Suite 800, San Francisco CA 94103-1550 |
| 23915404 | + | Revenue IO, 15000 Ventura Boulevard Suite 201, Sherman Oaks CA 91403-5490 |
| 23915405 | + | Revo Home Solutions, 5857 Owens Ave, Suite 301, Carlsbad CA 92008-5507 |
| 23915450 | + | STS Construction Services, 2890 E Pico Blvd, Los Angeles CA 90023-3610 |
| 23915449 | + | STS Construction Services, 6500 W Loop 1604 N, Suite 102, San Antonio TX 78254 |
| 23915407 | + | Samsara Networks Inc, 1 De Haro St, San Francisco CA 94103-5205 |
| 23915406 | + | Samsara Networks Inc, 150 Spear St, Suite 1200, San Francisco CA 94105-1539 |
| 23915409 | + | Sanchez Electric, 5096 Edenview Dr, San Jose CA 95111-4032 |
| 23915408 | | Sanchez Electric, 6120 E Broadway Blvd, Suite 100, Tucson AZ 85711 |
| 23915410 | | Sater Electric, 9732 State Route 445 339, Sparks NV 89441 |
| 23915411 | + | Senergy Power, 1095 E Indian School Rd, Phoenix AZ 85014-4801 |
| 23915412 | + | Senergy Power Inc, 633 E Ray Rd, Suite 106, Gilbert AZ 85296-4202 |
| 23915414 | + | Shine Solar LLC, 5214 W Village Pkwy 100, Rogers AR 72758-5204 |
| 23915413 | | Shine Solar LLC, 1161 W 12th St, Suite 102, Fayetteville AR 72701 |
| 23915415 | + | Skedulo, 201 Spear St, Suite 1200, San Francisco CA 94105-1630 |
| 23915416 | + | Skedulo, 800 Market St 4th Floor, San Francisco CA 94102-3034 |
| 23915417 | + | Sky Power AZ LLC, 401 W Baseline Rd, Suite 101, Tempe AZ 85283-5349 |
| 23915418 | + | Sky Power AZ LLC, 2065 South Cooper Rd, Chandler AZ 85286-7148 |
| 23915420 | + | Skyline Smart Energy, 2649 Elizondo Ave, Simi Valley CA 93065-4711 |
| 23915419 | | Skyline Smart Energy, 801 N Brand Blvd, Suite 1100, Glendale AZ |
| 23915422 | + | Sol Source LLC, 5919 N Broadway, Denver CO 80216-1026 |
| 23915421 | | Sol Source LLC, 1447 W 130th St, Gardena CA 90249 |
| 23915424 | + | Solagistics, 735 Clark Ave, Yuba City CA 95991-4306 |
| 23915423 | + | Solagistics, 123 N Main St, Suite 200, Greenville SC 29601-2720 |

| | | |
|---|---|---|
| 23915425 | | Solar Energy Partners, 707 W 17th St, Suite A, Costa Mesa CA 92627 |
| 23915426 | + | Solar Energy Partners, 3150 Bristol St 2nd Floor Suite 200, Costa Mesa CA 92626-3048 |
| 23915427 | + | Solar Insure Inc, 555 Anton Blvd, Suite 150, Costa Mesa CA 92626-7036 |
| 23915428 | + | Solar Systems LLC, 2128 N Beverly Glen Blvd, Los Angeles CA 90077-2404 |
| 23915429 | | Solar Systems LLC, C O 25 Mauchly, Suite 300, Irvine CA 92618 |
| 23915431 | + | Solarplex LLC, 122 W Silver Oak St, Nixa MO 65714-7629 |
| 23915430 | + | Solarplex LLC DBA Maravilla Constructio, 1852 E 1st St, Los Angeles CA 90033-3411 |
| 23915432 | | Solwerks Inc, 2805 N 1st Ave, Tucson AZ 85719 |
| 23915433 | + | Solwerks Inc, 15260 Ventura Blvd Ste 960, Sherman Oaks CA 91403-5344 |
| 23915434 | + | Sonnen Inc, 1578 Litton Drive, Stone Mountain GA 30083-1302 |
| 23915435 | + | Southern Energy Distributors, 1001 W Loop 281, Longview TX 75604-2920 |
| 23915436 | + | Southern Energy Distributors, 1717 TOOMEY RD APT 209, Austin TX 78704-0093 |
| 23915437 | + | Southwind Properties, 600 Corporate Park Dr, Saint Louis MO 63105-4204 |
| 23915438 | + | Southwind Properties LLC, 1220 Quarry Lane, Suite B, Pleasanton CA 94566-4756 |
| 23915439 | + | Spearhead Staffing LLC, 1078 Summit Ave Box 1392, Jersey City NJ 07307-3438 |
| 23915440 | | Spearhead Staffing LLC, 3475 W Pioneer Pkwy, Suite 100, Arlington TX 76013 |
| 23915441 | + | Spier Innovations, 5757 W Century Blvd, Suite 800, Los Angeles CA 90045-6427 |
| 23915443 | | Sprout Solutions, 801 E 3rd St, Suite 200, Austin TX 78702 |
| 23915444 | | Sprout Solutions, 801 E 3rd Street Suite 200, Austin TX 78704 |
| 23915445 | + | Standard Energy Solutions, 9520 Gerwig Ln, Suite T, Columbia MD 21046-2924 |
| 23915446 | | Standard Energy Solutions LLC, 560 W 100 N, Suite 102, Saint George UT 84770 |
| 23915448 | + | StarStone National Insurance Company, 1209 Orange Street, Wilmington DE 19801-1120 |
| 23915447 | + | Starstone National Insurance Company, 900 Circle 75 Pkwy, Suite 1400, Atlanta GA 30339-3095 |
| 23915451 | + | Summit Solar Solutions LLC, 101 N Main St, Suite 1004, Greenville SC 29601-4852 |
| 23915453 | + | Sun at Work Electric, 11419 Sunrise Gold Cir STE 5, Rancho Cordova CA 95742-6580 |
| 23915452 | | Sun at Work Electric, 119 E 4th St, Suite 201, Los Angeles CA 90013 |
| 23915460 | + | SunProve, 6520 Lonetree Blvd 128, Rocklin CA 95765-5874 |
| 23915459 | | SunProve, 120 S 48th St, Tempe AZ 85281 |
| 23915466 | + | SunVolt, 4350 Arville St, Suite 400, Las Vegas NV 89103-3809 |
| 23915454 | + | Sunlight SOLO Program, 1 World Trade Center, Suite 66B, New York NY 10007-0098 |
| 23915456 | + | Sunnova, 1001 McKinney St, Suite 1300, Houston TX 77002-6404 |
| 23915458 | + | Sunnova Energy International Inc, 20 Greenway Plz, 540, Houston TX 77046-2015 |
| 23915457 | + | Sunnova ISA, 1000 Main St, Suite 1000, Houston TX 77002-6336 |
| 23915463 | + | Sunrun Installation Services Inc, 600 California St, Suite 1800, San Francisco CA 94108-2704 |
| 23915462 | + | Sunrun Installation Services Inc, 600 California St, Suite 100, San Francisco CA 94108-2704 |
| 23915461 | + | Sunrun Installation Services MSC, 225 Bush St, Suite 1400, San Francisco CA 94104-4249 |
| 23915465 | | Suntuity Solar, 2137 NJ-35, Holmdel NJ 07733 |
| 23915464 | + | Suntuity Solar, 2137 Route 35 N, Holmdel NJ 07733-1083 |
| 23915468 | + | Sunwin LLC, 4208 Rosedale Hwy, Suite 302-117, Bakersfield CA 93308-6170 |
| 23915469 | + | Sunwin LLC, 7119 W Sunset Blvd, 225, Los Angeles CA 90046-4411 |
| 23915471 | + | Susana Road Investors, 3122 E Via Mondo, Rancho Dominguez CA 90221-5415 |
| 23915470 | | Susana Road Investors, 1815 N Susana Rd, San Diego CA |
| 23915472 | + | Swell, 530 Lytton Ave, Suite 200, Palo Alto CA 94301-1541 |
| 23915474 | + | Swell Energy Inc, 1515 7th Street, 049, Santa Monica CA 90401-2605 |
| 23915477 | + | The Hartford, 690 Asylum Ave, Hartford CT 06105-3845 |
| 23915478 | + | The Hartford, 1024 Iron Point Rd Ste 1128 1129, Folsom CA 95630-8013 |
| 23915480 | | Todays Builder Corp, 1801 W 4th St, Suite 300, Santa Ana CA 92703 |
| 23915481 | | Toro Electric, 1525 W 9th St, Upland CA 91786 |
| 23915482 | | Toro Electric, 1969 Cherryland Ave, Stockton CA 95215 |
| 23915483 | | Tremor Alloy Wheel Inc, 1020 E 8th St, Los Angeles CA 90021 |
| 23915484 | + | V3 Electric, 4925 Robert J Mathews Pkwy, Suite 100, El Dorado Hills CA 95762-5700 |
| 23915500 | + | WS Capital Series Fund, 1990 K St NW, Suite 650, Washington DC 20006-1194 |
| 23915489 | + | Waste Harmonics, 7665 Omnitech Pl, Victor NY 14564-9795 |
| 23915488 | #+ | Waste Harmonics, 7620 Omnitech Place, Suite 1, Victor NY 14564-9428 |
| 23915490 | | Webfund LLC, 535 E 4th St, Santa Ana CA 92701 |
| 23915491 | + | Webfund LLC, 99 Washington Ave Suite 700, Albany NY 12210-2807 |
| 23915492 | + | Wesco, 225 W Station Square Dr Ste 700, Pittsburgh PA 15219-1151 |
| 23915493 | + | Wesco Distribution Inc, 225 West Station Square Drive, Suite 700, Pittsburgh PA 15219-1151 |
| 23915494 | + | Western Surety Company, 101 S Reid St, Sioux Falls SD 57103-7045 |
| 23915495 | | Western Surety Company, 707 Wilshire Blvd, Suite 4000, Los Angeles CA 90017-3623 |
| 23915496 | + | WhiteHawk, 1301 5th Ave, Suite 1500, Seattle WA 98101-2632 |
| 23915499 | + | Windmar Solar, 6753 Kingspointe Pkwy STE 107, Orlando FL 32819-8598 |
| 23915498 | | Windmar Solar, 1080 E River Rd, Suite 130, Tucson AZ 85718 |

| | | |
|---|---|---|
| 23915503 | + | Xcel Electrical Services, 414 Nicollet Mall, Minneapolis MN 55401-1927 |
| 23915502 | + | Xcel Electrical Services, 1234 Main St, Houston TX 77002-6805 |
| 23915505 | + | Xerox Financial Solutions, P O Box 202882, Dallas TX 75320-2882 |
| 23915504 | + | Xerox Financial Solutions, 45 Glover Ave, Norwalk CT 06850-1238 |
| 23915506 | + | Xtechs, 9172 Greenback Ln, Suite A, Orangevale CA 95662-5902 |
| 23915507 | + | Xtechs, 9172 Greenback Ln Suite B, Orangevale CA 95662-5902 |
| 23915508 | + | Yingli Green Energy Americas Inc, 2929 Arch Street, Suite 1175, Philadelphia PA 19104-7342 |
| 23915509 | + | ZenSuite, 100 Spectrum Center Dr, Suite 900, Irvine CA 92618-4974 |
| 23915510 | | ZenSuite, 2999 Douglas Blvd Suite 180, Placerville CA 95667 |
| 23915511 | | Ziwa Holdings, 3400 W Greenfield Ave, Milwaukee WI 53215 |
| 23915512 | + | Ziwa Holdings LTD, 1240 N Vo Tech Drive, Suite C, Weslaco TX 78599-5174 |
| 23915513 | | Zoom Imaging Solutions, 9515 S 700 E, Suite 200, Sandy UT 84070 |
| 23915515 | + | Zoom Imaging Solutions, 5657 Copley Dr, San Diego CA 92111-7903 |
| 23915514 | | Zoom Imaging Solutions, 1300 S 7th St, Phoenix AZ 85034 |
| 23915516 | #+ | Zoom Imaging Solutions, 1326 N Market Blvd, Sacramento CA 95834-1912 |

TOTAL: 306

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: fraleyandfraley@gmail.com | Feb 22 2025 01:29:00 | Gary Ray Fraley, 1401 El Camino Ave, Suite 370, Sacramento, CA 95815 |
| tr | + | EDI: BNBFARRIS | Feb 22 2025 06:08:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |
| smg | | EDI: EDD.COM | Feb 22 2025 06:08:00 | Employment Development Department, Bankruptcy Group, MIC 92E, PO Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 22 2025 06:08:00 | Franchise Tax Board, PO Box 2952, Sacramento, CA 95812-2952 |
| 23915179 | + | EDI: SYNC | Feb 22 2025 06:08:00 | ABC Supply Co Inc, One ABC Parkway, Beloit WI 53511-4466 |
| 23915179 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 22 2025 02:15:59 | ABC Supply Co Inc, One ABC Parkway, Beloit WI 53511-4466 |
| 23915193 | + | Email/Text: bankruptcynotifications@adp.com | Feb 22 2025 01:30:20 | ADP, 1 ADP Boulevard, Roseland NJ 07068-1786 |
| 23915223 | + | Email/Text: ACCOUNTSRECEIVABLE@BAYALARM.COM | Feb 22 2025 01:30:00 | Bay Alarm, 5130 Commercial Circle, Concord CA 94520-8522 |
| 23915260 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Feb 22 2025 01:29:00 | De Lage Landen Financial Services Inc, 1111 Old Eagle School Rd, Wayne PA 19087 |
| 23915271 | + | Email/Text: billing@docusign.com | Feb 22 2025 01:30:00 | Docusign, 221 Main St 800, San Francisco CA 94105-1921 |
| 23915270 | + | Email/Text: billing@docusign.com | Feb 22 2025 01:30:00 | Docusign, 221 Main St, Suite 1550, San Francisco CA 94105-1947 |
| 23915293 | | Email/Text: bankruptcycourts@equifax.com | Feb 22 2025 01:29:00 | Equifax, 1550 Peachtree St, NW, Atlanta GA 30309 |
| 23915294 | | Email/Text: bankruptcycourts@equifax.com | Feb 22 2025 01:29:00 | Equifax, P O Box 740256, Atlanta GA 30374 |
| 23915290 | + | Email/Text: bankruptcynotifications@ehi.com | Feb 22 2025 01:29:00 | Enterprise, 600 Corporate Park Dr, Saint Louis MO 63105-4211 |
| 23915325 | + | Email/Text: accountresearch@goodleap.com | Feb 22 2025 01:29:00 | Goodleap, P O Box 4387, Portland OR 97208-4387 |
| 23915328 | + | Email/Text: mcardini@he-equipment.com | Feb 22 2025 01:30:20 | H E Equipment Services Inc, 7500 Pecue Lane, Baton Rouge LA 70809-5107 |
| 23915334 | + | Email/Text: ahamilton@hillcrestdavidson.com | Feb 22 2025 01:30:00 | Hillcrest Davidson Associates LLC, 1771 International Pkwy, Suite 101, Richardson TX |

| | | | |
|---|---|---|---|
| | | | 75081-1865 |
| 23915356 | Email/Text: LibertySOP@cscglobal.com | Feb 22 2025 01:29:00 | Liberty Mutual, 175 Berkeley St, Boston MA 02116 |
| 23915366 | + Email/Text: information@mosaicfcu.org | Feb 22 2025 01:30:00 | Mosaic Credit Union, 31 S Carlton St, Harrisonburg VA 22801-4324 |
| 23915475 | ^ MEBN | Feb 22 2025 01:15:56 | Tesla Inc, 3500 Deer Creek Rd, Palo Alto CA 94304-1317 |
| 23915476 | ^ MEBN | Feb 22 2025 01:14:41 | Tesla Inc, 45500 Fremont Blvd, Fremont CA 94538-6326 |
| 23915486 | + Email/Text: krishna.patel@vonage.com | Feb 22 2025 01:30:00 | Vonage, 23 Main St, Holmdel NJ 07733-2136 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23915218 | | Auvik, 2650 John Street Suite 100 |
| 23915226 | | Bay Area SunShares Program |
| 23915265 | | Diego Maria Eugenia Garcia |
| 23915283 | | Electric Authority |
| 23915297 | | Estate of William Paul Wade |
| 23915314 | | Flowhance |
| 23915336 | | Hubspot, 199 Bishopsgate, London EC2M 3T |
| 23915359 | | Longi Solar, 8369 Shangyuan Road, Economic And Technological Development, XianShaanxiChina |
| 23915385 | | Pacific Coast Generation, 2040 Main St, Suite 250, CA |
| 23915467 | | SunVolt, 1676 E 16th Street |
| 23915220 | *+ | Baize, 1305 E 25th Street, Bakersfield CA 93301 |
| 23915237 | *+ | Bird Eye Inc, 2479 E Bayshore Rd Suite 188, Palo Alto CA 94303-3245 |
| 23915264 | *+ | Dialpad, 3001 Bishop Drive Suite 400A, San Ramon CA 94583-5005 |
| 23915364 | *+ | Mettel, 55 Water Street 32nd Floor, New York NY 10041-3299 |
| 23915396 | * | QM Solar, 2770 N 29th Avenue Suite 201, Hollywood FL 33020 |
| 23915442 | *+ | Spier Innovations, 5757 W Century Blvd Suite 800, Los Angeles CA 90045-6427 |
| 23915455 | *+ | Sunlight SOLO Program, 1 World Trade Center Suite 66B, New York NY 10007-0098 |
| 23915473 | *+ | Swell, 530 Lytton Avenue Suite 200, Palo Alto CA 94301-1541 |
| 23915485 | *+ | V3 Electric Inc, 4925 Robert J Mathews Pkwy, Suite 100, El Dorado Hills CA 95762-5700 |
| 23915487 | *+ | Vonage, 23 Main Street, Holmdel NJ 07733-2136 |
| 23915501 | *+ | WS Capital Series Fund, 1990 K Street NW Suite 650, Washington DC 20006-1194 |
| 23915497 | *+ | WhiteHawk, 1301 5th Avenue Suite 1500, Seattle WA 98101-2632 |
| 23915272 | ##+ | Domo, 772 E Utah Valley Dr, American Fork UT 84003-2717 |
| 23915285 | ##+ | Element Solar, 2000 W Ashton Blvd, Suite 170, Lehi UT 84043-6151 |
| 23915291 | ##+ | Epic Home Solar, 9083 Foothills Blvd, 390, Roseville CA 95747-7190 |
| 23915306 | ##+ | Exo Energy Inc, 1247 Simpon Way, Escondido CA 92029-1403 |
| 23915309 | ##+ | Fastrac Energy Services, 10696 Haddington Dr, Suite 130, Houston TX 77043-3247 |
| 23915347 | ##+ | Inland Business Systems, 1500 N Market Blvd, Sacramento CA 95834-1960 |
| 23915355 | ##+ | LG Electronics USA Inc, 1000 Sylvan Avenue, Englewood Cliffs NJ 07632-3302 |
| 23915479 | ##+ | Thremor Alloy Wheel Inc, 3929 E Guasti Road, Suite F, Ontario CA 91761-1546 |

TOTAL: 10 Undeliverable, 12 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2025 Signature: /s/Gustava Winters

**Information to identify the case:**

Debtor **Infinity Energy, Inc.** EIN **46–5684131**
Name

United States Bankruptcy Court **Eastern District of California** Date case filed for chapter **7: 2/20/25**

Case number: **25–20737 – B – 7**

Official Form 309C (For Corporations or Partnerships) 10/20

# Notice of Chapter 7 Bankruptcy Case – No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | Infinity Energy, Inc. | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 3825 Atherton Rd.<br>Rocklin, CA 95765 | |
| **4. Debtor's attorney**<br>Name and address | Gary Ray Fraley<br>1401 El Camino Ave, Suite 370<br>Sacramento, CA 95815 | Contact phone: _____________ |
| **5. Bankruptcy trustee**<br>Name and address | Nikki B. Farris<br>2607 Forest Ave #120<br>Chico, CA 95928 | Contact phone: 530–898–1488 |
| **6. Bankruptcy clerk's office**<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert T Matsui United States Courthouse<br>501 I Street, Suite 3–200<br>Sacramento, CA 95814 | Hours: M–F 9:00 AM – 4:00 PM<br>www.caeb.uscourts.gov<br>Phone: (916) 930–4400<br>Date: 2/21/25 |
| **7. Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 1, 2025 at 09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br>**Debtors are required to bring government issued photo identification and proof of social security number to the meeting of creditors.** | **Location:**<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 658 478 5225, and Passcode 2121432786, OR call 1 (530) 457–9902** |
| **8. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Options to Receive Notices Served by the Clerk by Email Instead of by U.S. Mail** | Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov or debtors can register for DeBN by filing form EDC 3–321 Debtor's Electronic Noticing Request (DeBN) with the Clerk of Court. Both options are FREE and allow the Clerk to quickly send you court–issued notices and orders by email. | |