United States Bankruptcy Court
Eastern District of California

In re:  Case No. 25-20737-B
Infinity Energy, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2      User: auto      Page 1 of 7
Date Rcvd: Feb 25, 2025      Form ID: pdf020      Total Noticed: 326

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Infinity Energy, Inc., 3825 Atherton Rd., Rocklin, CA 95765-3704 |
| 23915166 | + | 214 Atherton LLC, 3825 Atherton Road, Rocklin CA 95765-3704 |
| 23915165 | | 214 Atherton LLC, 2835 Atherton Road, Rocklin CA 95765-3700 |
| 23915167 | + | 214 Company LLC, 3825 Atherton Road, Rocklin CA 95765-3704 |
| 23915173 | + | 214 Company LLC, 3855 Atherton Road, Rocklin CA 95765-3700 |
| 23915168 | | 214 Company LLC, 3826 Atherton Road, Rocklin CA 95765 |
| 23915170 | | 214 Company LLC, 2856 Atherton Road, Rocklin CA 95765 |
| 23915169 | | 214 Company LLC, 3827 Atherton Road, Rocklin CA 95765 |
| 23915171 | | 214 Company LLC, 3828 Atherton Road, Rocklin CA 95765 |
| 23915172 | | 214 Company LLC, 3829 Atherton Road, Rocklin CA 95765 |
| 23915174 | | 214 Fort Worth, 3825 Atherton Rd, Rocklin CA 95765-3704 |
| 23915175 | + | 214 Fresno LLC, 5096 N Blythe Avenue, Suites 100 110 115b, Fresno CA 93722-6445 |
| 23915176 | + | 214 Menlo LLC, 590 Menlo Drive, Rocklin CA 95765-3724 |
| 23915178 | + | 4D Real Property Holdings LLC, 3845 Atherton Road, Suite 1, Rocklin CA 95765-3712 |
| 23915177 | | 4D Real Property Holdings LLC, 1150 N Town Center Dr, Suite 100, Las Vegas NV 89144 |
| 23915180 | + | ABC Supply Co Inc, 4580 E Thousand Oaks Blvd, Suite 350, Thousand Oaks CA 91362-7200 |
| 23915181 | + | ABJ Group Enterprises, 1250 E Shaw Ave, Suite 104, Fresno CA 93710-7815 |
| 23915182 | + | ABJ Group Enterprises TX LLC, 6707 Brentwood Stair Road, Suite 120, Fort Worth TX 76112-3354 |
| 23915184 | | ACDC Power, 1130 E Orangefair ln, Anaheim CA 92801 |
| 23915185 | + | ACDC Power, 100 Big Break Rd unit B, Oakley CA 94561-3082 |
| 23915187 | + | ACH Capital West LLC, 881 Baxter Drive Ste 100, South Jordan UT 84095-8506 |
| 23915186 | + | ACH Capital West LLC, 4300 North Miller Road Suite 116, Scottsdale AZ 85251-3638 |
| 23915189 | + | ACT Energy Technologies Inc, 501 Winscott Rd, Fort Worth TX 76126-2117 |
| 23915192 | ++ | ADOBE INC, ATTN CREDIT DEPARTMENT, 345 PARK AVENUE, SAN JOSE CA 95110-2704 address filed with court:, Adobe, 345 Park Avenue, San Jose CA 95110 |
| 23915194 | + | AEE Solar Inc, 775 Fiero Lane, Suite 200, San Luis Obispo CA 93401-7904 |
| 23915197 | + | AIC Electric Company, 3804 Hicks Ln, Chico CA 95973-8960 |
| 23915198 | + | AIC Eletric Company, 3804 Hicks Ln, Chico CA 95973-8960 |
| 23915206 | + | AMS-PAR LP, 711 W 17th St, Suite A, Costa Mesa CA 92627-4350 |
| 23915207 | \# | AMS-PAR LP, 16800 Greenspoint Park Dr, Suite 120N, Houston TX 77060-2308 |
| 23915183 | + | Accelerant, 400 Northridge Road Suite 800, Atlanta GA 30350-3354 |
| 23915188 | + | Act Energy Technologies, 9950 Woodloch Forest Drive, The Woodlands Suite 1575, Spring TX 77380-3991 |
| 23915191 | + | Admiral Insurance Company, 232 Strawbridge Drive Suite 300, Moorestown NJ 08057-4603 |
| 23915190 | \#+ | Admiral Insurance Company, 1000 Howard Boulevard Suite 300, Mount Laurel NJ 08054-2320 |
| 23915195 | + | Aeternus Holdings LLC, 14346 Middletown Ln, Westminster CA 92683-4515 |
| 23915196 | + | Aeternus LLC, 3825 Atherton Rd, Rocklin CA 95765-3704 |
| 23915199 | + | Aicon Solar, 2621 S 47th Street, Phoenix AZ 85034-7415 |
| 23915200 | + | Aicon Solar, 310 S Twin Oaks Valley Rd Ste 107, San Marcos CA 92078-4387 |
| 23915201 | | All County Electric, 418 E 15th Street, Plano TX 75074 |
| 23915202 | + | All Phase Electric, 731 North Market Blvd, Sacramento CA 95834-1211 |

| | | |
|---|---|---|
| 23915203 | | All Phase Electrical Service, 3100 E 1st Street, Los Angeles CA 90063 |
| 23915205 | + | American Wealth Financial, 3100 Zinfandel Dr 255, Rancho Cordova CA 95670-6391 |
| 23915204 | + | American Wealth Financial, 1630 W Southern Avenue Suite 9, Mesa AZ 85202 |
| 23915209 | + | Amwins Insurance Broker LLC, 3100 Zinfandel Dr, Rancho Cordova CA 95670-6027 |
| 23915208 | | Amwins Insurance Broker LLC, 101 South Tyron Street Suite 2900, Charlotte NC 28280 |
| 23915210 | | Anchuca Holding, 1155 W 6th St, Suite 1100, Los Angeles CA 90017 |
| 23915211 | + | AscentOS, 3941 Park Drive, Suite 20522, El Dorado Hills CA 95762-4549 |
| 23915212 | + | AscentOS, 455 Capitol Mall Suite 300, Sacramento CA 95814-4415 |
| 23915213 | + | Astound Wave, 3700 Monte Villa Pkwy, Bothell WA 98021-9126 |
| 23915214 | + | Astound Wave, 1031 Triangle Ct, West Sacramento CA 95605-2342 |
| 23915216 | | Aurora, 1200 6th Street Suite 110, San Carlos CA 94070 |
| 23915215 | + | Aurora, 1200 6th St, Suite 110, Berkeley CA 94710-1402 |
| 23915217 | | Auvik, 2650 John St, Postal Code L3R 2W4, Markham ON |
| 23915219 | + | Baize, 1305 E 25th St, Bakersfield CA 93301 |
| 23915221 | | Basic Energy, 3401 N 7th Ave, Suite 140, Phoenix AZ 85013 |
| 23915222 | + | Basic Energy, 801 Cherry St Suite 2100, Fort Worth TX 76102-6821 |
| 23915224 | + | Bay Alarm Company, 3475 Orange Grove Avenue, North Highlands CA 95660-5509 |
| 23915225 | + | Bay Area SunShares Program, 1950 Parkside Dr, Concord CA 94519-2526 |
| 23915227 | + | BayWa, 1101 National Dr, Sacramento CA 95834-2936 |
| 23915228 | + | BayWa R E Solar Systems LLC, 4501 Circle 75 Pkwy, Suite D-700, Atlanta GA 30339-3025 |
| 23915230 | + | Beacon Sales Acquisition Inc, 12100 Wilshire Blvd, Suite 300, Los Angeles CA 90025-7136 |
| 23915229 | + | Beacon Sales Acquisition Inc, 505 Huntmar Park Dr, Suite 300, Herndon VA 20170-5152 |
| 23915231 | + | Berkshire Hathaway, 1314 Douglas St, Omaha NE 68102-1939 |
| 23915232 | + | Beverly Bank Trust Company N A, 10258 S Western Ave, Chicago IL 60643-2391 |
| 23915233 | + | Beverly Bank Trust Company N A, 15910 Ventura Blvd, 12th Floor, Encino CA 91436-2802 |
| 23915234 | + | Bill and Tanya Miller Family Limited, 303 N Wesr Street, Visalia CA 93291-6009 |
| 23915235 | + | Bill and Tanya Miller Family Limited, 303 N West Street, Visalia CA 93291-6009 |
| 23915236 | + | Bird Eye, 2479 E Bayshore Rd, Suite 188, Palo Alto CA 94303-3245 |
| 23915238 | | Bright Planet Solar Inc, 1924 W 17th St, Los Angeles CA 90006 |
| 23915239 | + | Bright Planet Solar Inc, 2358 Cepheus Ct, Bakersfield CA 93308-6944 |
| 23915240 | + | Business Capital DBA BizCap, 445 Broad Hollow Rd, Suite 202, Melville NY 11747-3669 |
| 23915241 | + | Business Capital Services, 5201 Ravenswood Rd Suite 103, Fort Lauderdale FL 33312-6004 |
| 23915242 | | California Solar Electric, 43515 Trade Center Way, Murrieta CA 92562 |
| 23915243 | + | California Solar Electric Inc, 26074 Ave Hall, Suite 13, Valencia CA 91355-3445 |
| 23915244 | | Captive Solar OHM Solar Solutions, 4640 E Cactus Rd, Suite 505, Phoenix AZ 85032 |
| 23915245 | + | City Gate Business Park, 555 E City Ave, Suite 700, Bala Cynwyd PA 19004-1115 |
| 23915247 | + | Consolidated Electrical Distributors In, 12100 Wilshire Blvd, Suite 300, Los Angeles CA 90025-7136 |
| 23915246 | + | Consolidated Electrical Distributors In, 1920 Westridge Dr, Irving TX 75038-2901 |
| 23915248 | + | Cornerstone, 1601 Cloverfield Blvd, Suite 600S, Santa Monica CA 90404-4087 |
| 23915249 | + | Cornerstone, 1601 Response Rd 150, Sacramento CA 95815-5256 |
| 23915251 | + | Crawford Electrical Supply, 7701 W Little York Rd 800, Houston TX 77040-5493 |
| 23915250 | + | Crawford Electrical Supply, 8325 NW 64th St, Miami FL 33166-2647 |
| 23915252 | + | Creditors Adjustment Bureau Inc, 4340 Fulton Ave, Third Floor, Sherman Oaks CA 91423-3925 |
| 23915253 | + | Crum Forster, 305 Madison Ave, New York NY 10165-0006 |
| 23915254 | + | Crum and Forster, 305 Madison Ave, Morristown NJ 07960-6100 |
| 23915256 | + | Crystal Cleaning Solutions, 2000 Center Drive Suite East C300, Hoffman Estates IL 60192-5005 |
| 23915255 | | Crystal Cleaning Solutions, 5600 S 122nd East Ave, Suite 105, Tulsa OK 74146 |
| 23915257 | + | DC Solar Electric, 333 Canyon Ct, Colfax CA 95713-9049 |
| 23915258 | | DC Solar Electric Inc, 4260 E 5th St, Tucson AZ 85711 |
| 23915268 | + | DLL Financial Solutions, 3001 Meacham Blvd, Suite 200, Fort Worth TX 76137-4615 |
| 23915269 | + | DLL Financial Solutions, 1980 Festival Plaza Drive Suite 950, Las Vegas NV 89135-2998 |
| 23915276 | | DRC Citrus Industrial, 3940 N Citrus Ave, Crystal River FL 34428 |
| 23915277 | + | DRC Citrus Industrial LP, 1810 Iowa Avenue, Riverside CA 92507-2405 |
| 23915259 | + | De Lage Landen Financial Services, 15910 Ventura Blvd, 12th Floor, Encino CA 91436-2802 |
| 23915262 | | Delion Electrical Contractors, 28341 Bruning St, Murrieta CA 92563-4410 |
| 23915261 | | Delion Electrical Contractors, 10102 W 26th Ave, Lakewood CO 80215 |
| 23915263 | + | Dialpad, 3001 Bishop Dr, Suite 400A, San Ramon CA 94583-5005 |
| 23915266 | | Dividend Solar Finance LLC, 2000 East St, NW Suite 700, Washington DC 20006 |
| 23915267 | + | Dividend Solar Finance LLC, 38 Fountain Square Plaza, Cincinnati OH 45263-0001 |
| 23915273 | + | Domo, 802 E 1050 South, American Fork UT 84003-4734 |
| 23915274 | | Dr Electric, 2741 N Green Valley Pkwy, Suite 100, Henderson NV 89014 |
| 23915275 | | Dr Electric, 1475 Buford Drive Suite 403-158, Decatur GA 30033 |
| 23915278 | + | DuFord Law LLP, 3611 5th Ave, San Diego CA 92103-4219 |

| | | |
|---|---|---|
| 23915279 | + | Duluth Property Partners, 1000 Peachtree St, NE Suite 1150, Atlanta GA 30309-3904 |
| 23915281 | + | EcoFasten Solar LLC, 4141 W Van Buren St, Suite 2, Phoenix AZ 85009-4062 |
| 23915280 | + | Ecofasten, 1295 W Washington St, Suite 110, Tempe AZ 85288-1233 |
| 23915282 | + | Electric Authority, 2401 N Glassell St, Orange CA 92865-2705 |
| 23915284 | | Element Solar, 11622 Adina Dr, Austin TX 78759 |
| 23915287 | #+ | Elements Capital Group, 1064 S North County Blvd, Suite 200, Pleasant Grove UT 84062-3436 |
| 23915286 | + | Elements Capital Group, 122 E Houston St, San Antonio TX 78205-2267 |
| 23915289 | + | Enerflo, 20422 Beach Blvd 215, Huntington Beach CA 92648-4375 |
| 23915288 | | Enerflo, 1775 E Allen Ave, Glendora CA 91740 |
| 23915292 | | Epic Home Solar DBA Epic Energy, 10601 S River Front Pkwy, Suite 225, South Jordan UT 84095 |
| 23915295 | + | Equity Finance LLC, 2000 Town Center, Southfield MI 48075-1134 |
| 23915296 | | Equity Finance LLC, 1225 N Loop 1604 W, Suite 110, San Antonio TX 78258 |
| 23915299 | + | Everbright CPA, 4453 Enterprise St, Fremont CA 94538-6306 |
| 23915298 | | Everbright CPA, 2389 E Camelback Rd, Suite 110, Phoenix AZ 85016 |
| 23915300 | | Everbright MSA, 2389 E Camelback Rd, Suite 101, Phoenix AZ 85016 |
| 23915302 | + | Evergreen Solar, 8328 Olivine Ave, Citrus Heights CA 95610-2746 |
| 23915301 | | Evergreen Solar, 180 Industrial Dr, Marlborough MA 01752 |
| 23915304 | + | ExecHQ, 2390 E Camelback Rd Suite 130, Phoenix AZ 85016-3449 |
| 23915303 | + | ExecHQ, 100 Spectrum Center Dr, Suite 900, Irvine CA 92618-4974 |
| 23915305 | | Exo Energy Inc, 11681 Slaughter Creek Dr, Austin TX 78748 |
| 23915307 | + | ExpansionJS LLC, 729 Hancock Drive, Folsom CA 95630-2228 |
| 23915308 | | Fastrac Energy Services, 1454 N Loop 336 W, Suite B, Conroe TX 77304 |
| 23915310 | + | First Advantage Enterprise Screening, 1000 Alderman Dr, Suite 200, Alpharetta GA 30005-4101 |
| 23915311 | + | First Advantage Enterprise Screening Co, 1 Concourse Parkway, NE Suite 200, Atlanta GA 30328-5346 |
| 23915312 | | Fits Energy, 1682 E Shaw Avenue, Suite 101, Fresno CA 93710 |
| 23915313 | + | Flowhance, 2150 S 1300 E, Suite 200, Salt Lake City UT 84106-4335 |
| 23915315 | | Four Seasons Business Park II Ltd, 3530 N Central Ave, Suite 1400, Phoenix AZ 85012 |
| 23915316 | + | Four Seasons Business Park II Ltd, 7930 Breen Road, Houston TX 77064-8421 |
| 23915319 | + | GC Packaging LLC, 13435 Jupiter Road, Dallas TX 75238-2434 |
| 23915320 | | GC Packing LLC, 14848 S Central Ave, Phoenix AZ 85048 |
| 23915317 | + | Gateway West, 3030 N Central Ave, Suite 1150, Phoenix AZ 85012-2707 |
| 23915318 | + | Gateway West Properties Inc, 9530 Chesapeake Drive, Suites 502 and 503, San Diego CA 92123-1347 |
| 23915321 | + | Global Merchant Cash Inc, 64 Beaver Street, Suite 415, New York NY 10004-2508 |
| 23915322 | + | Global Merchant Cash Inc, 333 Pearsall Ave, Suite 205, Cedarhurst NY 11516-1842 |
| 23915323 | + | Goldschmidt Attorneys rep Daliene Shafe, 4350 Executive Dr, Suite 150, San Diego CA 92121-2141 |
| 23915324 | | GoodLeap, 3025 Horizon Ridge Pkwy, Suite 100, Henderson NV 89052 |
| 23915326 | | Green Energy Services, 1454 N Loop 336 W, Suite B, Conroe TX 77304 |
| 23915327 | + | Green Energy Services, 284 Amory Street, Jamaica Plain MA 02130-2367 |
| 23915329 | + | H E Equipment Services Inc, 12100 Wilshire Blvd, Suite 300, Los Angeles CA 90025-7136 |
| 23915733 | + | H&E EQUIPMENT SERVICES, INC., 12100 Wilshire Boulevard suite 300, c/o Gibbs Giden, Los Angeles, CA 90025-7136 |
| 23915331 | + | Hanwha QCELLS America Inc, 25 Mauchly, Suite 300, Irvine CA 92618-2331 |
| 23915330 | #+ | Hanwha QCELLS America Inc, 400 Spectrum Center Drive, Suite 1400, Irvine CA 92618-5021 |
| 23915332 | + | Hathaway Berkshire, 3555 Farnam Street, Omaha NE 68131-3311 |
| 23915333 | | Hillcrest Davidson Associates LLC, 2360 Hillcrest Dr, Dallas TX 75234 |
| 23915335 | + | Hubspot, 1467 East Colton Ave, Redlands CA 92374-3858 |
| 23915337 | + | Illuminating Power LLC, 4217 Newcombe Ave, Bakersfield CA 93313-2419 |
| 23915339 | + | Image Building Maintenance Inc, 3087 Secret Lake Trail, Cool CA 95614-2507 |
| 23915338 | + | Image Building Maintenance Inc, 8150 N Central Expressway, Suite 290, Dallas TX 75206-1815 |
| 23915340 | + | Impact Solar, 1001 W Loop 281, Suite 290, Longview TX 75604-2920 |
| 23915341 | + | Infinity Roofing Inc, 11811 N Tatum Blvd, Suite 3031, Phoenix AZ 85028-1621 |
| 23915343 | + | Information Computing Services Inc, 2100 Riveredge Pkwy, NW, Atlanta GA 30328-4693 |
| 23915342 | + | Information Computing Services Inc, 3563 Philips Hwy, Suite 300, Jacksonville FL 32207-5627 |
| 23915344 | | Inland Business Systems, 7000 Golden State Hwy, Bakersfield CA 93308 |
| 23915346 | + | Inland Business Systems, 2592 Notre Dame Blvd, Chico CA 95928-8359 |
| 23915345 | | Inland Business Systems, 2650 F St, Bakersfield CA 93301 |
| 23915349 | + | Ion Electric, 44 E 800 N, Orem UT 84057-3905 |
| 23915348 | | Ion Electric, 1605 E Main St, Mesa AZ 85203 |
| 23915350 | | JHP Electric, 4332 Glenwood Ave, Raleigh NC 27612 |
| 23915351 | + | JHP Electric, 9110 Union Park Way, Elk Grove CA 95624-2793 |
| 23915352 | + | Kaybsky Solutions Inc, 43218 Business Park Dr, Suite 103, Temecula CA 92590-3601 |
| 23915353 | + | Keegan Baker LLP rep Lukas Jeffery, 5820 Oberlin Dr, San Diego CA 92121-3742 |
| 23915354 | + | Kevin William Bush Jr, 912 S 5th Ave, Tucson AZ 85701-3107 |
| 23915357 | | Lit Gateway Portfolio LLC, 16303 East 32nd Street Avenue, Suite 12, Aurora CO 80011 |

| | | |
|---|---|---|
| 23915358 | | Longi, 1989 W Beamer St, Woodland CA 95776 |
| 23915360 | | M4 Sunset LLC, 1200 W Sunset Rd, Suite 100, Las Vegas NV 89113 |
| 23915361 | + | M4 Sunset LLC, 6728 W Sunset Road, Suites 130 and 140, Las Vegas NV 89118-3310 |
| 23915367 | | MSA 214 Atherton, 2856 Atherton Rd, Rocklin CA 95765 |
| 23915368 | | MSA 214 Fort Worth, 2856 Atherton Rd, Rocklin CA 95765 |
| 23915369 | | MSA 214 Fresno, 2856 Atherton Rd, Rocklin CA 95765 |
| 23915370 | | MSA Infinity Roofing Inc, 2855 Artheron Rd, Rocklin CA 95765 |
| 23915362 | + | Mark A Haynes, 7850 White Ln, Suite E 279, Bakersfield CA 93309-7698 |
| 23915363 | + | Mettel, 55 Water St, 32nd Floor, New York NY 10041-3299 |
| 23915365 | | Mosaic, 1045 W 6th St, Suite 100, Los Angeles CA 90017 |
| 23915371 | + | My Solar Partner, 8100 E 22nd St, Suite 104, Tucson AZ 85710-8526 |
| 23915372 | + | My Solar Partner, 3525 Quakerbridge Rd, Suite 4250, Hamilton Township NJ 08619-1266 |
| 23915373 | + | New Era Marketing, 2440 N Scottsdale Rd, Suite 108, Scottsdale AZ 85257 |
| 23915374 | | New Era Marketing Solar LLC, 12203 San Pablo Ave, Richmond CA 94805 |
| 23915377 | + | Nusa LLC, 3501 Civic Center D, San Rafael CA 94903-4112 |
| 23915376 | | Nusa LLC, Ferry Plaza, San Francisco CA 94105 |
| 23915375 | | Nusa LLC, 999 8th St, Suite 3000, Denver CO 80202 |
| 23915378 | + | OHM Solar Solutions, 1300 Nord Ave, Suite 100, Chico CA 95926-4235 |
| 23915379 | + | Omnidian, 107 Spring St, Seattle WA 98104-1005 |
| 23915380 | | One Source Provider, 7100 Dixie Hwy, Suite 8, Clarkston MI 48346 |
| 23915381 | + | One Source Provider, 22370 Michigan Ave, Suite 200, Dearborn MI 48124-2218 |
| 23915382 | | OneSource Distributors Inc, 3591 Oceanic Dr, Oceanside CA 92056 |
| 23915384 | + | Oracle NetSuite, 2300 Oracle Way, Austin TX 78741-1400 |
| 23915383 | + | Oracle NetSuite, 500 Oracle Pkwy, Redwood City CA 94065-1677 |
| 23915394 | + | PREG Temecula LLC, 27555 Ynez Road, Suite 202, Temecula CA 92591-4677 |
| 23915393 | + | PREG Temecula LLC, 27780 Jefferson Ave, Suite C, Temecula CA 92590-2648 |
| 23915386 | + | Pacific Coast Generation, 31566 Railroad Canyon Rd, Ste 2-29, Canyon Lake CA 92587-9446 |
| 23915387 | + | Pitney Bowes, 3001 Summer St, Stamford CT 06905-4317 |
| 23915388 | + | Pitney Bowes, 3085 Mary Pl, West Sacramento CA 95691-6474 |
| 23915389 | | Pittsburg Mini Storage, 1588 E 11th St, Pittsburg CA 94565 |
| 23915390 | + | Pittsburg Mini Storage LLC, 1417 Bobo Court, Pittsburg CA 94565-5120 |
| 23915391 | | Powur, 1630 S Pacific Coast Hwy, Suite 201, Redondo Beach CA 90277 |
| 23915392 | + | Powur, 2683 Via De La Valle, Suite G321, Del Mar CA 92014-1911 |
| 23915395 | | QM Solar, 2770 N 29th Ave, Suite 201, Hollywood FL 33020 |
| 23915397 | | R H Industries DBA Elite Solar Concepts, 7001 N 1st St, Fresno CA 93720 |
| 23915398 | + | R H Industries LLC, 2941 N Coronado St, Chandler AZ 85224-5716 |
| 23915399 | + | Radial, 2301 Renaissance Blvd, King of Prussia PA 19406-2772 |
| 23915400 | + | Radial Engineering, 2301 Renaissance Blvd, King of Prussia PA 19406-2772 |
| 23915402 | + | Raymond Leasing Corp, 900 National Dr, Sacramento CA 95834-1187 |
| 23915401 | + | Raymond Leasing Corp, 22 S Canal St, Greene NY 13778-1244 |
| 23915403 | + | Revenue IO, 1161 Mission St, Suite 800, San Francisco CA 94103-1550 |
| 23915404 | + | Revenue IO, 15000 Ventura Boulevard Suite 201, Sherman Oaks CA 91403-5490 |
| 23915405 | + | Revo Home Solutions, 5857 Owens Ave, Suite 301, Carlsbad CA 92008-5507 |
| 23915450 | + | STS Construction Services, 2890 E Pico Blvd, Los Angeles CA 90023-3610 |
| 23915449 | + | STS Construction Services, 6500 W Loop 1604 N, Suite 102, San Antonio TX 78254 |
| 23915406 | + | Samsara Networks Inc, 150 Spear St, Suite 1200, San Francisco CA 94105-1539 |
| 23915407 | + | Samsara Networks Inc, 1 De Haro St, San Francisco CA 94103-5205 |
| 23915409 | + | Sanchez Electric, 5096 Edenview Dr, San Jose CA 95111-4032 |
| 23915408 | | Sanchez Electric, 6120 E Broadway Blvd, Suite 100, Tucson AZ 85711 |
| 23915410 | | Sater Electric, 9732 State Route 445 339, Sparks NV 89441 |
| 23915411 | + | Senergy Power, 1095 E Indian School Rd, Phoenix AZ 85014-4801 |
| 23915412 | + | Senergy Power Inc, 633 E Ray Rd, Suite 106, Gilbert AZ 85296-4202 |
| 23915414 | + | Shine Solar LLC, 5214 W Village Pkwy 100, Rogers AR 72758-5204 |
| 23915413 | | Shine Solar LLC, 1161 W 12th St, Suite 102, Fayetteville AR 72701 |
| 23915415 | + | Skedulo, 201 Spear St, Suite 1200, San Francisco CA 94105-1630 |
| 23915416 | + | Skedulo, 800 Market St 4th Floor, San Francisco CA 94102-3034 |
| 23915417 | + | Sky Power AZ LLC, 401 W Baseline Rd, Suite 101, Tempe AZ 85283-5349 |
| 23915418 | + | Sky Power AZ LLC, 2065 South Cooper Rd, Chandler AZ 85286-7148 |
| 23915420 | + | Skyline Smart Energy, 2649 Elizondo Ave, Simi Valley CA 93065-4711 |
| 23915419 | | Skyline Smart Energy, 801 N Brand Blvd, Suite 1100, Glendale AZ |
| 23915422 | + | Sol Source LLC, 5919 N Broadway, Denver CO 80216-1026 |
| 23915421 | | Sol Source LLC, 1447 W 130th St, Gardena CA 90249 |
| 23915424 | + | Solagistics, 735 Clark Ave, Yuba City CA 95991-4306 |

| | | |
|---|---|---|
| 23915423 | + | Solagistics, 123 N Main St, Suite 200, Greenville SC 29601-2720 |
| 23915425 | | Solar Energy Partners, 707 W 17th St, Suite A, Costa Mesa CA 92627 |
| 23915426 | + | Solar Energy Partners, 3150 Bristol St 2nd Floor Suite 200, Costa Mesa CA 92626-3048 |
| 23915427 | + | Solar Insure Inc, 555 Anton Blvd, Suite 150, Costa Mesa CA 92626-7036 |
| 23915428 | + | Solar Systems LLC, 2128 N Beverly Glen Blvd, Los Angeles CA 90077-2404 |
| 23915429 | | Solar Systems LLC, C O 25 Mauchly, Suite 300, Irvine CA 92618 |
| 23915431 | + | Solarplex LLC, 122 W Silver Oak St, Nixa MO 65714-7629 |
| 23915430 | + | Solarplex LLC DBA Maravilla Constructio, 1852 E 1st St, Los Angeles CA 90033-3411 |
| 23915432 | | Solwerks Inc, 2805 N 1st Ave, Tucson AZ 85719 |
| 23915433 | + | Solwerks Inc, 15260 Ventura Blvd Ste 960, Sherman Oaks CA 91403-5344 |
| 23915434 | + | Sonnen Inc, 1578 Litton Drive, Stone Mountain GA 30083-1302 |
| 23915435 | + | Southern Energy Distributors, 1001 W Loop 281, Longview TX 75604-2920 |
| 23915436 | + | Southern Energy Distributors, 1717 TOOMEY RD APT 209, Austin TX 78704-0093 |
| 23915437 | + | Southwind Properties, 600 Corporate Park Dr, Saint Louis MO 63105-4204 |
| 23915438 | + | Southwind Properties LLC, 1220 Quarry Lane, Suite B, Pleasanton CA 94566-4756 |
| 23915439 | + | Spearhead Staffing LLC, 1078 Summit Ave Box 1392, Jersey City NJ 07307-3438 |
| 23915440 | | Spearhead Staffing LLC, 3475 W Pioneer Pkwy, Suite 100, Arlington TX 76013 |
| 23915441 | + | Spier Innovations, 5757 W Century Blvd, Suite 800, Los Angeles CA 90045-6427 |
| 23915443 | | Sprout Solutions, 801 E 3rd St, Suite 200, Austin TX 78702 |
| 23915444 | | Sprout Solutions, 801 E 3rd Street Suite 200, Austin TX 78704 |
| 23915445 | + | Standard Energy Solutions, 9520 Gerwig Ln, Suite T, Columbia MD 21046-2924 |
| 23915446 | | Standard Energy Solutions LLC, 560 W 100 N, Suite 102, Saint George UT 84770 |
| 23915448 | + | StarStone National Insurance Company, 1209 Orange Street, Wilmington DE 19801-1120 |
| 23915447 | + | Starstone National Insurance Company, 900 Circle 75 Pkwy, Suite 1400, Atlanta GA 30339-3095 |
| 23915451 | + | Summit Solar Solutions LLC, 101 N Main St, Suite 1004, Greenville SC 29601-4852 |
| 23915453 | + | Sun at Work Electric, 11419 Sunrise Gold Cir STE 5, Rancho Cordova CA 95742-6580 |
| 23915452 | | Sun at Work Electric, 119 E 4th St, Suite 201, Los Angeles CA 90013 |
| 23915460 | + | SunProve, 6520 Lonetree Blvd 128, Rocklin CA 95765-5874 |
| 23915459 | | SunProve, 120 S 48th St, Tempe AZ 85281 |
| 23915466 | + | SunVolt, 4350 Arville St, Suite 400, Las Vegas NV 89103-3809 |
| 23915454 | + | Sunlight SOLO Program, 1 World Trade Center, Suite 66B, New York NY 10007-0098 |
| 23915456 | + | Sunnova, 1001 McKinney St, Suite 1300, Houston TX 77002-6404 |
| 23915458 | + | Sunnova Energy International Inc, 20 Greenway Plz, 540, Houston TX 77046-2015 |
| 23915457 | + | Sunnova ISA, 1000 Main St, Suite 1000, Houston TX 77002-6336 |
| 23915463 | + | Sunrun Installation Services Inc, 600 California St, Suite 1800, San Francisco CA 94108-2704 |
| 23915462 | + | Sunrun Installation Services Inc, 600 California St, Suite 100, San Francisco CA 94108-2704 |
| 23915461 | + | Sunrun Installation Services MSC, 225 Bush St, Suite 1400, San Francisco CA 94104-4249 |
| 23915465 | | Suntuity Solar, 2137 NJ-35, Holmdel NJ 07733 |
| 23915464 | + | Suntuity Solar, 2137 Route 35 N, Holmdel NJ 07733-1083 |
| 23915468 | + | Sunwin LLC, 4208 Rosedale Hwy, Suite 302-117, Bakersfield CA 93308-6170 |
| 23915469 | + | Sunwin LLC, 7119 W Sunset Blvd, 225, Los Angeles CA 90046-4411 |
| 23915471 | + | Susana Road Investors, 3122 E Via Mondo, Rancho Dominguez CA 90221-5415 |
| 23915470 | | Susana Road Investors, 1815 N Susana Rd, San Diego CA |
| 23915472 | + | Swell, 530 Lytton Ave, Suite 200, Palo Alto CA 94301-1541 |
| 23915474 | + | Swell Energy Inc, 1515 7th Street, 049, Santa Monica CA 90401-2605 |
| 23915477 | + | The Hartford, 690 Asylum Ave, Hartford CT 06105-3845 |
| 23915478 | + | The Hartford, 1024 Iron Point Rd Ste 1128 1129, Folsom CA 95630-8013 |
| 23915480 | | Todays Builder Corp, 1801 W 4th St, Suite 300, Santa Ana CA 92703 |
| 23915481 | | Toro Electric, 1525 W 9th St, Upland CA 91786 |
| 23915482 | | Toro Electric, 1969 Cherryland Ave, Stockton CA 95215 |
| 23915483 | | Tremor Alloy Wheel Inc, 1020 E 8th St, Los Angeles CA 90021 |
| 23915484 | + | V3 Electric, 4925 Robert J Mathews Pkwy, Suite 100, El Dorado Hills CA 95762-5700 |
| 23915500 | + | WS Capital Series Fund, 1990 K St NW, Suite 650, Washington DC 20006-1194 |
| 23915489 | + | Waste Harmonics, 7665 Omnitech Pl, Victor NY 14564-9795 |
| 23915488 | #+ | Waste Harmonics, 7620 Omnitech Place, Suite 1, Victor NY 14564-9428 |
| 23915490 | | Webfund LLC, 535 E 4th St, Santa Ana CA 92701 |
| 23915491 | + | Webfund LLC, 99 Washington Ave Suite 700, Albany NY 12210-2807 |
| 23915492 | + | Wesco, 225 W Station Square Dr Ste 700, Pittsburgh PA 15219-1151 |
| 23915493 | + | Wesco Distribution Inc, 225 West Station Square Drive, Suite 700, Pittsburgh PA 15219-1151 |
| 23915494 | + | Western Surety Company, 101 S Reid St, Sioux Falls SD 57103-7045 |
| 23915495 | | Western Surety Company, 707 Wilshire Blvd, Suite 4000, Los Angeles CA 90017-3623 |
| 23915496 | + | WhiteHawk, 1301 5th Ave, Suite 1500, Seattle WA 98101-2632 |
| 23915499 | + | Windmar Solar, 6753 Kingspointe Pkwy STE 107, Orlando FL 32819-8598 |

| | | |
|---|---|---|
| 23915498 | | Windmar Solar, 1080 E River Rd, Suite 130, Tucson AZ 85718 |
| 23915503 | + | Xcel Electrical Services, 414 Nicollet Mall, Minneapolis MN 55401-1927 |
| 23915502 | + | Xcel Electrical Services, 1234 Main St, Houston TX 77002-6805 |
| 23915505 | + | Xerox Financial Solutions, P O Box 202882, Dallas TX 75320-2882 |
| 23915504 | + | Xerox Financial Solutions, 45 Glover Ave, Norwalk CT 06850-1238 |
| 23915506 | + | Xtechs, 9172 Greenback Ln, Suite A, Orangevale CA 95662-5902 |
| 23915507 | + | Xtechs, 9172 Greenback Ln Suite B, Orangevale CA 95662-5902 |
| 23915508 | + | Yingli Green Energy Americas Inc, 2929 Arch Street, Suite 1175, Philadelphia PA 19104-7342 |
| 23915509 | + | ZenSuite, 100 Spectrum Center Dr, Suite 900, Irvine CA 92618-4974 |
| 23915510 | | ZenSuite, 2999 Douglas Blvd Suite 180, Placerville CA 95667 |
| 23915511 | | Ziwa Holdings, 3400 W Greenfield Ave, Milwaukee WI 53215 |
| 23915512 | + | Ziwa Holdings LTD, 1240 N Vo Tech Drive, Suite C, Weslaco TX 78599-5174 |
| 23915513 | | Zoom Imaging Solutions, 9515 S 700 E, Suite 200, Sandy UT 84070 |
| 23915515 | + | Zoom Imaging Solutions, 5657 Copley Dr, San Diego CA 92111-7903 |
| 23915514 | | Zoom Imaging Solutions, 1300 S 7th St, Phoenix AZ 85034 |
| 23915516 | #+ | Zoom Imaging Solutions, 1326 N Market Blvd, Sacramento CA 95834-1912 |

TOTAL: 307

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | Feb 26 2025 01:13:43 | Gary Ray Fraley, 1401 El Camino Ave, Suite 370, Sacramento, CA 95815-2747 |
| tr | + | Email/Text: nikki@nfarrislaw.com | Feb 26 2025 03:54:00 | Nikki B. Farris, 2607 Forest Ave #120, Chico, CA 95928-4394 |
| 23915179 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 26 2025 02:49:22 | ABC Supply Co Inc, One ABC Parkway, Beloit WI 53511-4466 |
| 23915193 | + | Email/Text: bankruptcynotifications@adp.com | Feb 26 2025 03:54:37 | ADP, 1 ADP Boulevard, Roseland NJ 07068-1786 |
| 23915223 | + | Email/Text: ACCOUNTSRECEIVABLE@BAYALARM.COM | Feb 26 2025 03:54:00 | Bay Alarm, 5130 Commercial Circle, Concord CA 94520-8522 |
| 23915260 | | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Feb 26 2025 03:54:00 | De Lage Landen Financial Services Inc, 1111 Old Eagle School Rd, Wayne PA 19087 |
| 23915271 | + | Email/Text: billing@docusign.com | Feb 26 2025 03:54:00 | Docusign, 221 Main St 800, San Francisco CA 94105-1921 |
| 23915270 | + | Email/Text: billing@docusign.com | Feb 26 2025 03:54:00 | Docusign, 221 Main St, Suite 1550, San Francisco CA 94105-1947 |
| 23915293 | | Email/Text: bankruptcycourts@equifax.com | Feb 26 2025 03:54:00 | Equifax, 1550 Peachtree St, NW, Atlanta GA 30309 |
| 23915294 | | Email/Text: bankruptcycourts@equifax.com | Feb 26 2025 03:54:00 | Equifax, P O Box 740256, Atlanta GA 30374 |
| 23915290 | + | Email/Text: bankruptcynotifications@ehi.com | Feb 26 2025 03:54:00 | Enterprise, 600 Corporate Park Dr, Saint Louis MO 63105-4211 |
| 23915325 | + | Email/Text: accountresearch@goodleap.com | Feb 26 2025 03:54:00 | Goodleap, P O Box 4387, Portland OR 97208-4387 |
| 23915328 | + | Email/Text: mcardini@he-equipment.com | Feb 26 2025 03:54:00 | H E Equipment Services Inc, 7500 Pecue Lane, Baton Rouge LA 70809-5107 |
| 23915334 | + | Email/Text: ahamilton@hillcrestdavidson.com | Feb 26 2025 03:54:00 | Hillcrest Davidson Associates LLC, 1771 International Pkwy, Suite 101, Richardson TX 75081-1865 |
| 23915356 | | Email/Text: LibertySOP@cscglobal.com | Feb 26 2025 03:54:00 | Liberty Mutual, 175 Berkeley St, Boston MA 02116 |
| 23915366 | + | Email/Text: information@mosaicfcu.org | Feb 26 2025 03:54:00 | Mosaic Credit Union, 31 S Carlton St, Harrisonburg VA 22801-4324 |
| 23915475 | ^ | MEBN | Feb 26 2025 01:14:25 | Tesla Inc, 3500 Deer Creek Rd, Palo Alto CA |

| Recip ID | | Bypass Reason | Name and Address | | |
|---|---|---|---|---|---|
| 23915476 | | ^ MEBN | | 94304-1317 | |
| | | | Feb 26 2025 01:14:22 | Tesla Inc, 45500 Fremont Blvd, Fremont CA 94538-6326 | |
| 23915486 | | + Email/Text: krishna.patel@vonage.com | Feb 26 2025 03:54:00 | Vonage, 23 Main St, Holmdel NJ 07733-2136 | |

TOTAL: 19

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23915218 | | Auvik, 2650 John Street Suite 100 |
| 23915226 | | Bay Area SunShares Program |
| 23915265 | | Diego Maria Eugenia Garcia |
| 23915283 | | Electric Authority |
| 23915297 | | Estate of William Paul Wade |
| 23915314 | | Flowhance |
| 23915336 | | Hubspot, 199 Bishopsgate, London EC2M 3T |
| 23915359 | | Longi Solar, 8369 Shangyuan Road, Economic And Technological Development, XianShaanxiChina |
| 23915385 | | Pacific Coast Generation, 2040 Main St, Suite 250, CA |
| 23915467 | | SunVolt, 1676 E 16th Street |
| 23915220 | *+ | Baize, 1305 E 25th Street, Bakersfield CA 93301 |
| 23915237 | *+ | Bird Eye Inc, 2479 E Bayshore Rd Suite 188, Palo Alto CA 94303-3245 |
| 23915264 | *+ | Dialpad, 3001 Bishop Drive Suite 400A, San Ramon CA 94583-5005 |
| 23915364 | *+ | Mettel, 55 Water Street 32nd Floor, New York NY 10041-3299 |
| 23915396 | * | QM Solar, 2770 N 29th Avenue Suite 201, Hollywood FL 33020 |
| 23915442 | *+ | Spier Innovations, 5757 W Century Blvd Suite 800, Los Angeles CA 90045-6427 |
| 23915455 | *+ | Sunlight SOLO Program, 1 World Trade Center Suite 66B, New York NY 10007-0098 |
| 23915473 | *+ | Swell, 530 Lytton Avenue Suite 200, Palo Alto CA 94301-1541 |
| 23915485 | *+ | V3 Electric Inc, 4925 Robert J Mathews Pkwy, Suite 100, El Dorado Hills CA 95762-5700 |
| 23915487 | *+ | Vonage, 23 Main Street, Holmdel NJ 07733-2136 |
| 23915501 | *+ | WS Capital Series Fund, 1990 K Street NW Suite 650, Washington DC 20006-1194 |
| 23915497 | *+ | WhiteHawk, 1301 5th Avenue Suite 1500, Seattle WA 98101-2632 |
| 23915272 | ##+ | Domo, 772 E Utah Valley Dr, American Fork UT 84003-2717 |
| 23915285 | ##+ | Element Solar, 2000 W Ashton Blvd, Suite 170, Lehi UT 84043-6151 |
| 23915291 | ##+ | Epic Home Solar, 9083 Foothills Blvd, 390, Roseville CA 95747-7190 |
| 23915306 | ##+ | Exo Energy Inc, 1247 Simpon Way, Escondido CA 92029-1403 |
| 23915309 | ##+ | Fastrac Energy Services, 10696 Haddington Dr, Suite 130, Houston TX 77043-3247 |
| 23915347 | ##+ | Inland Business Systems, 1500 N Market Blvd, Sacramento CA 95834-1960 |
| 23915355 | ##+ | LG Electronics USA Inc, 1000 Sylvan Avenue, Englewood Cliffs NJ 07632-3302 |
| 23915479 | ##+ | Thremor Alloy Wheel Inc, 3929 E Guasti Road, Suite F, Ontario CA 91761-1546 |

TOTAL: 10 Undeliverable, 12 Duplicate, 8 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025　　　　　　　　　　Signature:　　　/s/Gustava Winters

EDC.002–780

Notice of Incomplete Filing or Filing of Outdated Forms and Notice of Intent to Dismiss Case if Documents Are Not Timely Filed   (v.5.1 – 02/18/2025)

Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**

**NOTICE OF INCOMPLETE FILING OR FILING OF OUTDATED FORMS AND**
**NOTICE OF INTENT TO DISMISS CASE IF DOCUMENTS ARE NOT TIMELY FILED**

| In re<br><br>Infinity Energy, Inc.<br><br>Debtor(s). | Case Number<br><br>25–20737 – B – 7 |
|---|---|

The petition filed on 2/20/25 by the above–named debtor(s) was not accompanied by all required documents.

**NOTICE IS HEREBY GIVEN** that the following documents are missing and must be filed, or one of the other options described below must be taken, by the date(s) indicated *(if two dates are shown, two separate deadlines are established for each of the options described below; each date must be timely satisfied as to the documents governed by that date)*.

If "Verification and Master Address List" is listed above, the notice of meeting of creditors will be sent by the court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s)'s, or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the court a proof of service indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If "Statement of SSN" is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. A proof of service, indicating that service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the court.

**The following document(s) must be received by the bankruptcy clerk's office by 3/6/25.** If documents were submitted and marked deficient, it may be because outdated forms were used, Please see page 2 for information on where to obtain current forms. Failure to resubmit documents on current forms may result in the case being dismissed. The Clerk's office will not compare revised forms to determine whether any information has been changed. To make changes to schedules, statements, and/or lists that have already been filed, these items should be marked "AMENDED" and should be submitted along with the appropriate fee, if necessary, and an amendment cover sheet (EDC Form 2–015).

    Schedule A/B – Real and Personal Property
    Schedule D – Secured Creditors
    Schedule E/F – Unsecured Claims
    Schedule G – Executory Contracts
    Schedule H – Codebtors
    Statement of Financial Affairs
    Summary of Assets and Liabilities

**NOTICE IS FURTHER GIVEN** that the Court, without further notice, may dismiss this case unless the debtor does one of the following <u>on or before the date specified above</u> (if two dates are shown, the debtor must do the following on or before the earlier of the two dates):

1. **Files all missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below;   **OR**
2. **Files a motion for an extension of time to file the missing documents** with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), motions for extensions of time must be filed prior to the expiration of the prescribed periods. Extensions of time to file schedules, statements, and other documents may be granted only on motion for cause shown and on notice to committees, the United States Trustee, trustee, examiner, and others as directed by the Court. <u>See</u> Fed. R. Bankr. P. 1007(c);   **OR**
3. **Files a Notice of Hearing on the Court's Notice of Intent to Dismiss Case supported by a statement of the issue and evidence** with the Clerk, U.S. Bankruptcy Court by mail or in person at the address shown below, setting the hearing on **04/08/2025 at 09:30 AM at the U.S. Bankruptcy Court in Courtroom 32, 6th Floor , at the address shown below.** The Notice of Hearing and statement of the issue and evidence shall be served on the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

**NOTICE IS FURTHER GIVEN** that on or before the date specified above, the trustee, a creditor, or other party in interest may file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case to show cause why this case should <u>not</u> be dismissed with the Clerk, U.S. Bankruptcy Court, by mail or in person at the address shown below. The Notice of Hearing shall set the hearing for the same date, time, and location as indicated in option 3 above, and shall be supported by a statement of the issue and evidence. The Notice of Hearing and statement of the issue and evidence shall be served on the debtor, debtor's attorney, if any, the trustee, trustee's attorney, if any, all creditors, and other parties in interest. Proof of service, in the form of a certificate of service, shall be filed with the Clerk concurrently with the Notice of Hearing and statement of the issue and evidence, or not more than three (3) days thereafter.

*If no Notice of Hearing on the Court's Notice of Intent to Dismiss Case Is filed, no hearing will be calendared.* **THEREFORE, YOU SHOULD NOT APPEAR AT THE DATE AND TIME INDICATED ABOVE UNLESS YOU FILED A NOTICE OF HEARING, OR UNLESS YOU ARE SERVED WITH A NOTICE OF HEARING FILED BY ANOTHER PARTY.**

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE. Failure to timely file the missing documents, to timely seek an extension of time, or to timely file a Notice of Hearing on the Court's Notice of Intent to Dismiss Case may result in the <u>automatic dismissal</u> of this bankruptcy case <u>without further notice</u>.** If you have already complied with the above requirement(s), please disregard this notice.

Dated: 2/20/25            Wayne Blackwelder Clerk,
BY: pdes , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400

**FORMS**
Individual forms and form packages are available on the court's website at
https://www.caeb.uscourts.gov/Forms/Index