**Fill in this information to identify the case:**

Debtor name  **Infinity Energy, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  **2025-20737**

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 20, 2025**          *X* **/s/ Bryson Solomon**
                                          Signature of individual signing on behalf of debtor

                                          **Bryson Solomon**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

| Fill in this information to identify the case: |
| --- |

Debtor name    **Infinity Energy, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2025-20737**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*........................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*....................................................................    $      **0.00**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*......................................................................    $      **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$      **12,354,382.72**

4.    **Total liabilities** ................................................................................................
     Lines 2 + 3a + 3b      $      **12,354,382.72**

**Fill in this information to identify the case:**

Debtor name    **Infinity Energy, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2025-20737**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☑ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **408,342.07** | - | **408,342.07** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **18,118,532.52** | - | **18,118,532.52** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **114,527.62** | - | **114,527.62** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **854,210.86** | - | **854,210.86** | =.... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor    **Infinity Energy, Inc.**                            Case number *(If known)*  **2025-20737**
          Name

| 11b. Over 90 days old: | **62,270.50** | - | **62,270.50** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **477,199.05** | - | **477,199.05** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **289,254.46** | - | **289,254.46** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **2,811,177.05** | - | **2,811,177.05** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **1,006,258.33** | - | **1,006,258.33** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **99,275.44** | - | **99,275.44** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

| 11b. Over 90 days old: | **10,749,720.21** | - | **10,749,720.21** =.... | **Unknown** |
|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | |

12.    **Total of Part 3.**                                                              **$0.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

Debtor      **Infinity Energy, Inc.**                          Case number *(If known)*  **2025-20737**
            Name

☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Infinity Energy, Inc.**　　　　　　　Case number *(If known)* **2025-20737**
　　　　Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **Infinity Energy, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) **2025-20737**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | **Bryson Solomon** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**3415 N Lakeshore Blvd.**
**Loomis, CA 95650**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **CIT bank, N.A.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Jacksonville, FL**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Consolidated Electrical Distributors Inc** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**San Diego, CA**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **De Lage Landen Financial Services** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**15910 Ventura Blvd**
**12th Floor**
**Encino, CA 91436**
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Employment Development Department** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**PO Box 826218**
**Bankruptcy Group MIC 91**
**Sacramento, CA 94230**
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

---

Debtor  **Infinity Energy, Inc.**                          Case number (if known)  **2025-20737**
      Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Everbright** | **Describe debtor's property that is subject to a lien**  **Unknown**  **Unknown** |
|---|---|---|

Creditor's Name

**700 Universe Blvd
North Palm Beach, FL
33408**
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Global Merchant Cash, Inc.** | **Describe debtor's property that is subject to a lien**  **Unknown**  **Unknown** |
|---|---|---|

Creditor's Name

**64 Beaver Street
Suite 415
New York, NY 10004**
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **H&E Equipment Services, Inc** |
|---|---|

Creditor's Name

**12100 Wilshire Blvd
Suite 300
Los Angeles, CA 90025**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**　　　　**Unknown**　　**Unknown**

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Hanwha QCELLS America, Inc.** |
|---|---|

Creditor's Name

**400 Spectrum Center Drive
Suite 1400
Irvine, CA 92618**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**　　　　**Unknown**　　**Unknown**

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Leaf Capital Funding, LLC** |
|---|---|

Creditor's Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**　　　　**Unknown**　　**Unknown**

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Debtor  **Infinity Energy, Inc.**                          Case number (if known)  **2025-20737**
_____
Name

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 1 | **Leaf Capital Funding, LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 2 | **PNC Equipment Finance, LLC** Creditor's Name | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 3 | **Raymond Leasing Corp.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Debtor  **Infinity Energy, Inc.**                    Case number (if known)  **2025-20737**
_____
Name

Creditor's Name

**22 S. Canal St.**
**Greene, NY 13778**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**
**Is anyone else liable on this claim?**

■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.1 4 | **REC Amercas LLC** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**Pismo Beach, CA**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**
**Is anyone else liable on this claim?**

■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.1 5 | **Rexel** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |
|---|---|---|---|---|

Creditor's Name
**5429 Lyndon B Johnson**
**Fwy.,**
**Suite 600**
**Dallas, TX 75240**
_____
Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**
**Is anyone else liable on this claim?**

■ No
**Last 4 digits of account number**
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.16 | **Samsara Capital Finance** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    **Unknown**          **Unknown**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Sunrun, Inc** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    **Unknown**          **Unknown**

**San Luis Obispo, CA**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.18 | **Susana Road Investors** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**                    **Unknown**          **Unknown**

**Newport, CA**

Debtor    **Infinity Energy, Inc.**        Case number (if known)    **2025-20737**

Name

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**

☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.19 | **Webbank** |

Creditor's Name

**Describe debtor's property that is subject to a lien**     **Unknown**     **Unknown**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**

☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☒ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.20 | **Wesco Distribution Inc** |

Creditor's Name

**Describe debtor's property that is subject to a lien**     **Unknown**     **Unknown**

**Phonix, AZ**

Creditor's mailing address

**Describe the lien**
**UCC-1 Lien**

**Is the creditor an insider or related party?**

☒ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☒ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$0.00** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name      **Infinity Energy, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2025-20737**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**214 Company, LLC**
**3825 Atherton Road**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Office Lease (Fresno)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**214 Company, LLC**
**3826 Atherton Road**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Office Lease (Rocklin, 3825 Atherton)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**214 Company, LLC**
**3827 Atherton Road**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Office Lease (Rocklin, 3825 Atherton)**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**214 Company, LLC**
**2856 Atherton Road**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Office Lease (Rocklin, 3855 Atherton)**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Infinity Energy, Inc. | Case number (if known) | 2025-20737 |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address

**214 Company, LLC**
**3828 Atherton Road**
**Rocklin, CA 95765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (Rocklin, Menlo)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.6** | Nonpriority creditor's name and mailing address

**214 Company, LLC**
**3829 Atherton Road**
**Rocklin, CA 95765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (Rocklin, Menlo)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.7** | Nonpriority creditor's name and mailing address

**4D Real Property Holdings, LLC**
**1150 N. Town Center Dr.**
**Suite 100**
**Las Vegas, NV 89144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (3845 Atherton)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.8** | Nonpriority creditor's name and mailing address

**ABC Supply Co., Inc.**
**One ABC Parkway**
**Beloit, WI 53511**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.9** | Nonpriority creditor's name and mailing address

**ABJ Group Enterprises**
**1250 E. Shaw Ave.**
**Suite 104**
**Fresno, CA 93710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (Ft. Worth, West 7th)**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.10** | Nonpriority creditor's name and mailing address

**Accelerant**
**400 Northridge Road Suite 800**
**Atlanta, GA 30350**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1.00**

---

**3.11** | Nonpriority creditor's name and mailing address

**ACDC Power**
**1130 E. Orangefair ln**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address
**ACH Capital West, LLC**
**4300 North Miller Road Suite 116**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$650,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address
**Act Energy Technologies**
**9950 Woodloch Forest Drive**
**The Woodlands, Suite 1575**
**Spring, TX 77380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address
**Admiral Insurance Company**
**1000 Howard Boulevard, Suite 300**
**Mount Laurel, NJ 08054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$112,624.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address
**Adobe**
**345 Park Avenue**
**San Jose, CA 95110**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$54,897.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address
**ADP**
**1 ADP Boulevard**
**Roseland, NJ 07068**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$100,729.65**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address
**AEE Solar Inc.**
**775 Fiero Lane**
**Suite 200**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred  **02/19/18**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Terms and Conditions of Sale.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address
**Aeternus, LLC**
**3825 Atherton Rd**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$1,020,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AIC Electric Company**
**3804 Hicks Ln**
**Chico, CA 95973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Aicon Solar**
**2621 S. 47th Street**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**All County Electric**
**418 E. 15th Street**
**Plano, TX 75074**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**All Phase Electrical Service**
**3100 E. 1st Street**
**Los Angeles, CA 90063**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**American Wealth Financial**
**1630 W. Southern Avenue, Suite 9**
**Mesa, AZ 85204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**AMS-PAR, LP**
**711 W 17th St.**
**Suite A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,139,598.00**

**Amwins Insurance Broker, LLC**
**101 South Tyron Street Suite 2900**
**Charlotte, NC 28280**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Anchuca Holding**
**1155 W. 6th St.**
**Suite 1100**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Lakeland)**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
**AscentOS**
**3941 Park Drive**
**Suite 20522**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Astound (Wave)**
**3700 Monte Villa Pkwy.**
**Bothell, WA 98021**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Aurora**
**1200 6th St.**
**Suite 110**
**Berkeley, CA 94710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$195,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Auvik**
**2650 John St.**
**Postal Code: L3R 2W4**
**Markham, ON**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Baize**
**1305 E. 25th St.**
**Bakersfield, CA 93305**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Basic Energy**
**3401 N. 7th Ave.**
**Suite 140**
**Phoenix, AZ 85013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Bay Alarm**
5130 Commercial Circle
Concord, CA 94520

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address
**Bay Area SunShares Program**
1950 Parkside Dr.
Concord, CA 94519

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35** | Nonpriority creditor's name and mailing address
**BayWa R.E. Solar Systems LLC**
4501 Circle 75 Pkwy.
Suite D-700
Atlanta, GA 30339

Date(s) debt was incurred  **10/28/16**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Sales Agreement**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.36** | Nonpriority creditor's name and mailing address
**Beacon Sales Acquisition, Inc**
505 Huntmar Park Dr
Suite 300
Herndon, VA 20170

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.37** | Nonpriority creditor's name and mailing address
**Berkshire Hathaway**
1314 Douglas St.
Omaha, NE 68102

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**$1,509,696.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**Beverly Bank & Trust Company, N.A.**
10258 S. Western Ave
Chicago, IL 60643

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.39** | Nonpriority creditor's name and mailing address
**Bill and Tanya Miller Family Limited**
303 N. Wesr Street
Visalia, CA 93291

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (Visalia)**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Infinity Energy, Inc. | Case number (if known) | 2025-20737 |
|---|---|---|---|
| | Name | | |

**3.40** | Nonpriority creditor's name and mailing address
**Bird Eye**
2479 E. Bayshore Rd.
Suite 188
Palo Alto, CA 94303

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$38,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address
**Bright Planet Solar, Inc.**
1924 W. 17th St.
Los Angeles, CA 90006

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address
**Business Capital DBA BizCap**
445 Broad Hollow Rd.
Suite 202
Melville, NY 11747

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address
**California Solar & Electric**
43515 Trade Center Way
Murrieta, CA 92562

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address
**Captive Solar/ OHM Solar Solutions**
4640 E. Cactus Rd.
Suite 505
Phoenix, AZ 85032

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address
**City Gate Business Park**
555 E. City Ave.
Suite 700
Bala Cynwyd, PA 19004

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Bakersfield)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address
**Consolidated Electrical Distributors Inc**
1920 Westridge Dr
Irving, TX 75038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.47** | **Nonpriority creditor's name and mailing address**

**Cornerstone**
1601 Cloverfield Blvd.
Suite 600S
Santa Monica, CA 90404

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address**

**Crawford Electrical Supply**
8325 NW 64th St.
Miami, FL 33166

Date(s) debt was incurred  08/31/21

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supply of Electrical Supplies Memo.**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address**

**Creditors Adjustment Bureau, Inc.**
4340 Fulton Ave
Third Floor
Sherman Oaks, CA 91423

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | **Nonpriority creditor's name and mailing address**

**Crum & Forster**
305 Madison Ave.
New York, NY 10165

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | **Nonpriority creditor's name and mailing address**

**Crystal Cleaning Solutions**
5600 S. 122nd East Ave.
Suite 105
Tulsa, OK 74146

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address**

**DC Solar Electric, Inc.**
4260 E. 5th St.
Tucson, AZ 85711

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **$30,697.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

**De Lage Landen Financial Services, Inc**
1111 Old Eagle School Rd
Wayne, PA 19087

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

**3.54** **Nonpriority creditor's name and mailing address**

**Delion Electrical Contractors**
**10102 W. 26th Ave.**
**Lakewood, CO 80215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.55** **Nonpriority creditor's name and mailing address**

**Dialpad**
**3001 Bishop Dr.**
**Suite 400A**
**San Ramon, CA 94583**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.56** **Nonpriority creditor's name and mailing address**

**Diego, Maria Eugenia Garcia**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.57** **Nonpriority creditor's name and mailing address**

**Dividend Solar Finance, LLC**
**2000 East St.**
**NW, Suite 700**
**Washington, DC 20006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.58** **Nonpriority creditor's name and mailing address**

**DLL Financial Solutions**
**3001 Meacham Blvd.**
**Suite 200**
**Fort Worth, TX 76137**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$329,096.11**

---

**3.59** **Nonpriority creditor's name and mailing address**

**Docusign**
**221 Main St.**
**Suite 1550**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.60** **Nonpriority creditor's name and mailing address**

**Domo**
**772 E. Utah Valley Dr.**
**American Fork, UT 84003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$291,000.00**

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Dr. Electric**
**2741 N. Green Valley Pkwy.**
**Suite 100**
**Henderson, NV 89014**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**DRC Citrus Industrial**
**3940 N. Citrus Ave.**
**Crystal River, FL 34428**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Riverside)**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Duluth Property Partners**
**1000 Peachtree St.**
**NE, Suite 1150**
**Atlanta, GA 30309**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Rocklin, 4221 Duluth)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Ecofasten**
**1295 W. Washington St.**
**Suite 110**
**Tempe, AZ 85281**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Electric Authority**
**2401 N. Glassell St.**
**Orange, CA 92865**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Element Solar**
**11622 Adina Dr.**
**Austin, TX 78759**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Elements Capital Group**
**122 E. Houston St.**
**San Antonio, TX 78205**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Infinity Energy, Inc.**                        Case number (if known)    **2025-20737**
          _____
          Name

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Enerflo**
**1775 E. Allen Ave.**
**Glendora, CA 91740**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,554,541.00** |

**Enterprise**
**600 Corporate Park Dr.**
**Saint Louis, MO 63105**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Epic Home Solar DBA Epic Energy**
**10601 S. River Front Pkwy.**
**Suite 225**
**South Jordan, UT 84095**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Equifax**
**1550 Peachtree St.**
**NW**
**Atlanta, GA 30309**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Equity Finance, LLC.**
**1225 N. Loop 1604 W**
**Suite 110**
**San Antonio, TX 78258**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Estate of William Paul Wade**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Everbright CPA**
**2389 E. Camelback Rd.**
**Suite 110**
**Phoenix, AZ 85016**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Everbright MSA**
**2389 E. Camelback Rd.**
**Suite 101**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Evergreen Solar**
**180 Industrial Dr.**
**Marlborough, MA 01752**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**ExecHQ**
**100 Spectrum Center Dr.**
**Suite 900**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Exo Energy, Inc.**
**11681 Slaughter Creek Dr.**
**Austin, TX 78748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fastrac Energy Services**
**1454 N. Loop 336 W**
**Suite B**
**Conroe, TX 77304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**First Advantage Enterprise Screening**
**1000 Alderman Dr.**
**Suite 200**
**Alpharetta, GA 30005**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Fits Energy**
**1682 E. Shaw Avenue**
**Suite 101**
**Fresno, CA 93710**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.82**   Nonpriority creditor's name and mailing address

**Flowhance**
**2150 S. 1300 E**
**Suite 200**
**Salt Lake City, UT 84108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83**   Nonpriority creditor's name and mailing address

**Four Seasons Business Park II, Ltd.**
**3530 N. Central Ave.**
**Suite 1400**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Houston)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84**   Nonpriority creditor's name and mailing address

**Gateway West**
**3030 N. Central Ave.**
**Suite 1150**
**Phoenix, AZ 85012**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (San Diego, Chesapeake Dr.)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85**   Nonpriority creditor's name and mailing address

**GC Packing, LLC**
**14848 S. Central Ave.**
**Phoenix, AZ 85048**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Dallas, 13435 Jupiter Rd.)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86**   Nonpriority creditor's name and mailing address

**Global Merchant Cash, Inc.**
**64 Beaver Street**
**Suite 415**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87**   Nonpriority creditor's name and mailing address

**Goldschmidt Attorneys rep Daliene Shafer**
**4350 Executive Dr.**
**Suite 150**
**San Diego, CA 92121**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88**   Nonpriority creditor's name and mailing address

**GoodLeap**
**3025 Horizon Ridge Pkwy.**
**Suite 100**
**Henderson, NV 89052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Green Energy Services**
**1454 N. Loop 336 W**
**Suite B**
**Conroe, TX 77304**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.90**

**Nonpriority creditor's name and mailing address**

**H&E Equipment Services, Inc**
**7500 Pecue Lane**
**Baton Rouge, LA 70809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Hanwha QCELLS America, Inc.**
**400 Spectrum Center Drive**
**Suite 1400**
**Irvine, CA 92618**

Date(s) debt was incurred  12/27/22

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Volume Commitment Letter Agreement.

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Hillcrest, Davidson, & Associates, LLC**
**2360 Hillcrest Dr.**
**Dallas, TX 75234**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Hubspot**
**1467 East Colton Ave.**
**Redlands, CA 92374**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Illuminating Power, LLC**
**4217 Newcombe Ave**
**Bakersfield, CA 93301**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.95**

**Nonpriority creditor's name and mailing address**

**Image Building Maintenance, Inc.**
**8150 N. Central Expressway**
**Suite 290**
**Dallas, TX 75206**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

Unknown

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.96** | **Nonpriority creditor's name and mailing address**
**Impact Solar**
1001 W. Loop 281
Suite 290
Longview, TX 75604

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | **Nonpriority creditor's name and mailing address**
**Infinity Roofing, Inc**
11811 N Tatum Blvd
Suite 3031
Phoenix, AZ 85028

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address**
**Information & Computing Services Inc.**
3563 Philips Hwy
Suite 300
Jacksonville, FL 32207-5663

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address**
**Information & Computing Services, Inc.**
2100 Riveredge Pkwy.
NW
Atlanta, GA 30328

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address**
**Inland Business Systems**
7000 Golden State Hwy.
Bakersfield, CA 93308

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Xerox Printer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | **Nonpriority creditor's name and mailing address**
**Inland Business Systems**
2650 F St.
Bakersfield, CA 93301

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Xerox Printer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address**
**Inland Business Systems**
2592 Notre Dame Blvd
Chico, CA 95928

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*     **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.103** | Nonpriority creditor's name and mailing address

**Ion Electric**
**1605 E. Main St.**
**Mesa, AZ 85203**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.104** | Nonpriority creditor's name and mailing address

**JHP Electric**
**4332 Glenwood Ave.**
**Raleigh, NC 27612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.105** | Nonpriority creditor's name and mailing address

**Kaybsky Solutions, Inc.**
**43218 Business Park Dr.**
**Suite 103**
**Temecula, CA 92591**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.106** | Nonpriority creditor's name and mailing address

**Keegan & Baker, LLP rep. Lukas Jeffery**
**5820 Oberlin Dr.**
**San Diego, CA 92121**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.107** | Nonpriority creditor's name and mailing address

**Kevin William Bush Jr.**
**912 S. 5th Ave.**
**Tucson, AZ 85701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **DBA Illuminating Power, LLC.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.108** | Nonpriority creditor's name and mailing address

**LG Electronics USA, Inc.**
**1000 Sylvan Avenue**
**Englewood Cliffs, NJ 07632**

Date(s) debt was incurred **01/29/19**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Confidentiality and Non-Disclosure Agreement.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.109** | Nonpriority creditor's name and mailing address

**Liberty Mutual**
**175 Berkeley St.**
**Boston, MA 02116**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor　**Infinity Energy, Inc.**
_____
Name

Case number (if known)　**2025-20737**

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Longi**
**1989 W. Beamer St.**
**Woodland, CA 95776**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M4 Sunset, LLC**
**1200 W. Sunset Rd.**
**Suite 100**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Office Lease (Las Vegas)**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M4 Sunset, LLC**
**6728 W. Sunset Road**
**Suites 130 and 140**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark A. Haynes**
**7850 White Ln**
**Suite E, #279**
**Bakersfield, CA 93309-7699**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mettel**
**55 Water St.**
**32nd Floor**
**New York, NY 10041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mosaic**
**1045 W. 6th St.**
**Suite 100**
**Los Angeles, CA 90017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MSA 214 Atherton**
**2856 Atherton Rd**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.117** | Nonpriority creditor's name and mailing address

**MSA 214 Fort Worth**
**2856 Atherton Rd**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.118** | Nonpriority creditor's name and mailing address

**MSA 214 Fresno**
**2856 Atherton Rd**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.119** | Nonpriority creditor's name and mailing address

**MSA Infinity Roofing, Inc.**
**2855 Artheron Rd**
**Rocklin, CA 95765**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.120** | Nonpriority creditor's name and mailing address

**My Solar Partner**
**8100 E. 22nd St.**
**Suite 104**
**Tucson, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.121** | Nonpriority creditor's name and mailing address

**My Solar Partner**
**3525 Quakerbridge Rd**
**Suite 4250**
**Hamilton Township, NJ 08619**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.122** | Nonpriority creditor's name and mailing address

**New Era Marketing**
**2440 N. Scottsdale Rd.**
**Suite 108**
**Scottsdale, AZ 85281**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.123** | Nonpriority creditor's name and mailing address

**New Era Marketing & Solar, LLC**
**12203 San Pablo Ave.**
**Richmond, CA 94805**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **Infinity Energy, Inc.**
_____
Name

Case number (if known) **2025-20737**

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |

**Nusa, LLC**
**999 8th St.**
**Suite 3000**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Omnidian**
**107 Spring St.**
**Seattle, WA 98104**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**One Source Provider**
**7100 Dixie Hwy.**
**Suite 8**
**Clarkston, MI 48346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**OneSource Distributors, Inc.**
**3591 Oceanic Dr.**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$120,788.04** |

**Oracle NetSuite**
**500 Oracle Pkwy.**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Pacific Coast Generation**
**2040 Main St.**
**Suite 250**
**  CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Pacific Coast Generation**
**31566 Railroad Canyon Rd**
**Ste 2-29**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number *(if known)* | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.131** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pitney Bowes**
**3001 Summer St.**
**Stamford, CT 06905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pittsburg Mini Storage**
**1588 E. 11th St.**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Pittsburg Mini Storage, LLC**
**1417 Bobo Court**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Powur**
**1630 S. Pacific Coast Hwy.**
**Suite 201**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.135** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**PREG Temecula, LLC**
**27780 Jefferson Ave.**
**Suite C**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Lease (Temecula)**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**PREG Temecula, LLC**
**27555 Ynez Road**
**Suite 202**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**QM Solar**
**2770 N. 29th Ave.**
**Suite 201**
**Hollywood, FL 33020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Infinity Energy, Inc.**
Name

Case number *(if known)*    **2025-20737**

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**R&H Industries DBA Elite Solar Concepts**
7001 N. 1st St.
Fresno, CA 93720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Radial**
2301 Renaissance Blvd.
King of Prussia, PA 19406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Raymond Leasing Corp.**
22 S. Canal St.
Greene, NY 13778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Revenue.IO**
1161 Mission St.
Suite 800
San Francisco, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Revo Home Solutions**
5857 Owens Ave.
Suite 301
Carlsbad, CA 92008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Samsara Networks, Inc.**
150 Spear St.
Suite 1200
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sanchez Electric**
6120 E. Broadway Blvd.
Suite 100
Tucson, AZ 85711

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Infinity Energy, Inc.**        Case number (if known)   **2025-20737**

Name

| | | |
|---|---|---|
| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.    **Unknown** |

**3.145**

**Nonpriority creditor's name and mailing address**
**Sater Electric**
**9732 State Route 445 #339**
**Sparks, NV 89441**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146**

**Nonpriority creditor's name and mailing address**
**Senergy Power**
**1095 E. Indian School Rd.**
**Phoenix, AZ 85014**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147**

**Nonpriority creditor's name and mailing address**
**Senergy Power, Inc**
**633 E Ray Rd**
**Suite 106**
**Gilbert, AZ 85296**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148**

**Nonpriority creditor's name and mailing address**
**Shine Solar, LLC**
**1161 W. 12th St.**
**Suite 102**
**Fayetteville, AR 72701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149**

**Nonpriority creditor's name and mailing address**
**Skedulo**
**201 Spear St.**
**Suite 1200**
**San Francisco, CA 94105**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **$198,910.70**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150**

**Nonpriority creditor's name and mailing address**
**Sky Power AZ, LLC**
**401 W. Baseline Rd.**
**Suite 101**
**Tempe, AZ 85283**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151**

**Nonpriority creditor's name and mailing address**
**Sky Power AZ, LLC**
**2065 South Cooper Rd**
**Chandler, AZ 85286**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.152** | Nonpriority creditor's name and mailing address

**Skyline Smart Energy**
**801 N. Brand Blvd.**
**Suite 1100**
**Glendale, AZ**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address

**Skyline Smart Energy**
**2649 Elizondo Ave**
**Simi Valley, CA 93065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address

**Sol Source, LLC**
**1447 W. 130th St.**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address

**Solagistics**
**123 N. Main St.**
**Suite 200**
**Greenville, SC 29601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address

**Solar Energy Partners**
**707 W. 17th St.**
**Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Leslie Paul Adams II; Victor Yepez**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address

**Solar Insure, Inc.**
**555 Anton Blvd**
**Suite 150**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **07/14/22**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Reseller Agreement.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address

**Solar Systems, LLC**
**2128 N Beverly Glen Blvd**
**Los Angeles, CA 90070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address**

**Solar Systems, LLC**
**C/O 25 Mauchly**
**Suite 300**
**Irvine, CA 92618**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

**Solarplex LLC DBA Maravilla Construction**
**1852 E. 1st St.**
**Los Angeles, CA 90033**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

**Solwerks, Inc.**
**2805 N. 1st Ave.**
**Tucson, AZ 85719**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**

**Sonnen, Inc.**
**1578 Litton Drive**
**Stone Mountain, GA 30083**

Date(s) debt was incurred  **11/24/21**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Flagship Partner Agreement.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

**Southern Energy Distributors**
**1001 W. Loop 281**
**Longview, TX 75604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

**Southwind Properties**
**600 Corporate Park Dr.**
**Saint Louis, MO 63105**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (Pleasanton)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**

**Southwind Properties, LLC**
**1220 Quarry Lane**
**Suite B**
**Pleasanton, CA 94566**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (*if known*) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address**

**Spearhead Staffing, LLC**
**3475 W. Pioneer Pkwy.**
**Suite 100**
**Arlington, TX 76013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.167** | **Nonpriority creditor's name and mailing address**

**Spier Innovations**
**5757 W. Century Blvd.**
**Suite 800**
**Los Angeles, CA 90045**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.168** | **Nonpriority creditor's name and mailing address**

**Sprout Solutions**
**801 E. 3rd St.**
**Suite 200**
**Austin, TX 78702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Standard Energy Solutions**
**9520 Gerwig Ln**
**Suite T**
**Columbia, MD 21046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Standard Energy Solutions, LLC**
**560 W. 100 N.**
**Suite 102**
**Saint George, UT 84770**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Starstone National Insurance Company**
**900 Circle 75 Pkwy.**
**Suite 1400**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.172** | **Nonpriority creditor's name and mailing address**

**STS Construction Services**
**6500 W. Loop 1604 N.**
**Suite 102**
**San Antonio, TX 78250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$48,781.00**

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.173** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Summit Solar Solutions, LLC**
**101 N. Main St.**
**Suite 1004**
**Greenville, SC 29601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sun at Work Electric**
**119 E. 4th St.**
**Suite 201**
**Los Angeles, CA 90013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sunlight / SOLO Program**
**1 World Trade Center**
**Suite 66B**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sunnova**
**1001 McKinney St.**
**Suite 1300**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **CPA & STA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.177** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sunnova (ISA)**
**1000 Main St.**
**Suite 1000**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.178** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Sunnova Energy International, Inc**
**20 Greenway Plz**
**#540**
**Houston, TX 77046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.179** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**SunProve**
**120 S. 48th St.**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.180** | **Nonpriority creditor's name and mailing address**

**Sunrun Installation Services (MSC)**
**225 Bush St.**
**Suite 1400**
**San Francisco, CA 94104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181** | **Nonpriority creditor's name and mailing address**

**Sunrun Installation Services, Inc.**
**600 California St**
**Suite 100**
**San Francisco, CA 94108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182** | **Nonpriority creditor's name and mailing address**

**Suntuity Solar**
**2137 Route 35 N.**
**Holmdel, NJ 07733**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183** | **Nonpriority creditor's name and mailing address**

**SunVolt**
**4350 Arville St.**
**Suite 400**
**Las Vegas, NV 89103**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184** | **Nonpriority creditor's name and mailing address**

**Sunwin, LLC**
**4208 Rosedale Hwy**
**Suite 302-117**
**Bakersfield, CA 93308**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185** | **Nonpriority creditor's name and mailing address**

**Sunwin, LLC**
**7119 W. Sunset Blvd**
**#225**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186** | **Nonpriority creditor's name and mailing address**

**Susana Road Investors**
**1815 N. Susana Rd.**
**San Diego, CA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Lease (Rancho Dominquez)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Infinity Energy, Inc. | Case number (if known) | 2025-20737 |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Susana Road Investors
3122 E. Via Mondo
Rancho Dominguez, CA 90221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Swell
530 Lytton Ave.
Suite 200
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Swell Energy Inc.
1515 7th Street
#049
Santa Monica, CA 90401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Supply Agreement.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Tesla, Inc.
3500 Deer Creek Rd.
Palo Alto, CA 94304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02/26/19**

Basis for the claim: **Certified Installer Agreement.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Tesla, Inc.
45500 Fremont Blvd.
Fremont, CA 94538

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

The Hartford
690 Asylum Ave.
Hartford, CT 06106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

Today's Builder Corp.
1801 W. 4th St.
Suite 300
Santa Ana, CA 92703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Office Lease (Tracy)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address
**Toro Electric**
1525 W. 9th St.
Upland, CA 91786

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address
**Tremor Alloy Wheel, Inc.**
1020 E. 8th St.
Los Angeles, CA 90021

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Office Lease (Ontario)__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address
**V3 Electric**
4925 Robert J. Mathews Pkwy.
Suite 100
El Dorado Hills, CA 95762

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address
**Vonage**
23 Main St.
Holmdel, NJ 07733

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$243,142.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __SoW Sales Team of 25__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address
**Waste Harmonics**
7620 Omnitech Place
Suite 1
Victor, NY 14564

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address
**Webfund, LLC**
535 E. 4th St.
Santa Ana, CA 92701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$676,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address
**Wesco Distribution, Inc.**
225 West Station Square Drive
Suite 700
Pittsburgh, PA 15219-1122

Date(s) debt was incurred  __09/14/24__
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Master Supply Agreement.__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Western Surety Company**
**101 S. Reid St.**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**WhiteHawk**
**1301 5th Ave.**
**Suite 1500**
**Seattle, WA 98101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Windmar Solar**
**1080 E. River Rd.**
**Suite 130**
**Tucson, AZ 85718**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,500,000.00**

**WS Capital Series Fund**
**1990 K. St. NW.**
**Suite 650**
**Washington, DC 20006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Xcel Electrical Services**
**1234 Main St.**
**Houston, TX**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Xerox Financial Solutions**
**45 Glover Ave.**
**Norwalk, CT 06850**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Xerox Printers 3x**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Xtechs**
**9172 Greenback Ln.**
**Suite A**
**Orangevale, CA 95662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

---

**3.208** | Nonpriority creditor's name and mailing address
**Yingli Green Energy Americas, Inc.**
**2929 Arch Street**
**Suite 1175**
**Philadelphia, PA 19104**

Date(s) debt was incurred  **12/04/17**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supply Agreement.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address
**ZenSuite**
**100 Spectrum Center Dr.**
**Suite 900**
**Irvine, CA 92618**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address
**Ziwa Holdings**
**3400 W. Greenfield Ave.**
**Milwaukee, WI 53215**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Office Lease (Weslaco)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address
**Zoom Imaging Solutions**
**9515 S. 700 E.**
**Suite 200**
**Sandy, UT 84070**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toshiba E-Studio Printer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address
**Zoom Imaging Solutions**
**1300 S. 7th St.**
**Phoenix, AZ 85034**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Xerox Printer**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address
**Zoom Imaging Solutions**
**5657 Copley Dr.**
**San Diego, CA 92111**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Toshiba E-Studio Printer**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:     List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Debtor | Infinity Energy, Inc. | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **ABC Supply Co., Inc.**<br>**4580 E. Thousand Oaks Blvd.**<br>**Suite 350**<br>**Thousand Oaks, CA 91362** | Line **3.8**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **ACT Energy Technologies, Inc.**<br>**501 Winscott Rd**<br>**Fort Worth, TX 76126** | Line **3.13**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Beacon Sales Acquisition, Inc**<br>**12100 Wilshire Blvd**<br>**Suite 300**<br>**Los Angeles, CA 90025** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Beverly Bank & Trust Company, N.A.**<br>**15910 Ventura Blvd**<br>**12th Floor**<br>**Encino, CA 91436** | Line **3.38**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Consolidated Electrical Distributors Inc**<br>**12100 Wilshire Blvd**<br>**Suite 300**<br>**Los Angeles, CA 90025** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **De Lage Landen Financial Services**<br>**15910 Ventura Blvd**<br>**12th Floor**<br>**Encino, CA 91436** | Line **3.53**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **DuFord Law, LLP**<br>**3611 5th Ave.**<br>**San Diego, CA 92103** | Line **3.105**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Global Merchant Cash, Inc.**<br>**333 Pearsall Ave.**<br>**Suite 205**<br>**Cedarhurst, NY 11516** | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **H&E Equipment Services, Inc**<br>**12100 Wilshire Blvd**<br>**Suite 300**<br>**Los Angeles, CA 90025** | Line **3.90**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Hanwha QCELLS America, Inc.**<br>**25 Mauchly**<br>**Suite 300**<br>**Irvine, CA 92618** | Line **3.91**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Image Building Maintenance, Inc.**<br>**3087 Secret Lake Trail**<br>**Cool, CA 95614** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Solar Systems, LLC**<br>**C/O 25 Mauchly**<br>**Suite 300**<br>**Irvine, CA 92618** | Line **3.158**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **Infinity Energy, Inc.** | Case number (if known) | **2025-20737** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.13 | **Sunwin, LLC**<br>**7119 W. Sunset Blvd**<br>**#225**<br>**Los Angeles, CA 90046** | Line **3.184**<br><br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Western Surety Company**<br>**707 Wilshire Blvd**<br>**Suite 4000**<br>**Los Angeles, CA 90017-3623** | Line **3.201**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  + $ | **12,354,382.72** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.    $ | **12,354,382.72** |

| Fill in this information to identify the case: |
|---|

Debtor name        **Infinity Energy, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)*  **2025-20737**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Building Lease.** | |
|---|---|---|---|
| | State the term remaining | **33 months** | |
| | List the contract number of any government contract | | **214 Atherton, LLC**<br>**2835 Atherton Road**<br>**Rocklin, CA 95765-3700** |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **MSA, Facilities** | |
|---|---|---|---|
| | State the term remaining | **247 months** | |
| | List the contract number of any government contract | | **214 Atherton, LLC**<br>**3825 Atherton Road**<br>**Rocklin, CA 95765-3700** |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial office and warehouse center.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **214 Company, LLC**<br>**3855 Atherton Road**<br>**Rocklin, CA 95765** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **MSA, Facilities** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **214 Fort Worth**<br>**3825 Atherton Rd**<br>**Rocklin, CA 95765-3704** |

| Debtor 1 | **Infinity Energy, Inc.** | | Case number *(if known)* | 2025-20737 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **MSA, Office warehouse.** | |
|---|---|---|---|
| | State the term remaining | **15 months** | **214 Fresno, LLC**<br>**5096 N. Blythe Avenue**<br>**Suites 100, 110, 115b**<br>**Fresno, CA 93722** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Office warehouse.** | |
|---|---|---|---|
| | State the term remaining | **32 months** | **214 Menlo, LLC**<br>**590 Menlo Drive**<br>**Rocklin, CA 95765** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **252 months** | **214 Menlo, LLC**<br>**590 Menlo Drive**<br>**Rocklin, CA 95765** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Multi-Tenant building lease: office and warehouse space.** | |
|---|---|---|---|
| | State the term remaining | | **4D Real Property Holdings, LLC**<br>**3845 Atherton Road**<br>**Suite 1**<br>**Rocklin, CA 95765** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | **12 months.** | **ABJ Group Enterprises TX, LLC**<br>**6707 Brentwood Stair Road**<br>**Suite 120**<br>**Fort Worth, TX 76112** |
| | List the contract number of any government contract | | |

Debtor 1   **Infinity Energy, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*   **2025-20737**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Accelerant**
**400 Northridge Road, Suite 800**
**Atlanta, GA 30350**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ACDC Power**
**100 Big Break Rd unit B**
**Oakley, CA 94561**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**ACH Capital West, LLC**
**881 Baxter Drive Ste 100**
**South Jordan, UT 84095**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Act Energy Technologies**
**9950 Woodloch Forest Drive**
**The Woodlands, Suite 1575**
**Spring, TX 77380**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Admiral Insurance Company**
**232 Strawbridge Drive Suite 300**
**Moorestown, NJ 08057**

---

| Debtor 1 | **Infinity Energy, Inc.** | | Case number *(if known)* | **2025-20737** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Adobe**
**345 Park Avenue**
**San Jose, CA 95110**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**ADP**
**1 ADP Boulevard**
**Roseland, NJ 07068**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**AEE Solar Inc.**
**775 Fiero Lane**
**Suite 200**
**San Luis Obispo, CA 93401**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**Aeternus Holdings, LLC**
**14346 Middletown Ln**
**Westminster, CA 92683**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest

     State the term remaining

     List the contract number of any government contract

**AIC Eletric Company**
**3804 Hicks Ln**
**Chico, CA 95973**

Debtor 1   **Infinity Energy, Inc.**
First Name      Middle Name      Last Name

Case number *(if known)*   **2025-20737**

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Aicon Solar**
**310 S Twin Oaks Valley Rd, Ste 107**
**San Marcos, CA 92078**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**All County Electric**
**418 E. 15th Street**
**Plano, TX 75074**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**All Phase Electric**
**731 North Market Blvd**
**Sacramento, CA 95834**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**American Wealth Financial**
**3100 Zinfandel Dr # 255**
**Rancho Cordova, CA 95670**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest   **Finance.**

State the term remaining

List the contract number of any government contract

**AMS-PAR, LP**
**16800 Greenspoint Park Dr**
**Suite 120N**
**Houston, TX 77060-2308**

---

Debtor 1   **Infinity Energy, Inc.**

First Name     Middle Name     Last Name

Case number *(if known)*   **2025-20737**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Amwins Insurance Broker, LLC
3100 Zinfandel Dr
Rancho Cordova, CA 95670

---

**2.26.** State what the contract or lease is for and the nature of the debtor's interest    **Technology**

State the term remaining

List the contract number of any government contract

AscentOS
455 Capitol Mall, Suite 300
Sacramento, CA 95814

---

**2.27.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Astound (Wave)
1031 Triangle Ct
West Sacramento, CA 95605

---

**2.28.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Aurora
1200 6th Street, Suite 110
San Carlos, CA 94070

---

**2.29.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Auvik
2650 John Street, Suite 100

---

Debtor 1  **Infinity Energy, Inc.**                                    Case number *(if known)*  **2025-20737**
          First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Baize**
**1305 E. 25th Street**
**Bakersfield, CA 93305**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest     **O&I.**

State the term remaining

List the contract number of any government contract

**Basic Energy**
**801 Cherry St, Suite 2100**
**Fort Worth, TX 76102**

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Bay Alarm Company**
**3475 Orange Grove Avenue**
**North Highlands, CA 95660**

---

**2.33.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Bay Area SunShares Program**

---

**2.34.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**BayWa**
**1101 National Dr**
**Sacramento, CA 95834**

---

| Debtor 1 | **Infinity Energy, Inc.** | | Case number *(if known)* | **2025-20737** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Office space.** | |
|---|---|---|---|
| | State the term remaining | | **Bill and Tanya Miller Family Limited** |
| | List the contract number of any government contract | | **303 N. West Street**<br>**Visalia, CA 93291** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Marketing.** | |
|---|---|---|---|
| | State the term remaining | | **Bird Eye, Inc.** |
| | List the contract number of any government contract | | **2479 E Bayshore Rd, Suite 188**<br>**Palo Alto, CA 94303** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor** | |
|---|---|---|---|
| | State the term remaining | | **Bright Planet Solar, Inc.** |
| | List the contract number of any government contract | | **2358 Cepheus Ct**<br>**Bakersfield, CA 93308** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Business Capital Services** |
| | List the contract number of any government contract | | **5201 Ravenswood Rd, Suite 103**<br>**Fort Lauderdale, FL 33312** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **California Solar & Electric, Inc.** |
| | List the contract number of any government contract | | **26074 Ave Hall**<br>**Suite 13**<br>**Valencia, CA 91355** |

Debtor 1 **Infinity Energy, Inc.**
First Name    Middle Name    Last Name

Case number *(if known)* **2025-20737**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Cornerstone
1601 Response Rd #150
Sacramento, CA 95815

**2.41.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Crawford Electrical Supply
7701 W Little York Rd #800
Houston, TX 77040

**2.42.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Crum and Forster
305 Madison Ave.
Morristown, NJ 07960

**2.43.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Crystal Cleaning Solutions
2000 Center Drive, Suite East C300
Hoffman Estates, IL 60192

**2.44.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

DC Solar Electric
333 Canyon Ct
Colfax, CA 95713

Debtor 1   **Infinity Energy, Inc.**                                    Case number *(if known)*   **2025-20737**
_____                    _____
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract                    **Delion Electrical Contractors**
**28341 Bruning St**
**Murrieta, CA 92563-4410**

**2.46.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract                    **Dialpad**
**3001 Bishop Drive Suite 400A**
**San Ramon, CA 94583**

**2.47.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract                    **Dividend Solar Finance, LLC**
**38 Fountain Square Plaza**
**Cincinnati, OH 45263**

**2.48.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract                    **DLL Financial Solutions**
**1980 Festival Plaza Drive, Suite #950**
**Las Vegas, NV 89135**

**2.49.**   State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract                    **Docusign**
**221 Main St #800**
**San Francisco, CA 94105**

Debtor 1   **Infinity Energy, Inc.**
_____          Case number *(if known)*   **2025-20737**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.50.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Domo** |
| List the contract number of any government contract | **802 E. 1050 South**<br>**American Fork, UT 84003** |
| **2.51.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Dr. Electric** |
| List the contract number of any government contract | **1475 Buford Drive, Suite 403-158**<br>**Decatur, GA 30033** |
| **2.52.** State what the contract or lease is for and the nature of the debtor's interest | **Office building.** |
| State the term remaining | **25 months** |
| | **DRC Citrus Industrial, LP** |
| List the contract number of any government contract | **1810 Iowa Avenue**<br>**Riverside, CA 92507** |
| **2.53.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **EcoFasten Solar, LLC.** |
| | **4141 W Van Buren St** |
| List the contract number of any government contract | **Suite 2**<br>**Phoenix, AZ 85009** |
| **2.54.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | **Electric Authority** |
| List the contract number of any government contract | |

Debtor 1  **Infinity Energy, Inc.**                          Case number (*if known*)   **2025-20737**
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Element Solar**<br>**2000 W Ashton Blvd**<br>**Suite 170**<br>**Lehi, UT 84043** |
| | List the contract number of any government contract | |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Finance** |
|---|---|---|
| | State the term remaining | **Elements Capital Group**<br>**1064 S. North County Blvd**<br>**Suite 200**<br>**Pleasant Grove, UT 84062** |
| | List the contract number of any government contract | |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Enerflo**<br>**20422 Beach Blvd #215**<br>**Huntington Beach, CA 92648** |
| | List the contract number of any government contract | |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | **Enterprise**<br>**600 Corporate Park Dr.**<br>**Saint Louis, MO 63105** |
| | List the contract number of any government contract | |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **DBA Epic Energy** |
|---|---|---|
| | State the term remaining | **Epic Home Solar**<br>**9083 Foothills Blvd**<br>**#390**<br>**Roseville, CA 95747** |
| | List the contract number of any government contract | |

| Debtor 1 | **Infinity Energy, Inc.** | | | Case number *(if known)* | **2025-20737** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.60.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Equifax**
**P.O. Box 740256**
**Atlanta, GA 30374**

---

**2.61.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Equity Finance, LLC**
**2000 Town Center**
**Southfield, MI 48075**

---

**2.62.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Everbright CPA**
**4453 Enterprise St**
**Fremont, CA 94538**

---

**2.63.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Everbright MSA**

---

**2.64.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Evergreen Solar**
**8328 Olivine Ave**
**Citrus Heights, CA 95610**

---

Debtor 1   **Infinity Energy, Inc.**
_____
First Name          Middle Name          Last Name

Case number *(if known)*   **2025-20737**
_____



**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ExecHQ**<br>**2390 E Camelback Rd Suite 130**<br>**Phoenix, AZ 85016** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Build Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Exo Energy, Inc.**<br>**1247 Simpon Way**<br>**Escondido, CA 92029** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ExpansionJS, LLC**<br>**729 Hancock Drive**<br>**Folsom, CA 95630** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fastrac Energy Services**<br>**10696 Haddington Dr**<br>**Suite 130**<br>**Houston, TX 77043** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll & HR** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **First Advantage Enterprise Screening Cor**<br>**1 Concourse Parkway**<br>**NE, Suite 200**<br>**Atlanta, GA 30328** |

Debtor 1　**Infinity Energy, Inc.**

First Name　　　Middle Name　　　Last Name

Case number *(if known)*　**2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.70. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fits Energy** |

| 2.71. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Flowhance** |

| 2.72. | State what the contract or lease is for and the nature of the debtor's interest | **Four Seasons Business Park.** | |
|---|---|---|---|
| | State the term remaining | **3 months** | |
| | List the contract number of any government contract | | **Four Seasons Business Park II, Ltd.**<br>**7930 Breen Road**<br>**Houston, TX 77064** |

| 2.73. | State what the contract or lease is for and the nature of the debtor's interest | **Canyon Industrial Center.** | |
|---|---|---|---|
| | State the term remaining | **28 months** | |
| | List the contract number of any government contract | | **Gateway West Properties, Inc.**<br>**9530 Chesapeake Drive**<br>**Suites 502 and 503**<br>**San Diego, CA 92123** |

| 2.74. | State what the contract or lease is for and the nature of the debtor's interest | **Horizon Business Park.** | |
|---|---|---|---|
| | State the term remaining | **46 months** | |
| | List the contract number of any government contract | | **GC Packaging, LLC**<br>**13435 Jupiter Road**<br>**Dallas, TX 75238** |

Debtor 1   **Infinity Energy, Inc.**

First Name      Middle Name      Last Name

Case number *(if known)*   **2025-20737**

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.75.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Goodleap**<br>**P.O. Box 4387**<br>**Portland, OR 97208** |
| **2.76.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Green Energy Services**<br>**284 Amory Street**<br>**Jamaica Plain, MA 02130** |
| **2.77.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hathaway, Berkshire**<br>**3555 Farnam Street**<br>**Omaha, NE 68131** |
| **2.78.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hillcrest, Davidson, & Associates, LLC**<br>**1771 International Pkwy**<br>**Suite 101**<br>**Richardson, TX 75081** |
| **2.79.**   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Hubspot**<br>**199 Bishopsgate**<br>**London EC2M 3T** |

Debtor 1    **Infinity Energy, Inc.**                                    Case number *(if known)*    **2025-20737**
First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.80.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Illuminating Power, LLC**
**4217 Newcombe Ave**
**Bakersfield, CA 93301**

---

**2.81.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Image Building Maintenance, Inc.**
**3087 Secret Lake Trail**
**Cool, CA 95614**

---

**2.82.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Impact Solar**
**202 Glenwood Ave.**
**Haddonfield, NJ 08033**

---

**2.83.**  State what the contract or lease is for and the nature of the debtor's interest      **MSA, Facilities**

State the term remaining

List the contract number of any government contract

**Infinity Roofing, Inc**
**11811 N Tatum Blvd**
**Suite 3031**
**Phoenix, AZ 85028**

---

**2.84.**  State what the contract or lease is for and the nature of the debtor's interest      **Technology**

State the term remaining

List the contract number of any government contract

**Information & Computing Services Inc.**
**3563 Philips Hwy**
**Suite 300**
**Jacksonville, FL 32207-5663**

---

Debtor 1   **Infinity Energy, Inc.**
          First Name        Middle Name        Last Name

Case number *(if known)*   **2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Facilities, printer.** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Inland Business Systems**<br>**2592 Notre Dame Blvd**<br>**Chico, CA 95928** |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Inland Business Systems**<br>**1500 N. Market Blvd**<br>**Sacramento, CA 95834** |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ion Electric**<br>**44 E 800 N**<br>**Orem, UT 84057** |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **JHP Electric**<br>**9110 Union Park Way**<br>**Elk Grove, CA 95624** |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Liberty Mutual** |

Debtor 1   **Infinity Energy, Inc.**
    First Name        Middle Name        Last Name

Case number *(if known)*   **2025-20737**

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.90.**  State what the contract or lease is for and the nature of the debtor's interest   **Gateway Business Center, Building 7.**

State the term remaining   **37 months**

List the contract number of any government contract

**Lit Gateway Portfolio, LLC**
**16303 East 32nd Street Avenue**
**Suite 12**
**Aurora, CO 80011**

---

**2.91.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Longi Solar**
**8369 Shangyuan Road**
**Economic And Technological Development**
**Xi'an,Shaanxi,China**

---

**2.92.**  State what the contract or lease is for and the nature of the debtor's interest   **Southwest Sunset Corporate Center.**

State the term remaining

List the contract number of any government contract

**M4 Sunset, LLC**
**6728 W. Sunset Road**
**Suites 130 and 140**
**Las Vegas, NV 89118**

---

**2.93.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mark A Haynes**
**7850 White Ln**
**Suite E #279**
**Bakersfield, CA 93309-7699**

---

**2.94.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Mettel**
**55 Water Street, 32nd Floor**
**New York, NY 10041**

---

Debtor 1   **Infinity Energy, Inc.**
_____          Case number (*if known*)   **2025-20737**
First Name          Middle Name          Last Name                                              _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Mosaic Credit Union**<br>**31 S Carlton St**<br>**Harrisonburg, VA 22801** |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **O&I** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **My Solar Partner**<br>**3525 Quakerbridge Rd**<br>**Suite 4250**<br>**Hamilton Township, NJ 08619** |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Era Marketing** |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **O&I** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **New Era Marketing and Solar, LLC** |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Nusa, LLC**<br>**Ferry Plaza**<br>**San Francisco, CA 94105** |

Debtor 1　**Infinity Energy, Inc.**

First Name　　　Middle Name　　　Last Name

Case number *(if known)*　**2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.100.**　State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Nusa, LLC**
**3501 Civic Center D**
**San Rafael, CA 94903**

**2.101.**　State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**OHM Solar Solutions**
**1300 Nord Ave**
**Suite 100**
**Chico, CA 95926**

**2.102.**　State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Omnidian**

**2.103.**　State what the contract or lease is for and the nature of the debtor's interest　　**O&I**

　　State the term remaining

　　List the contract number of any government contract

**One Source Provider**
**22370 Michigan Ave**
**Suite 200**
**Dearborn, MI 48124**

**2.104.**　State what the contract or lease is for and the nature of the debtor's interest

　　State the term remaining

　　List the contract number of any government contract

**Oracle NetSuite**
**2300 Oracle Way**
**Austin, TX 78741**

Debtor 1    **Infinity Energy, Inc.**

First Name    Middle Name    Last Name

Case number *(if known)*    **2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.105.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Pacific Coast Generation**
**31566 Railroad Canyon Rd**
**STE 2-29**
**Canyon Lake, CA 92587**

**2.106.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Pitney Bowes**
**3085 Mary Pl**
**West Sacramento, CA 95691**

**2.107.** State what the contract or lease is for and the nature of the debtor's interest    **Month-to-month. Mini storage space.**

State the term remaining

List the contract number of any government contract

**Pittsburg Mini Storage, LLC**
**1417 Bobo Court**
**Pittsburg, CA 94565**

**2.108.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Pittsburg Mini Storage, LLC**
**1417 Bobo Court**
**Pittsburg, CA 94565**

**2.109.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Powur**
**2683 Via De La Valle**
**Suite G321**
**Del Mar, CA 92014**

Debtor 1  **Infinity Energy, Inc.**                                    Case number (*if known*)  **2025-20737**
          First Name        Middle Name        Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.110. | State what the contract or lease is for and the nature of the debtor's interest | **Tower Office Plaza I.** | |
|---|---|---|---|
| | State the term remaining | **1 month.** | **PREG Temecula, LLC**<br>**27555 Ynez Road**<br>**Suite 202**<br>**Temecula, CA 92591** |
| | List the contract number of any government contract | | |

| 2.111. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **QM Solar**<br>**2770 N. 29th Avenue, Suite 201**<br>**Hollywood, FL 33020** |
| | List the contract number of any government contract | | |

| 2.112. | State what the contract or lease is for and the nature of the debtor's interest | **DBA Elite Solar Concepts. O&I Department** | |
|---|---|---|---|
| | State the term remaining | | **R&H Industries LLC**<br>**2941 N Coronado St**<br>**Chandler, AZ 85224** |
| | List the contract number of any government contract | | |

| 2.113. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Radial Engineering**<br>**2301 Renaissance Blvd**<br>**King of Prussia, PA 19406** |
| | List the contract number of any government contract | | |

| 2.114. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Raymond Leasing Corp.**<br>**900 National Dr**<br>**Sacramento, CA 95834** |
| | List the contract number of any government contract | | |

Official Form 206G          Schedule G: Executory Contracts and Unexpired Leases          Page 23 of 34

Debtor 1  **Infinity Energy, Inc.**                                    Case number (*if known*)  **2025-20737**
          First Name      Middle Name      Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.115. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Revenue.IO**<br>**15000 Ventura Boulevard, Suite 201**<br>**Sherman Oaks, CA 91403** |

| 2.116. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Samsara Networks, Inc.**<br>**1 De Haro St.**<br>**San Francisco, CA 94103** |

| 2.117. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sanchez Electric**<br>**5096 Edenview Dr.**<br>**San Jose, CA 95111** |

| 2.118. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sater Electric**<br>**9732 State Route 445 #339**<br>**Sparks, NV 89441** |

| 2.119. | State what the contract or lease is for and the nature of the debtor's interest | **O&I** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Senergy Power, Inc**<br>**633 E Ray Rd**<br>**Suite 106**<br>**Gilbert, AZ 85296** |

Debtor 1    **Infinity Energy, Inc.**
First Name      Middle Name      Last Name

Case number *(if known)*    **2025-20737**



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.120.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Shine Solar, LLC**
**5214 W. Village Pkwy., # 100**
**Rogers, AR 72758**

---

**2.121.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Skedulo**
**800 Market St 4th Floor**
**San Francisco, CA 94111**

---

**2.122.** State what the contract or lease is for and the nature of the debtor's interest    **O&I**

State the term remaining

List the contract number of any government contract

**Sky Power AZ, LLC**
**2065 South Cooper Rd**
**Chandler, AZ 85286**

---

**2.123.** State what the contract or lease is for and the nature of the debtor's interest    **O&I**

State the term remaining

List the contract number of any government contract

**Skyline Smart Energy**
**2649 Elizondo Ave**
**Simi Valley, CA 93065**

---

**2.124.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sol Source, LLC**
**5919 N Broadway**
**Denver, CO 80216**

---

Debtor 1    **Infinity Energy, Inc.**

First Name      Middle Name      Last Name

Case number (*if known*)    **2025-20737**

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.125.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Solagistics**
**735 Clark Ave**
**Yuba City, CA 95991**

---

**2.126.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Solar Energy Partners**
**3150 Bristol St, 2nd Floor, Suite 200**
**Costa Mesa, CA 92626**

---

**2.127.** State what the contract or lease is for and the nature of the debtor's interest    **Supply Chain**

State the term remaining

List the contract number of any government contract

**Solar Insure, Inc**
**555 Anton Blvd**
**Suite 150**
**Costa Mesa, CA 92626**

---

**2.128.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Solarplex, LLC**
**122 W Silver Oak St**
**Nixa, MO 65714**

---

**2.129.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Solwerks, Inc.**
**15260 Ventura Blvd Ste 960**
**Sherman Oaks, CA 91403**

---

Debtor 1    **Infinity Energy, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)*    **2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.130. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Southern Energy Distributors**<br>**1717 TOOMEY RD APT 209**<br>**Austin, TX 78704** |

| 2.131. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Industrial/Commercial Multi-Tenant Lease.** |
|---|---|---|
| | State the term remaining | **17 months** |
| | List the contract number of any government contract | **Southwind Properties, LLC**<br>**1220 Quarry Lane**<br>**Suite B**<br>**Pleasanton, CA 94566** |

| 2.132. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Spearhead Staffing LLC**<br>**1078 Summit Ave Box# 1392**<br>**Jersey City, NJ 07307** |

| 2.133. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Spier Innovations**<br>**5757 W. Century Blvd, Suite 800**<br>**Los Angeles, CA 90045** |

| 2.134. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Sprout Solutions**<br>**801 E. 3rd Street, Suite 200**<br>**Austin, TX 78704** |

Debtor 1   **Infinity Energy, Inc.**
_____          Case number *(if known)*   **2025-20737**
First Name          Middle Name          Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.135.   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Standard Energy Solutions**
**9520 Gerwig Ln**
**Suite T**
**Columbia, MD 21046**

2.136.   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**StarStone National Insurance Company**
**1209 Orange Street**
**Wilmington, DE 19801**

2.137.   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**STS Construction Services**
**2890 E Pico Blvd**
**Los Angeles, CA 90023**

2.138.   State what the contract or lease is for and the nature of the debtor's interest          **O&I**

    State the term remaining

    List the contract number of any government contract

**Summit Solar Solutions, LLC**
**101 N Main St**
**Suite 1004**
**Greenville, SC 29601**

2.139.   State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Sun at Work Electric**
**11419 Sunrise Gold Cir STE 5**
**Rancho Cordova, CA 95742**

Debtor 1  **Infinity Energy, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*  **2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.140.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Sunlight / SOLO Program**
**1 World Trade Center, Suite 66B**
**New York, NY 10016**

---

**2.141.** State what the contract or lease is for and the nature of the debtor's interest    **ISA, Financing Partner**

State the term remaining

List the contract number of any government contract

**Sunnova Energy International, Inc**
**20 Greenway Plz**
**#540**
**Houston, TX 77046**

---

**2.142.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**SunProve**
**6520 Lonetree Blvd #128**
**Rocklin, CA 95765**

---

**2.143.** State what the contract or lease is for and the nature of the debtor's interest    **MSC**

State the term remaining

List the contract number of any government contract

**Sunrun Installation Services, Inc.**
**600 California St**
**Suite 1800**
**San Francisco, CA 94108**

---

**2.144.** State what the contract or lease is for and the nature of the debtor's interest    **O&I**

State the term remaining

List the contract number of any government contract

**Suntuity Solar**
**2137 NJ-35**
**Holmdel, NJ 07733**

---

Debtor 1   **Infinity Energy, Inc.**
First Name          Middle Name          Last Name

Case number *(if known)*   **2025-20737**

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.145.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**SunVolt**
**1676 E. 16th Street**

---

**2.146.** State what the contract or lease is for and the nature of the debtor's interest

    **Standard Industrial/Commerical Multi-Tenant Lease.**

    State the term remaining

    **44 months**

    List the contract number of any government contract

**Susana Road Investors**
**3122 E. Via Mondo**
**Rancho Dominguez, CA 90221**

---

**2.147.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Swell**
**530 Lytton Avenue, Suite 200**
**Palo Alto, CA 94301**

---

**2.148.** State what the contract or lease is for and the nature of the debtor's interest

    **Sales and Installation**

    State the term remaining

    List the contract number of any government contract

**Swell Energy Inc.**
**1515 7th Street**
**#049**
**Santa Monica, CA 90401**

---

**2.149.** State what the contract or lease is for and the nature of the debtor's interest

    State the term remaining

    List the contract number of any government contract

**Tesla, Inc.**
**45500 Fremont Blvd.**
**Fremont, CA 94538**

---

Debtor 1   **Infinity Energy, Inc.**                                    Case number *(if known)*   **2025-20737**
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.150.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**The Hartford**
**1024 Iron Point Rd Ste 1128, 1129**
**Folsom, CA 95630**

---

**2.151.**  State what the contract or lease is for and the nature of the debtor's interest   **Industrial unit sublease.**

State the term remaining   **10 months**

List the contract number of any government contract

**Thremor Alloy Wheel Inc.**
**3929 E. Guasti Road**
**Suite F**
**Ontario, CA 91761**

---

**2.152.**  State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Toro Electric**
**1969 Cherryland Ave**
**Stockton, CA 95215**

---

**2.153.**  State what the contract or lease is for and the nature of the debtor's interest   **O&I**

State the term remaining

List the contract number of any government contract

**V3 Electric, Inc**
**4925 Robert J Mathews Pkwy**
**Suite 100**
**El Dorado Hills, CA 95762**

---

**2.154.**  State what the contract or lease is for and the nature of the debtor's interest   **SoW sales team of 25**

State the term remaining

List the contract number of any government contract

**Vonage**
**23 Main Street**
**Holmdel, NJ 07733**

---

Debtor 1　**Infinity Energy, Inc.**　　　　　　　　　　　Case number (*if known*)　**2025-20737**

First Name　　　　Middle Name　　　　Last Name

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.155. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Waste Harmonics**<br>**7665 Omnitech Pl.**<br>**Victor, NY 14564** |

| 2.156. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Webfund, LLC**<br>**99 Washington Ave., Suite 700**<br>**Albany, NY 12260** |

| 2.157. | State what the contract or lease is for and the nature of the debtor's interest | **Supply Chain** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Wesco**<br>**225 W Station Square Dr Ste 700**<br>**Pittsburgh, PA 15219** |

| 2.158. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WhiteHawk**<br>**1301 5th Avenue, Suite 1500**<br>**Seattle, WA 98101** |

| 2.159. | State what the contract or lease is for and the nature of the debtor's interest | **Operations.** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Windmar Solar**<br>**6753 Kingspointe Pkwy STE 107**<br>**Orlando, FL 32819** |

Debtor 1　**Infinity Energy, Inc.**
　　　　　First Name　　　Middle Name　　　Last Name

Case number *(if known)*　**2025-20737**

<div style="background-color:#400040;width:60px;height:30px;"></div>

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.160. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **WS Capital Series Fund**<br>**1990 K Street NW, Suite 650**<br>**Washington, DC 20001** |

| 2.161. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Xcel Electrical Services**<br>**414 Nicollet Mall**<br>**Minneapolis, MN 55401** |

| 2.162. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Xerox Financial Solutions**<br>**P.O. Box 202882**<br>**Dallas, TX 75320** |

| 2.163. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Xtechs**<br>**9172 Greenback Ln Suite B**<br>**Orangevale, CA 95662** |

| 2.164. | State what the contract or lease is for and the nature of the debtor's interest | |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **ZenSuite**<br>**2999 Douglas Blvd. Suite 180**<br>**Placerville, CA 95667** |

Debtor 1  **Infinity Energy, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **2025-20737**
_____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.165. | State what the contract or lease is for and the nature of the debtor's interest | **Weslaco II, Multitenant** | |
|---|---|---|---|
| | State the term remaining | **13 months** | **Ziwa Holdings, LTD**<br>**1240 N. Vo Tech Drive**<br>**Suite C**<br>**Weslaco, TX 78596** |
| | List the contract number of any government contract | | |

| 2.166. | State what the contract or lease is for and the nature of the debtor's interest | **Facilities, Printer** | |
|---|---|---|---|
| | State the term remaining | | **Zoom Imaging Solutions**<br>**1326 N Market Blvd**<br>**Sacramento, CA 95834** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Infinity Energy, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    **2025-20737**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Bryson Solomon** | **3415 N Lakeshore Blvd**<br>**Loomis, CA 95650** | **Wesco Distribution, Inc.** | ☐ D _____<br>■ E/F   **3.200** _____<br>☐ G _____ |
| 2.2 | **Bryson Solomon** | **3415 N Lakeshore Blvd.**<br>**Loomis, CA 95650** | **Wall Funding** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Cameron Kelly** | **2860 Eagle Rock Rd**<br>**Penryn, CA 95663** | **QCell** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Jon Lapray** | **9648 Junewood Lane**<br>**Loomis, CA 95650** | **Wall Funding** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Mark Stacy** | **1901 Loring In**<br>**Lincoln, CA 95648** | **Ally** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Infinity Energy, Inc.** | Case number *(if known)* | **2025-20737** |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

2.6  **Mark Stacy**        **1901 Loring In**              **Wall Funding**          ☐ D _____
                           **Lincoln, CA 95648**                                    ☐ E/F _____
                                                                                    ☐ G _____

**Fill in this information to identify the case:**

Debtor name   **Infinity Energy, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF CALIFORNIA

Case number (if known)   **2025-20737**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For prior year:**<br>From   **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
   | **For year before that:**<br>From   **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$289,822,027.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2025** to **Filing Date** | **N/A** | **$0.00** |
   | **For prior year:**<br>From   **1/01/2024** to **12/31/2024** | **N/A** | **$0.00** |
   | **For year before that:**<br>From   **1/01/2023** to **12/31/2023** | **N/A** | **$0.00** |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

| Debtor | Infinity Energy, Inc. | Case number *(if known)* | 2025-20737 |
|--------|----------------------|--------------------------|------------|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List any payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |-----------------------------|-------|-----------------------|----------------------------------------------------------|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |------------------------------------------------------|-------|-----------------------|---------------------------------|

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

   | Creditor's name and address | Describe of the Property | Date | Value of property |
   |-----------------------------|--------------------------|------|-------------------|
   | Wesco Distributino, Inc<br>225 West Station Square Drive<br>Suite 700<br>Pittsburgh, PA 15219-1122 | Electrical Supplies | 02/28/2024 | $1,500,000.00 |
   | Enterprise<br>600 Corporate Park Dr.<br>Saint Louis, MO 63105 | Vehicles | 04/01/2024 | $1,554,541.00 |
   | Rexel<br>5429 Lyndon B Johnson Fwy.,<br>Suite 600<br>Dallas, TX 75240 | Forklift | 06/01/2024 | $1,520,359.86 |
   | Sonnen<br>10800 Burbank Blvd,<br>Suite C<br>North Hollywood, CA 91601 | Batteries | 04/01/2024 | $1,500,000.00 |
   | Raymond<br>41400 Boyce Rd<br>Fremont, CA 94538 | Forklifts, Chargers | 04/01/2024 | $40,000.00 |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |-----------------------------|------------------------------------------|-----------------------|--------|

| Debtor | Infinity Energy, Inc. | Case number *(if known)* | 2025-20737 |

---

| **Part 3:** | Legal Actions or Assignments |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BEACON SALES ACQUISITION, INC., a Delaware corporation,dba H&H ROOFING SUPPLY, LLC, as successor by acquisition to H&H ROOFING SUPPLY, LLC  v. INFINITY ROOFING, INC., a California corporation; INFINITY ENERGY, INC., a California corporation; ZACHARY FAIN, an individual; THE WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1 through 40, inclusive.<br>S-CV-0052699 | Breach of contract | Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | EULER HERMES NORTH AMERICA INSURANCE COMPANY, ASSIGNEE OF BAYWA R.E. SOLAR SYSTEMS LLC, vs. INFINITY ENERGY INC., A CORPORATION; and DOES 1 to 100, inclusive.<br>S-CV-0052978 | Open book account complaint. | Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | HANWHA Q CELLS AMERICA INC, vs. INFINITY ENERGY INC., A CORPORATION; CAMERON KELLY, AN INDIVIDUAL; BRYSON SOLOMON, AN INDIVIDUAL; and DOES 1 to 100, inclusive.<br>S-CV-0052845 | Breach of contract. | Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | CREDITORS ADJUSTMENT BUREAU, INC., v. INFINITY ENERGY INC. AKA INFINITY ENERGY, INC. AKA INFINITY ENERGY INC DBA INFINITY ENERGY; and DOES 1 through 10, Inclusive.<br>S-CV-0052736 | Open book account; breach of contract. | Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **Infinity Energy, Inc.** | Case number *(if known)* **2025-20737** |
|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **BEACON SALES ACQUISITION, INC., a Delaware corporation, dba H&H Roofing Supply, LLC, as successor by acquisition to H&H Roofing Supply, LLC, Plaintiff, v. INFINITY ROOFING, INC., a California corporation; INFINITY ENERGY INC., a California corporation; ZACHARY FAIN, an individual; THE WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1 through 40, inclusive, Defendants.**<br>**S-CV-0052699** | **Breach of contracts complaints.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **SUNWIN LLC., A CALIFORNIA CORPORATION Plaintiff, vs. INFINITY ENERGY INC., A CALIFORNIA CORPORATION; MARK ALAN STACY, AN INDIVIDUAL; BRYSON SOLOMON, AN INDIVIDUAL; CORY GILBERT, AN INDIVIDUAL; JOHN R LAPRAY, AN INDIVIDUAL; EVERBRIGHT LLC., A DELAWARE CORPORATION and Does 1-100, INCLUSIVE Defendants.**<br>**S-CV-0052623** | **Breach of contract.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **DE LAGE LANDEN FINANCIAL SERVICES, INC., a corporation, Plaintiff, v. INFINITY ENERGY INC., a California corporation; and DOES 1-100, inclusive, Defendants.**<br>**S-CV-0052440** | **Complaint for money; breach of written agreements.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor　**Infinity Energy, Inc.**　　　　　　　Case number *(if known)*　**2025-20737**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.8. **WINTRUST SPECIALTY FINANCE, a division of Beverly Bank & Trust Company, N.A., Plaintiff, vs. INFINITY ENERGY HOME INC., a California corporation; and DOES 1-100, inclusive, Defendants. 0052179** | **Breach of written agreement.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC., a Delaware corporation, Plaintiff, v. INFINITY ENERGY INC., a California corporation; and DOES 1 through 50, inclusive, Defendants. S-CV-0052106** | **Breach of contract complaint.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10 **H&E EQUIPMENT SERVICES, INC., a Delaware corporation, Plaintiff, v. INFINITY ENERGY INC., a California corporation; THE WESTERN SURETY COMPANY, a South Dakota corporation; and DOES 1 through 20, inclusive, Defendants. S-CV-0052030** | **Breach of contract complaint; judgement.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11 **AMERICAN BUILDERS & CONTRACTORS SUPPLY CO., INC., a Delaware corporation doing business as ABC SUPPLY CO., INC., Plaintiff, v. INFINITY ROOFING, INC., a California corporation; BRYSON DAVID SOLOMON, an individual; and DOES 1-20, inclusive, Defendants. S-CV-0051974** | **Complaint for damages; breach of written contract.** | **Superior Court of California County of Placer 10820 Justice Center Drive Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **Infinity Energy, Inc.**        Case number *(if known)*   **2025-20737**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.12. | **Image Building Maintenance Inc.,**<br>**Plaintiff,**<br>**vs**<br>**Infinity Energy Inc.,**<br>**Defendant.**<br>**R-SC-0027466** | **Unpaid invoices for janitorial services.** | **Superior Court of California County of Placer**<br>**10820 Justice Center Drive**<br>**Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **WESTERN SURETY COMPANY, a South Dakota corporation,**<br>**Plaintiff,**<br>**vs.**<br>**DOUGLAS EBBA, an individual;**<br>**JEFF SWEENEY, an individual;**<br>**TIM MARCHAL, an individual;**<br>**KEVIN PADWAY, an individual;**<br>**INFINITY ENERGY INC., a California corporation; and DOES 1 through 100, inclusive,**<br>**Defendants.**<br>**M-CV-0085620** | **Complaint for interpleader.** | **Superior Court of California County of Placer**<br>**10820 Justice Center Drive**<br>**Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **CREDITORS ADJUSTMENT BUREAU, INC.,**<br>**Plaintiff(s),**<br>**vs.**<br>**INFINITY ENERGY INC. AKA INFINITY ENERGY INC DBA INFINITY ENERGY;**<br>**INFINITY ROOFING, INC. AKA INFINITY ROOFING INC; and DOES 1 through 10, Inclusive,**<br>**S-CV-0051342** | **Complaint for money (insurance premiums).** | **Superior Court of California County of Placer**<br>**10820 Justice Center Drive**<br>**Roseville, CA 95678** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Infinity Energy, Inc.**

Case number *(if known)* **2025-20737**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15. | **GLOBAL MERCHANT CASH INC.**<br>**WALL STREET FUNDING d/b/a,**<br>**Plaintiff**<br>**vs.**<br>**INFINITY ENERGY INC. D/B/A INFINITY ENERGY and INFINITY ROOFING, INC and AETERNUS LLC and 214 MONTGOMERY, LLC and 214 COMPANY, LLC and 214 MENLO, LLC and 214 FORT WORTH, LLC and 214 ATHERTON, LLC and BRYSON SOLOMON and MARK ALAN STACY and JON RUSSELL LAPRAY, Defendants.**<br>**E2024006533** | **Judgement.** | **Supreme Court of the State of New York**<br>**County of Monroe** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **ONESOURCE DISTRIBUTORS LLC VS INFINITY ENERGY INC**<br>**37-2024-00003892-CU-CO-CTL** | **Contract - Other** | **Superior Court of California**<br>**County of San Diego** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **DIEGO VS LIZ BOLTON STABLES LLC**<br>**37-2022-00023264-CU-PO-NC** | **PI/PD/WD - Other** | **Superior Court of California**<br>**County of San Diego**<br>**325 South Melrose Drive**<br>**Vista, CA 92081** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **JENNIFER HARANG EXECUTRIX OF THE ESTATE OF WILLIAM PAUL WADE VS SUNNOVA ENERGY INTERNATIONAL INC**<br>**37-2024-00018530-CU-BT-CTL** | **Business Tort** | **Superior Court of California**<br>**San Diego** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **INFINITY ENERGY INC VS JEFFERY**<br>**MVC1907343** | **Breach of contract.** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **REVO HOME SOLUTIONS VS INFINITY ENERGY INC**<br>**37-2024-00000905-CU-BC-CTL** | **Breach of contract/warranty** | **Superior Court of California**<br>**San Diego** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **EXO ENERGY, INC. VS. INFINITY ENERGY, INC.**<br>**37-2024-00022361-CU-BC-NC** | **Breach of contract/warranty** | **Superior Court of California**<br>**San Diego**<br>**325 South Melrose Drive**<br>**Vista, CA 92081** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **KAYBSKY VS INFY COMMUNICATIONS**<br>**RIC1902610** | **Unlimited Civil breach of contract/warranty** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **Infinity Energy, Inc.**          Case number *(if known)* **2025-20737**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.23. | **SHAFER vs GARCIA**<br>**CVRI2301668** | **Unlimited Civil**<br>**Auto** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **RIOS VS. INFINITY ENERGY**<br>**INC**<br>**RIC1902108** | **Unlimited Civil**<br>**Wrongful**<br>**Termination** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **INFINITY ENERGY INC VS**<br>**GUTIERREZ**<br>**RIC1824407** | **Breach of**<br>**Contract** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **INFINITY ENERGY, INC. vs**<br>**LEON**<br>**CVRI2204599** | **Unlimited Civil**<br>**Other Complaint** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **INFINITY ENERGY INC VS**<br>**JEFFERY**<br>**MVC1907343** | **Breach of**<br>**Contract.** | **Superior Court of California**<br>**County of Riverside**<br>**4050 Main Street**<br>**Riverside, CA 92501** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **California Attorney General v.**<br>**Infinity** | **CSLB Complaints** | **P.O. Box 944255**<br>**Sacramento, CA 94244-2500** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **State of CA Department of**<br>**Industrial Relations** | **Labor Board**<br>**Claim/Payroll**<br>**Discrepancy** | **464 W 4th St,**<br>**San Bernardino, CA 92401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<span style="background-color:black;color:white">**Part 4:**</span>   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<span style="background-color:black;color:white">**Part 5:**</span>   **Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor   **Infinity Energy, Inc.**      Case number *(if known)* **2025-20737**

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Pleasanton Warehouse closing** | **0** | **03/01/2024** | **$100,000.00** |
| **Riverside Warehouse closing** | **0** | **03/01/2024** | **$150,000.00** |
| **Fresno Warehouse closing** | **0** | **03/01/2024** | **$15,000.00** |
| **Rocklin Warehouse closing** | **0** | **04/01/2024** | **$150,000.00** |
| **Bakersfield Warehouse closing** | **0** | **03/01/2024** | **$100,000.00** |
| **Garland Warehouse closing** | **0** | **02/28/2024** | **$50,000.00** |
| **Houston Warehouse closing** | **0** | **02/28/2024** | **$40,000.00** |
| **Weslaco Warehouse closing** | **0** | **02/28/2024** | **$25,000.00** |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Fraley & Fraley, PC**<br>**1401 El Camino Avenue**<br>**Suite 370**<br>**Sacramento, CA 95815** | | **04/11/2024** | **$15,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Mark Stacy, Jon LaPray, Cory Gilbert, Cameron Kelly, Bryson Solomon** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Debtor   **Infinity Energy, Inc.**                                 Case number *(if known)* **2025-20737**

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Part 7:</strong></td><td colspan="2"><strong>Previous Locations</strong></td></tr>
</table>

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3855 Atherton Rd** <br> **Rocklin, CA 95765** | **07/2018-02/2024** |
| 14.2. | **3825 Atherton Rd** <br> **Rocklin, CA 95765** | **08/2020-02/2024** |
| 14.3. | **590 Menlo Dr** <br> **Rocklin, CA 95765** | **03/2019-02/2024** |
| 14.4. | **5096 N Blythe Ave** <br> **Fresno, CA 93722** | **09/2018-02/2024** |
| 14.5. | **411 Otterson Drive #20** <br> **Chico, CA 95928** | **01/2022-09/2023** |
| 14.6. | **16303 E 32nd Ave Suite 12** <br> **Aurora, CO 80011** | **09/2022-12/2023** |
| 14.7. | **9530 Chesapeake Drive #502** <br> **San Diego, CA 92123** | **03/2019-02/2024** |
| 14.8. | **2841 Unicorn Rd Ste. 102** <br> **Bakersfield, CA 93308** | **03/2022-02/2024** |
| 14.9. | **13435 Jupiter Rd** <br> **Dallas, TX 75238** | **03/2019-02/2024** |
| 14.10. | **7930 Breen Drive** <br> **Rocklin, CA 95765** | **03/2019-02/2024** |
| 14.11. | **3122 E. Via Mondo** <br> **Compton, CA 90221** | **02/2023-09/2023** |
| 14.12. | **1244 Quarry Ln Suite A** <br> **Pleasanton, CA 94566** | **02/2022-02/2024** |
| 14.13. | **3845 Atherton Rd** <br> **Rocklin, CA 95765** | **02/2022-02/2024** |
| 14.14. | **1240 Vo Tech Drive Suite C** <br> **Weslaco, TX 78599** | **02/2021-02/2024** |
| 14.15. | **1810 Iowa Ave** <br> **Riverside, CA 92507** | **05/2021-02/2024** |

<table>
<tr><td colspan="2"><strong>Part 8:</strong></td><td colspan="2"><strong>Health Care Bankruptcies</strong></td></tr>
</table>

| Debtor | Infinity Energy, Inc. | Case number *(if known)* | 2025-20737 |
|---|---|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Debtor collected personally identificable ifnormation of customers through other financier's portals. As such, Debtor comply with any privacy policy about that information that is adopted by such financier if any.**

Does the debtor have a privacy policy about that information?
☑ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Morgan Stanley** | EIN: **427269** |

Has the plan been terminated?
☐ No
☑ Yes

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **John Hancock** | EIN: **129170** |

Has the plan been terminated?
☐ No
☑ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

| Debtor | **Infinity Energy, Inc.** | Case number *(if known)* **2025-20737** |
|---|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page **12** |
|---|---|---|

Debtor    **Infinity Energy, Inc.**                          Case number *(if known)* **2025-20737**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. <br><br> Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **David Kee** <br> **967 Reserve Drive** <br> **Roseville, CA 95678** | **01/2014-02/2024** |
| 26a.2. | **Moss Adams** <br> **2882 Prospect Park Drive Suite 300** <br> **Rancho Cordova, CA 95670** | **01/2022-02/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | **David Kee** <br> **967 Reserve Drive** <br> **Roseville, CA 95678** | **01/2014-02/2024** |

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.2. | **Moss Adams** <br> **2882 Prospect Park Drive Suite 300** <br> **Rancho Cordova, CA 95670** | **01/2022-02/2024** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

Debtor    **Infinity Energy, Inc.**      Case number *(if known)* **2025-20737**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **David Kee**<br>**967 Reserve Drive**<br>**Roseville, CA 95678** | **01/2014-02/2024** |
| 26c.2.   **Moss Adams**<br>**2882 Prospect Park Drive Suite 300**<br>**Rancho Cordova, CA 95670** | **01/2022-02/2024** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Everbright**<br>**700 Universe Blvd**<br>**North Palm Beach, FL 33408** |
| 26d.2.   **Wall Funding**<br>**30 Broad St**<br>**New York, NY 10004** |
| 26d.3.   **Wesco**<br>**225 West Station Square Drive**<br>**Suite 700**<br>**South Park, PA 15129** |
| 26d.4.   **Sunnova**<br>**20 Greenway Plaza**<br>**Suite 540**<br>**Houston, TX 77046** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Brad Cocheran** | **03/17/2023** | **$15,006,757.53** |

| Name and address of the person who has possession of inventory records |
|---|
| **Everbright**<br>**700 Universe Blvd**<br>**North Palm Beach, FL 33408** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Everbright** | **700 Universe Blvd**<br>**North Palm Beach, FL 33408** | **Controlled all interests** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

| Debtor | **Infinity Energy, Inc.** | Case number *(if known)* | **2025-20737** |
|---|---|---|---|

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 20, 2025**

| **/s/ Bryson Solomon** | **Bryson Solomon** |
|---|---|
| Signature of individual signing on behalf of the debtor | Printed name |

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes